IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-04405 HSG <br><br> **ORDER GRANTING ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Thomas P. Steindler, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is McDermott Will & Emery LLP, 500 N. Capitol Street, NW, Washington, DC 20001, (202) 756-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: September 14, 2017    By: /s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge