IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-04405 HSG <br><br> **ORDER GRANTING ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Katherine Nicole Clouse, an active member in good standing of the bar of Massachusetts, whose business address and telephone number is McDermott Will & Emery LLP, 28 State Street, Boston, MA 02109, (617) 535-3841, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: September 14, 2017     By: *Haywood S. Gilliam Jr.*
                                                            Hon. Haywood S. Gilliam, Jr.
                                                            United States District Court Judge