1   THOMAS P. STEINDLER (*Pro Hac Vice*)
    tsteindler@mwe.com
2   MCDERMOTT WILL & EMERY LLP
    500 N. Capitol St., N.W.
3   Washington, DC 20001
    Tel:  (202) 756-8000
4   Fax:  (202) 756-8087

5   WILLIAM G. GAEDE III (SBN: 136184)
    wgaede@mwe.com
6   MCDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
7   Menlo Park, CA 94025
    Tel:  (650) 815-7400
8   Fax:  (650) 469-1470

9   KATHERINE NICOLE CLOUSE (*Pro Hac
    Vice*)
10  nclouse@mwe.com
    MCDERMOTT WILL & EMERY LLP
11  28 State Street
    Boston, MA 02109
12  Tel:  (617) 535-4000
    Fax:  (617) 535-3800

DARALYN J. DURIE (SBN: 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN: 209203)
croberts@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666
Fax: (415) 236-6300

JEFFREY D. WILSON (*Pro Hac Vice*)
wilson@youngbasile.com
ANDREW R. BASILE, JR. (SBN: 208396)
abasile@youngbasile.com
YOUNG BASILE HANLON &
MACFARLANE, P.C.
3001 W. Big Beaver Road, Suite 624
Troy, Michigan 48084
Tel: (248) 649-3333
Fax: (248) 649-3338

13

14  *Attorneys for Defendant*
    *Novartis Pharmaceuticals Corp.*

*Attorneys for Plaintiff*
*Plexxikon Inc.*

15

16          IN THE UNITED STATES DISTRICT COURT

17      IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                  OAKLAND DIVISION

19

| | |
|---|---|
| PLEXXIKON, INC., | CASE NO.  4:17-cv-04405 HSG (EDL) |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | **Current Date**: November 7, 2017 Time:    2:00 p.m. |
| Defendant. | **Proposed Rescheduled Date**: November 28, 2017 Time:    2:00 p.m. |

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Plaintiff Plexxikon Inc. ("Plaintiff") and Defendant Novartis Pharmaceuticals Corporation ("Defendant") by and through their respective counsel of record, hereby stipulate and request that the Court continue the Initial Case Management Conference ("Initial CMC") to November 28, 2017, at 2:00 p.m. or another time thereafter that is convenient for the Court.

WHEREAS, the Court set the Initial CMC for November 7, 2017 (Dkt. 23);

WHEREAS, lead counsel for Defendant, Thomas P. Steindler, has a scheduling conflict on November 7, 2017 due to a previously-scheduled arbitration hearing;

WHEREAS, the parties hereto have met, conferred, and agreed that the Initial CMC hearing should be continued;

IT IS HEREBY STIPULATED by and between the Parties hereto that the Court enter an order continuing the Initial CMC;

SO STIPULATED this 18th day of September 2017.

MCDERMOTT WILL & EMERY LLP

By: _____/s/ Thomas P. Steindler_____
Thomas P. Steindler

Attorneys for *Novartis Pharmaceuticals Corp.*

DURIE TANGRI LLP

By: _____/s/ Daralyn J. Durie_____
Daralyn J. Durie

Attorneys for *Plexxikon Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence has been obtained from Daralyn J. Durie of Durie Tangri LLP indicated by a "conformed" signature (/s/) within this e-filed document.

_____/s/ Thomas P. Steindler_____
Thomas P. Steindler

DM_US 84703830-2.067268.0040

JOINT STIPULATION AND ORDER
CASE NO. 4:17-CV-04405 HSG (EDL)

McDermott Will & Emery LLP
ATTORNEYS AT LAW
MENLO PARK

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

**ORDER**

Pursuant to stipulation and finding good cause, it is

**ORDERED** that the Initial Case Management Conference previously set for November 7, 2017, is hereby **RESET** and shall occur on **Tuesday, November 28, 2017** at **2:00 p.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.  It is further

**ORDERED** that all other deadlines are shifted accordingly.

**IT IS SO ORDERED**.

Dated:  September 18, 2017

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE