1  THOMAS P. STEINDLER (*Pro Hac Vice*)
   tsteindler@mwe.com
2  DAVID MLAVER (*Pro Hac Vice*)
   dmlaver@mwe.com
3  McDERMOTT WILL & EMERY LLP
   500 North Capitol Street NW
4  Washington, DC 20001
   Telephone:    (202) 756-8000
5  Facsimile:    (202) 756-8087

6  K. NICOLE CLOUSE (*Pro Hac Vice*)
   nclouse@mwe.com
7  McDERMOTT WILL & EMERY LLP
   28 State Street
8  Boston, MA  20109
   Telephone:    (617) 535-4000
9  Facsimile:    (617) 535-3800

10 WILLIAM G. GAEDE, III (SBN 136184)
   wgaede@mwe.com
11 McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
12 Menlo Park, CA  94025
   Telephone:  (650) 815-7400
13 Facsimile:  (650) 815-7401

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | Case No. 4:17-cv-04405-HSG<br><br>**ORDER RE CONSENT MOTION FOR ADMINISTRATIVE RELIEF TO CONSOLIDATE HEARINGS ON VENUE-RELATED MOTIONS**<br><br>Hon. Judge Haywood S. Gilliam, Jr. |

Pursuant to the parties' stipulation, the Court finds that Defendant's Motion for Administrative Relief to Consolidate Hearings on Venue-Related Motions should be **GRANTED**. It is therefore

**ORDERED** that Defendant's motion to dismiss or transfer and motion to transfer shall be heard together before the undersigned at **2:00 p.m.** on **January 25, 2018** in Courtroom 2, 4th Floor of the Oakland Courthouse, 1301 Clay Street, Oakland, California 94612.

DATED: November 3, 2017     By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

DM_US 86356241-1.067268.0040

ORDER RE CONSENT MOTION TO CONSOLIDATE HEARINGS ON VENUE-RELATED MOTIONS
CASE NO. 4:17-CV-04405-HSG