| | Reset Form |
|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Plexxikon, Inc., | ) | Case No: 4:17-cv-04405 |
|                Plaintiff(s), | ) ) ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| Novartis Pharmaceuticals Corp., et al. | ) ) | **PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
|                Defendant(s). | ) | |

    I, Ryan T. McCleary, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Andrew R. Basile, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3001 W. Big Beaver Road, Suite 624<br>Troy, MI 48084 | 228 Hamilton Ave., Suite 300<br>Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 649-3333 | (248) 649-3333 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mccleary@youngbasile.com | abasile@youngbasile.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P74877.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/08/18                                             Ryan T. McCleary
                                                                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Ryan T. McCleary is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/3/2018

*DENIED*
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

                                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                     *October 2012*

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Ryan Thomas McCleary, P74877 of Troy, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 5, 2011 in Oakland County and became a member of the State Bar of Michigan on May 13, 2011.



Janet K. Welch, Executive Director
August 02, 2017

