| | |
|---|---|
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>LAURA E. MILLER (SBN 271713)<br>lmiller@durietangri.com<br>RAGHAV R. KRISHNAPRIYAN (SBN 273411)<br>rkrishnapriyan@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300<br><br>YOUNG BASILE HANLON & MACFARLANE, P.C.<br>JEFFREY D. WILSON (*Pro Hac Vice*)<br>wilson@youngbasile.com<br>ANDREW R. BASILE, JR. (SBN 208396)<br>abasile@youngbasile.com<br>EDDIE D. WOODWORTH (*Pro Hac Vice*)<br>woodworth@youngbasile.com<br>RYAN T. MCCLEARY (*Pro Hac Vice*)<br>mccleary@youngbasile.com<br>3001 W. Big Beaver Road, Suite 624<br>Troy, MI 48084<br>Telephone: (248) 649-3333<br>Facsimile: (248) 649-3338<br><br>Attorneys for Plaintiff<br>PLEXXIKON INC. | KNOBBE, MARTENS, OLSON & BEAR, LLP<br>WILLIAM R. ZIMMERMAN (SBN 195859)<br>Bill.Zimmerman@knobbe.com<br>1717 Pennsylvania Ave. N.W., Suite 900<br>Washington, D.C. 200061<br>Telephone: (202) 640-6400<br>Facsimile: (202) 640-6401<br><br>JOSEPH M. REISMAN (SBN 196122)<br>Joseph.Reisman@knobbe.com<br>12790 El Camino Real<br>San Diego, CA 92310<br>Telephone: (858) 707-4000<br>Facsimile: (858) 707-4001<br><br>Attorneys for Third-Party GlaxoSmithKline |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | Case No. 4:17-cv-04405-HSG<br><br>**STIPULATION RE: DISCOVERY; [PROPOSED] ORDER**<br><br>Ctrm: 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

On August 20, 2018, Plaintiff Plexxikon Inc. ("Plexxikon") filed a motion for leave to file a third amended complaint, seeking leave to amend its complaint to add claims for patent infringement against GlaxoSmithKline ("GSK"), in order to more easily obtain discovery from GSK. *See* ECF No. 90.

On August 22, 2018, Plexxikon filed a motion in the United States District Court for the Eastern District of Pennsylvania to compel compliance with the two subpoenas it had previously served on GSK, and in the alternative asking the court to transfer the motion to compel to the United States District for the Northern District of California. *See Plexxikon Inc. v. Novartis Pharmaceuticals Corp.*, 2:18-mc-00162-MAK (E.D. Pa. Aug. 22, 2018), ECF No. 6. On August 29, 2018, GSK filed an opposition. *See id.*, ECF No. 17. On August 30, 2018, the court transferred the motion to compel to this district. *See id.*, ECF No. 21.

Plexxikon and GSK now wish to enter into a stipulation resolving their currently-outstanding discovery disputes and the pending motion to compel and motion for leave to amend. Plexxikon and GSK therefore stipulate as follows:

*First*, GSK will re-produce its current document production without any redactions made on the basis of relevance. Plexxikon and GSK agree that GSK may maintain its redactions for privilege. GSK may designate these documents "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the stipulated protective order (ECF No. 63), with Section 7.3 modified to read as follows:

> 7.3 Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" only to:
>
> (a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A;
>
> (b) Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 7.4(a)(2), below, have been followed;
>
> (c) the court and its personnel;

(d) court reporters and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A); and

(e) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

Under this designation, in house counsel for Plexxikon will not have access to GSK's document production bearing the "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation.

*Second*, to the extent they exist, GSK will produce metadata for its prior document productions, as well as for any document productions it makes in the future. That metadata will include the production fields attached as **Exhibit A**.

*Third*, GSK will produce one or more witnesses, subject to its objections, in response to a deposition subpoena under Rule 30(b)(6) of the Federal Rules of Civil Procedure that Plexxikon anticipates serving in the future. Plexxikon agrees that it will serve a single deposition subpoena on GSK.

*Fourth*, GSK agrees that in any future subpoenas Plexxikon serves, it may list a place of compliance in the Northern District of California, and consents to have any future motions to compel by Plexxikon be brought in the United States District Court for the Northern District of California. However, Plexxikon and GSK agree that any depositions of GSK witnesses will be at a place designated by GSK.

*Fifth*, Plexxikon withdraws its motion for leave to file a third amended complaint (ECF No. 90) and its pending motion to compel (*Plexxikon Inc. v. Novartis Pharmaceuticals Corp.*, 2:18-mc-00162-MAK (E.D. Pa. Aug. 22, 2018), ECF No. 6).

*Sixth*, Plexxikon will not file another motion to amend its complaint in this case to add claims for patent infringement against GSK based on information that Plexxikon is currently aware of, nor will Plexxikon file a new case against GSK alleging patent infringement based on the information contained in Plexxikon's motion to amend its complaint or its proposed amended complaint. Plexxikon reserves the right to file a new case against GSK, and reserves the right to bring any other claims in that case.

| | | |
|---|---|---|
| Dated: October 2, 2018 | | DURIE TANGRI LLP |
| | By: | */s/ Raghav R. Krishnapriyan* |
| | | RAGHAV R. KRISHNAPRIYAN |
| | | Attorneys for Plaintiff |
| | | PLEXXIKON INC. |
| Dated: October 2, 2018 | | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | By: | */s/ William R. Zimmerman* |
| | | WILLIAM R. ZIMMERMAN |
| | | Attorneys for Third Party GLAXOSMITHKLINE |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Raghav R. Krishnapriyan, attest that concurrence in the filing of this document has been obtained.

Dated: October 2, 2018         */s/ Raghav R. Krishnapriyan*
                                RAGHAV R. KRISHNAPRIYAN

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/4/2018                 *[signature]*
                                 HAYWOOD S. GILLIAM, JR.
                                 United States District Judge