| | |
|---|---|
| DURIE TANGRI LLP | MCDERMOTT WILL & EMERY LLP |
| DARALYN J. DURIE (SBN 169825) | Thomas P. Steindler (*Pro Hac Vice*) |
| ddurie@durietangri.com | tsteindler@mwe.com |
| LAURA E. MILLER (SBN 271713) | 500 N. Capitol St, NW |
| lmiller@durietangri.com | Washington, DC 20001 |
| RAGHAV R. KRISHNAPRIYAN (SBN 273411) | Telephone: 202-756-8000 |
| rkrishnapriyan@durietangri.com | |
| MATTHEW W. SAMUELS (SBN 294668) | MCDERMOTT WILL & EMERY LLP |
| msamuels@durietangri.com | William G. Gaede, III (SBN 136184) |
| 217 Leidesdorff Street | wgaede@mwe.com |
| San Francisco, CA 94111 | 275 Middlefield Road, Suite 100 |
| Telephone: 415-362-6666 | Menlo Park, CA 94025 |
| Facsimile: 415-236-6300 | Telephone: 650-815-7400 |
| | Facsimile: 650-815-7401 |
| YOUNG BASILE HANLON & MACFARLANE, P.C. | |
| | MCDERMOTT WILL & EMERY LLP |
| JEFFREY D. WILSON (*Pro Hac Vice*) | K. Nicole Clouse (*Pro Hac Vice*) |
| wilson@youngbasile.com | nclouse@mwe.com |
| ANDREW R. BASILE, JR. (SBN 208396) | 28 State Street |
| abasile@youngbasile.com | Boston, MA 02109 |
| EDDIE D. WOODWORTH (*Pro Hac Vice*) | Telephone: 617-535-3841 |
| woodworth@youngbasile.com | |
| RYAN T. MCCLEARY (*Pro Hac Vice*) | Attorneys for Defendant |
| mccleary@youngbasile.com | NOVARTIS PHARMACEUTICALS CORPORATION |
| 3001 W. Big Beaver Road, Suite 624 | |
| Troy, MI 48084 | |
| Telephone: (248) 649-3333 | |
| Facsimile: (248) 649-3338 | |

Attorneys for Plaintiff
PLEXXIKON INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-04405-HSG <br><br> **STIPULATION AND ORDER TO PERMIT DEPOSITIONS AFTER THE FACT DISCOVERY CUTOFF DATE** <br><br> Ctrm: 2 – 4th Floor <br> Judge: Honorable Haywood S. Gilliam, Jr. |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Plexxikon Inc. ("Plexxikon") and Defendant Novartis Pharmaceuticals Corporation ("NPC") stipulate and request that the Court enter an order permitting the parties to take certain depositions after the January 17, 2019 close of fact discovery. Specifically, Plexxikon requests to take the depositions of third-party witnesses John Stellwagen, Christina Schwarz, and Zuosheng Liu, and NPC requests to take the depositions of Plexxikon and third-party witnesses Chao Zhang, Wayne Spevak, and Kathleen Glaub, on or before February 6, 2019. Plexxikon further requests to take the continued 30(b)(6) deposition of non-party witness GlaxoSmithKline ("GSK") on or before February 6, 2019, and be permitted to rely on documents produced by GSK after the close of fact discovery.

On December 22, 2017, the Court issued a scheduling order setting deadlines through claim construction. *See* ECF No. 57. On June 5, 2018, the parties filed a joint motion to amend the scheduling order and set a schedule for the remainder of the case. *See* ECF No. 76. The Court issued a revised scheduling order on June 20, 2018, setting, in relevant part, a fact discovery cutoff date of January 17, 2019, an opening expert report exchange date of February 4, 2019, an expert discovery cutoff date of May 2, 2019, and a trial date of October 7, 2019. *See* ECF No. 80. This order explained that "[t]hese dates may only be altered by order of the Court and only upon a showing of good cause." *Id.* at 1. There have been no subsequent time modifications in this case, either by stipulation or Court order.

Permitting the parties to take these depositions on the aforementioned dates will not affect any of the remaining dates set by the Court's June 20, 2018 Revised Scheduling Order. Moreover, good cause exists to take these depositions after the close of fact discovery. The parties have been working diligently to schedule depositions, but witness and attorney schedules, including the need to coordinate with counsel for third-party witnesses, have made it necessary to schedule these few depositions after the January 17, 2019 fact discovery cutoff date. The parties agree that they will not use the depositions of the non-GSK witnesses as a basis for seeking a stay.

| | | |
|---|---|---|
| Dated: January 14, 2019 | | DURIE TANGRI LLP |
| | By: | */s/ Matthew W. Samuels* |
| | | MATTHEW W. SAMUELS |
| | | Attorney for Plaintiff |
| | | PLEXXIKON INC. |
| Dated: January 14, 2019 | | McDERMOTT WILL & EMERY LLP |
| | By: | */s/ Thomas P. Steindler* |
| | | THOMAS P. STEINDLER |
| | | Attorney for Defendant |
| | | NOVARTIS PHARMACEUTICALS CORPORATION |

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Matthew W. Samuels, attest that concurrence in the filing of this document has been obtained.

Dated:                                                                 */s/ Matthew W. Samuels*
                                                                            MATTHEW W. SAMUELS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/14/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE