1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   LAURA E. MILLER (SBN 271713)
3  lmiller@durietangri.com
   VICTORIA L. WEATHERFORD (SBN 267499)
4  vweatherford@durietangri.com
   RAGHAV R. KRISHNAPRIYAN (SBN 273411)
5  rkrishnapriyan@durietangri.com
   MATTHEW W. SAMUELS (SBN 294668)
6  msamuels@durietangri.com
   217 Leidesdorff Street
7  San Francisco, CA 94111
   Telephone: 415-362-6666
8  Facsimile: 415-236-6300

9  YOUNG BASILE HANLON & MACFARLANE, P.C.
   JEFFREY D. WILSON (*Pro Hac Vice*)
10 wilson@youngbasile.com
   ANDREW R. BASILE, JR. (SBN 208396)
11 abasile@youngbasile.com
   EDDIE D. WOODWORTH (*Pro Hac Vice*)
12 woodworth@youngbasile.com
   RYAN T. MCCLEARY (*Pro Hac Vice*)
13 mccleary@youngbasile.com
   3001 W. Big Beaver Road, Suite 624
14 Troy, MI 48084
   Telephone: (248) 649-3333
15 Facsimile: (248) 649-3338

16 Attorneys for Plaintiff
   PLEXXIKON INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., | Case No. 4:17-cv-04405-HSG |
| Plaintiff, | **PLAINTIFF PLEXXIKON INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | Ctrm: E – 15th Floor<br>Mag. Judge: Honorable Elizabeth D. Laporte |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Plexxikon Inc. ("Plexxikon") respectfully submits |
| 2 | this Administrative Motion to File under Seal.  The following documents contain information designated |
| 3 | as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by Defendant |
| 4 | Novartis Pharmaceuticals Corporation ("NPC") and/or third-party GlaxoSmithKline ("GSK") pursuant to |
| 5 | the Protective Order entered in this matter.  Plexxikon takes no position as to the confidentiality of these |
| 6 | documents and seeks sealing solely to remain in compliance with the Protective Order.  To that end, if |
| 7 | this material is subject to protection, Plexxikon expects that, within four days of the service and filing of |
| 8 | this motion, NPC and/or GSK will file declarations supporting this motion as required by Civil Local |
| 9 | Rule 79-5.  Pursuant to Local Rule 79, NPC and/or GSK bear the burden of submitting declarations, |
| 10 | based on personal knowledge, demonstrating good cause for why these materials should remain sealed. |
| 11 | *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). |

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Exhibit B to the February 13, 2019 Joint Letter | To be sealed in its entirety | Designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Novartis and/or GSK |
| Exhibit C to the February 13, 2019 Joint Letter | To be sealed in its entirety | Designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Novartis and/or GSK |

Although the Plexxikon does not take a position on whether it is critical to seal the designated documents and information from the public record, Plexxikon has filed the instant motion so as to comply with the Protective Order.

Dated:  February 13, 2019

DURIE TANGRI LLP

By: _____*/s/ Daralyn J. Durie*_____
　　　　DARALYN J. DURIE

Attorneys for Plaintiff
PLEXXIKON INC.

1

PLAINTIFF PLEXXIKON INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5 / CASE NO. 4:17-CV-04405-HSG

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE