# Exhibit A

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                                              2

```
1                IN THE UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT CALIFORNIA
3                         OAKLAND DIVISION
4                            ---oOo---
5
     PLEXXIKON INC.,
6
                Plaintiff,
7
     vs.                              No.  4:17-cv-04405-HSG
8
     NOVARTIS PHARMACEUTICALS
9    CORPORATION,
10              Defendant.
     _____/
11
12
13
14      Videotaped Deposition of Alexander Bridges, Ph.D.,
15      taken on behalf of the Defendant, on Thursday,
16      April 18, 2019, at Durie Tangri, 217 Leidesdorff
17      Street, San Francisco, California, beginning
18      9:08 a.m., and commencing at 12:15 p.m., Pursuant
19      to Notice, and before me, ANDREA M. IGNACIO, CSR,
20      RPR, CRR, CLR ~ License No. 9830.
21
22
23
24
25
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                                              10

| | | |
|---|---|---|
| 1 | problems. | 09:14:41 |
| 2 | A lot of the time, I'm more employed for my | 09:14:41 |
| 3 | medicinal chemistry expertise, which is not actually | 09:14:44 |
| 4 | involved in the synthesis, and in my sort of | 09:14:48 |
| 5 | peripheral knowledge of biology and general experience | 09:14:51 |
| 6 | in the industry. | 09:14:56 |
| 7 | Q   But from time to time in your role as a | 09:15:03 |
| 8 | consultant, you get called upon to help companies | 09:15:06 |
| 9 | design ways to synthesize molecules; right? | 09:15:10 |
| 10 | A   That is correct, yes. | 09:15:14 |
| 11 | Q   Would you consider yourself an expert in the | 09:15:15 |
| 12 | Suzuki reaction? | 09:15:19 |
| 13 | A   No, I would not. | 09:15:20 |
| 14 | Q   Have you done any consulting work that has | 09:15:23 |
| 15 | involved doing Suzuki reactions? | 09:15:26 |
| 16 | A   You mean other than this case? | 09:15:35 |
| 17 | Q   Correct. | 09:15:37 |
| 18 | A   I don't recall ever having done any detailed | 09:15:44 |
| 19 | work.  I may have recommended that people try a Suzuki | 09:15:48 |
| 20 | reaction on occasion.  But I have -- I -- I do not | 09:15:51 |
| 21 | recall any time where I went deeply into the weeds of | 09:15:56 |
| 22 | the Suzuki reaction. | 09:16:00 |
| 23 | Q   Do you have any experience at all in doing | 09:16:03 |
| 24 | Suzuki reactions? | 09:16:06 |
| 25 | A   Myself personally, I have never run a Suzuki | 09:16:07 |

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                                            11

| | | |
|---|---|---|
| 1 | reaction. | 09:16:10 |
| 2 |    Q   Have you ever designed syntheses that | 09:16:15 |
| 3 | involved the Suzuki reaction for others to perform? | 09:16:21 |
| 4 |    A   I cannot unequivocally say no, but I cannot | 09:16:29 |
| 5 | recall having done that previously. | 09:16:32 |
| 6 |    Q   What -- strike that. | 09:16:45 |
| 7 |        Would you describe your familiarity with | 09:16:45 |
| 8 | Suzuki reactions. | 09:16:46 |
| 9 |    A   Well, I -- prior to this case, I certainly | 09:16:48 |
| 10 | knew of them.  They really began to come into | 09:16:52 |
| 11 | prominence, I would say, in the late 1990s, when they | 09:16:57 |
| 12 | became one of the new methods for making especially | 09:17:02 |
| 13 | biaryl compounds, which probably, prior to the | 09:17:09 |
| 14 | mid-'80,s had been a synthesis which was generally | 09:17:14 |
| 15 | considered difficult.  And people tended to avoid | 09:17:17 |
| 16 | biaryls in drugs a great deal because there were not | 09:17:21 |
| 17 | good synthetic methods to make them. | 09:17:25 |
| 18 |        And then several reactions, including the | 09:17:27 |
| 19 | Suzuki reaction, started to come into prominence, I'd | 09:17:31 |
| 20 | say, in the 1980s and the 1990s. | 09:17:34 |
| 21 |        So I would be familiar with the idea that the | 09:17:37 |
| 22 | Suzuki reaction was a good reaction for making | 09:17:41 |
| 23 | biaryls. | 09:17:47 |
| 24 |    Q   And just to be clear, for those of us who | 09:17:47 |
| 25 | aren't chemists, a biaryl is an aryl-aryl bond; is | 09:17:50 |

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are now back on the | 10:22:38 |
| 2 | record.  The time is 10:23. | 10:22:41 |
| 3 | MR. STEINDLER:  Q.  How did you come to be | 10:22:43 |
| 4 | engaged in this case? | 10:22:45 |
| 5 | A   I was out working in my yard, and I got a | 10:22:47 |
| 6 | phone call from Denise Glassmeyer of Young Basile. | 10:22:54 |
| 7 | And that was my first intimation of this case. | 10:23:00 |
| 8 | Q   How -- strike that. | 10:23:06 |
| 9 | What was your assignment? | 10:23:07 |
| 10 | A   Well, I talked to the -- the lawyers at Young | 10:23:17 |
| 11 | Basile, and they explained to me what the case was | 10:23:23 |
| 12 | about.  And initially, I obviously took a look at the | 10:23:25 |
| 13 | documentation and told them what I thought. | 10:23:37 |
| 14 | Q   What were you asked to do? | 10:23:38 |
| 15 | A   Initially, I think I -- I mean, I can't | 10:23:48 |
| 16 | recall exactly.  But I think initially, I was asked to | 10:23:52 |
| 17 | take a look at the documentation and tell them what I | 10:23:54 |
| 18 | thought. | 10:23:58 |
| 19 | Q   About what? | 10:23:59 |
| 20 | MR. SAMUELS:  Objection; work product. | 10:24:00 |
| 21 | I instruct the witness to wait to answer | 10:24:02 |
| 22 | factual information about what was conveyed about the | 10:24:04 |
| 23 | nature of the assignment. | 10:24:07 |
| 24 | MR. STEINDLER:  Well, I -- there is no | 10:24:10 |
| 25 | privilege between a testifying expert and any lawyers. | 10:24:12 |

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019

61

| | | |
|---|---|---|
| 1 | So it may well be that I wrote it down early on, and | 10:41:05 |
| 2 | then used the literature to confirm it. | 10:41:10 |
| 3 | Or it may be that I wrote a slightly | 10:41:13 |
| 4 | different synthesis originally, and then, when I went | 10:41:16 |
| 5 | into the literature, decided that the one that we | 10:41:19 |
| 6 | ended up following was a better bet. | 10:41:22 |
| 7 | Q   Did you actually run any reactions to try to | 10:41:25 |
| 8 | synthesize any of the steps in what ultimately | 10:41:34 |
| 9 | became -- strike that. | 10:41:37 |
| 10 | Did you run any reactions that are not | 10:41:38 |
| 11 | reported in your expert report? | 10:41:40 |
| 12 | A   The -- there were, I think, 33 reactions run | 10:41:47 |
| 13 | in total.  The expert report clearly reports on a | 10:41:51 |
| 14 | synthesis of the compound, and that in each case, | 10:42:01 |
| 15 | we'll use a particular example of a reaction. | 10:42:04 |
| 16 | And -- and rather obviously, if you're going | 10:42:08 |
| 17 | from A to B to C to D, you only will report reactions | 10:42:11 |
| 18 | which successfully carried out each of those steps. | 10:42:16 |
| 19 | Q   Did you actually conduct reactions that did | 10:42:19 |
| 20 | not successfully carry out one or more of those steps? | 10:42:24 |
| 21 | A   Yes. | 10:42:27 |
| 22 | Q   Now, is that disclosed in your expert report? | 10:42:27 |
| 23 | A   No, other than in the correction, where I | 10:42:29 |
| 24 | said that it was the third attempt at the Suzuki which | 10:42:34 |
| 25 | gave us the product on the road to dabrafenib. | 10:42:38 |

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Transcript of Alexander Bridges, Ph.D.

Conducted on April 18, 2019                          62

| | | |
|---|---|---|
| 1 | In fact, I think I probably -- if you read | 10:42:46 |
| 2 | the text, I probably -- for instance, I mentioned that | 10:42:48 |
| 3 | there were brominations which failed. | 10:42:51 |
| 4 | The -- so I would have to go back and read | 10:42:53 |
| 5 | exactly what I said there, because I -- I may well | 10:42:59 |
| 6 | have pointed out that some things didn't work. | 10:43:05 |
| 7 | So -- okay.  So for instance, in the | 10:43:16 |
| 8 | bromination on page 23, this paragraph 54, I wrote | 10:43:16 |
| 9 | although the -- and this is line 4: | 10:43:23 |
| 10 | "Although the conditions described in some of | 10:43:25 |
| 11 | the literature proved to be impractically slow" -- | 10:43:27 |
| 12 | Which clearly means we tried some things | 10:43:38 |
| 13 | which proved to be impractically slow.  Then I said | 10:43:38 |
| 14 | how we made it work. | 10:43:41 |
| 15 | When -- when you report out chemistry, it is | 10:43:42 |
| 16 | not customary to report out a whole lot of things | 10:43:44 |
| 17 | which don't work, because nobody on Earth cares how | 10:43:46 |
| 18 | not to make a compound, normally. | 10:43:53 |
| 19 | Q   Just to be clear, you're only reporting in | 10:44:00 |
| 20 | your expert report what actually worked, and didn't | 10:44:03 |
| 21 | report in your expert report the things that did not | 10:44:06 |
| 22 | work; is that correct? | 10:44:10 |
| 23 | A   That would be correct, certainly as far as | 10:44:11 |
| 24 | the experimentals are concerned.  It is not in any way | 10:44:13 |
| 25 | professional practice to write up experimentals on | 10:44:19 |

| | | |
|---|---|---|
| 1 | reactions which did not work. | 10:44:22 |
| 2 |     Q   Okay.  How long did it take you, from the | 10:44:25 |
| 3 | time that you wrote down your syntheses for Compounds | 10:44:35 |
| 4 | 1 and 2, to actually complete successfully those | 10:44:42 |
| 5 | reactions? | 10:44:50 |
| 6 |     A   I would say the synthetic protocol was | 10:44:51 |
| 7 | probably first written out somewhere in around August | 10:44:53 |
| 8 | of last year.  Maybe the one we actually used was | 10:44:59 |
| 9 | written up a couple of months later.  I -- I don't | 10:45:04 |
| 10 | recall exactly. | 10:45:06 |
| 11 |     And I think the final product was signed off | 10:45:08 |
| 12 | on in the lab notebook on -- on the 5th of March -- | 10:45:13 |
| 13 |     Q   Did you -- | 10:45:18 |
| 14 |     A   -- of this year. | 10:45:20 |
| 15 |     Q   -- did you modify your original synthetic | 10:45:40 |
| 16 | protocol to come up with the one that you actually | 10:45:47 |
| 17 | used? | 10:45:50 |
| 18 |     A   I think originally, we probably -- I -- I | 10:45:54 |
| 19 | probably -- well, I did first consider following the | 10:45:58 |
| 20 | same polarity of the Suzuki reaction as is described | 10:46:08 |
| 21 | in Scheme 2. | 10:46:12 |
| 22 |     At -- upon further examination of the | 10:46:17 |
| 23 | literature, I felt there would be a higher probability | 10:46:20 |
| 24 | of success if we ran the Suzuki the other way around. | 10:46:23 |
| 25 |     And I did not expect to be in a position | 10:46:28 |

| | | |
|---|---|---|
| 1 | where we would be able to spend a great deal of time | 10:46:32 |
| 2 | and resources looking at more than one route. | 10:46:35 |
| 3 | So at the end of the day, I had to go with | 10:46:42 |
| 4 | the route which, in my judgment, had the highest | 10:46:44 |
| 5 | probability of success. | 10:46:47 |
| 6 | Q   How many different synthetic routes did you | 10:46:48 |
| 7 | consider for making Compound 2? | 10:46:52 |
| 8 | A   Probably at least half a dozen pretty closely | 10:47:00 |
| 9 | related variants on the route, some of which I | 10:47:06 |
| 10 | probably discarded on the spot. | 10:47:11 |
| 11 | But this sort of coupling and, you know, the | 10:47:14 |
| 12 | fact, for instance, that the thiazole has two aryl -- | 10:47:18 |
| 13 | well, an aryl and a heteroaryl substituted on it, | 10:47:24 |
| 14 | means, for instance, I could have considered putting | 10:47:30 |
| 15 | on -- and I'm sure I did consider putting on the | 10:47:32 |
| 16 | pyrimidyl substituent using a Suzuki.  But I chose to | 10:47:37 |
| 17 | use a Stille. | 10:47:39 |
| 18 | But I'm sure that all of these things were in | 10:47:40 |
| 19 | my routes at some point or another. | 10:47:43 |
| 20 | Q   Did you do some experimentation with the | 10:47:46 |
| 21 | earlier iterations of your synthetic scheme that you | 10:47:54 |
| 22 | decided showed you that some of the steps didn't work? | 10:47:57 |
| 23 | A   There was no experimentation done prior to | 10:48:00 |
| 24 | the execution of the scheme as was done by me.  The -- | 10:48:03 |
| 25 | this -- by the time we decided -- by the time that | 10:48:10 |

| | | |
|---|---|---|
| 1 | Plexxikon actually had signed contracts to run this | 10:48:17 |
| 2 | synthesis, we were already at the end of last year. | 10:48:23 |
| 3 | So we had to run the one scheme and hoped that it | 10:48:29 |
| 4 | worked. | 10:48:35 |
| 5 | Q   How many different synthetic schemes did you | 10:48:39 |
| 6 | put together for Compound 1? | 10:48:48 |
| 7 | A   I would think one. | 10:49:00 |
| 8 | Q   Do you know whether Adesis ever made any | 10:49:03 |
| 9 | other compounds for this case, aside from the two that | 10:49:06 |
| 10 | they made at your direction? | 10:49:11 |
| 11 | A   I have no knowledge of anything that Adesis | 10:49:18 |
| 12 | does outside of the contract that I supervised for | 10:49:21 |
| 13 | Plexxikon/Durie Tangri/Young Basile. | 10:49:28 |
| 14 | So I know only of such reactions.  I have no | 10:49:38 |
| 15 | idea whether there are any others. | 10:49:42 |
| 16 | Q   Did you keep records of the reactions that | 10:49:46 |
| 17 | you did run or had run for you that were unsuccessful? | 10:49:52 |
| 18 | A   I have the records of the reactions which | 10:49:57 |
| 19 | were run on the contract for Plexxikon. | 10:50:04 |
| 20 | Q   They are not included in your expert report; | 10:50:10 |
| 21 | is that correct? | 10:50:13 |
| 22 | A   My expert report does not include them, | 10:50:15 |
| 23 | because my expert report was how compounds are made, | 10:50:17 |
| 24 | not how they are not made. | 10:50:21 |
| 25 | Q   In the various iterations of your synthetic | 10:50:31 |

| | | |
|---|---|---|
| 1 | due to the court by March 12th, we really didn't have | 11:13:04 |
| 2 | the time to explore further routes in any way. | 11:13:07 |
| 3 |    Q   When you said "the synthetic campaign at | 11:13:13 |
| 4 | Adesis," what did that include? | 11:13:17 |
| 5 |    A   That included all of the reactions shown in | 11:13:19 |
| 6 | my report. | 11:13:24 |
| 7 |    Q   It also included reactions not shown in your | 11:13:25 |
| 8 | report that were failed reactions; correct? | 11:13:29 |
| 9 |    A   They -- there were various com- -- sometimes | 11:13:31 |
| 10 | repeats of reactions which didn't work, then worked | 11:13:36 |
| 11 | when repeated.  And on one or two occasions, we had to | 11:13:39 |
| 12 | change the conditions somewhat on the reactions. | 11:13:43 |
| 13 |    Q   How many people at Adesis were involved in | 11:13:47 |
| 14 | the synthetic campaign? | 11:13:53 |
| 15 |    A   There were two people at Adesis who were | 11:13:55 |
| 16 | directly involved in some fashion with the synthetic | 11:14:00 |
| 17 | campaign. | 11:14:03 |
| 18 |    Q   How long did it take them to make the | 11:14:12 |
| 19 | dabrafenib molecule following the synthetic scheme | 11:14:16 |
| 20 | that you gave them? | 11:14:19 |
| 21 |    A   Well, first of all, there were two people at | 11:14:20 |
| 22 | Adesis involved.  One of them was purely involved in | 11:14:25 |
| 23 | the communication between myself and the chemist. | 11:14:28 |
| 24 |       There was one bench chemist, Dr. Guan Lin | 11:14:37 |
| 25 | Bao, who worked, I would assume, 40 working days at | 11:14:43 |

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                                82

| | | |
|---|---|---|
| 1 | the bench, minus perhaps a couple of public holidays. | 11:14:48 |
| 2 | So I would say probably 38 to 40 working days | 11:14:53 |
| 3 | were involved by one chemist. | 11:14:59 |
| 4 | Q   And so just so I'm clear, 38 to 40 working | 11:15:03 |
| 5 | days were involved to make one compound; is that | 11:15:06 |
| 6 | right? | 11:15:09 |
| 7 | A   No, to make two compounds -- well, to | 11:15:09 |
| 8 | complete the synthesis of two compounds.  Obviously, | 11:15:14 |
| 9 | all the intermediates had to be made along the way. | 11:15:16 |
| 10 | Q   Do you know how long it took Adesis to make | 11:15:20 |
| 11 | one of the compounds? | 11:15:25 |
| 12 | A   I can give you the answer for Compound 1, I | 11:15:33 |
| 13 | think.  Well, I'm -- I -- I can answer that question | 11:15:33 |
| 14 | if you get a little more particular. | 11:15:38 |
| 15 | Q   Why don't you give me the answer that -- | 11:15:43 |
| 16 | that -- that you say you have. | 11:15:45 |
| 17 | A   I believe that Compound 1 was -- the notebook | 11:15:46 |
| 18 | was signed, if I recall correctly, on the 12th of | 11:15:50 |
| 19 | January.  And I think the synthetic campaign started | 11:15:57 |
| 20 | on the 5th of January.  So that would presumably be | 11:16:01 |
| 21 | five working days. | 11:16:04 |
| 22 | Q   And how about for Compound 2?  How long did | 11:16:09 |
| 23 | that take? | 11:16:11 |
| 24 | A   That was signed off, I think, on the 12th | 11:16:12 |
| 25 | of -- no, 5th of March.  Sorry. | 11:16:15 |

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                                            114

```
1                CERTIFICATE OF REPORTER
2
3         I, ANDREA M. IGNACIO, hereby certify that the
4    witness in the foregoing deposition was by me duly
5    sworn to tell the truth, the whole truth, and nothing
6    but the truth in the within-entitled cause;
7         That said deposition was taken in shorthand
8    by me, a disinterested person, at the time and place
9    therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12        That before completion of the deposition,
13   review of the transcript [ ] was [x] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17        I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22   Dated:
23   _____Andrea M. Ignacio_____
24     ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25
```