| | |
|---|---|
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>LAURA E. MILLER (SBN 271713)<br>lmiller@durietangri.com<br>RAGHAV R. KRISHNAPRIYAN (SBN 273411)<br>rkrishnapriyan@durietangri.com<br>MATTHEW W. SAMUELS (SBN 294668)<br>msamuels@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300<br><br>YOUNG BASILE HANLON & MACFARLANE, P.C.<br>JEFFREY D. WILSON (*Pro Hac Vice*)<br>wilson@youngbasile.com<br>ANDREW R. BASILE, JR. (SBN 208396)<br>abasile@youngbasile.com<br>EDDIE D. WOODWORTH (*Pro Hac Vice*)<br>woodworth@youngbasile.com<br>RYAN T. MCCLEARY (*Pro Hac Vice*)<br>mccleary@youngbasile.com<br>3001 W. Big Beaver Road, Suite 624<br>Troy, MI 48084<br>Telephone: (248) 649-3333<br>Facsimile: (248) 649-3338<br><br>Attorneys for Plaintiff<br>PLEXXIKON INC. | MCDERMOTT WILL & EMERY LLP<br>Thomas P. Steindler (*Pro Hac Vice*)<br>tsteindler@mwe.com<br>Paul M. Schoenhard (*Pro Hac Vice* submitted)<br>pschoenhard@mwe.com<br>Ian B. Brooks (*Pro Hac Vice*)<br>ibrooks@mwe.com<br>David Mlaver (*Pro Hac Vice*)<br>dmlaver@mwe.com<br>500 N. Capitol St, NW<br>Washington, DC 20001<br>Telephone: 202-756-8000<br><br>MCDERMOTT WILL & EMERY LLP<br>William G. Gaede, III (SBN 136184)<br>wgaede@mwe.com<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>Telephone: 650-815-7400<br>Facsimile: 650-815-7401<br><br>MCDERMOTT WILL & EMERY LLP<br>K. Nicole Clouse (*Pro Hac Vice*)<br>nclouse@mwe.com<br>28 State Street<br>Boston, MA 02109<br>Telephone: 617-535-3841<br><br>Attorneys for Defendant<br>NOVARTIS PHARMACEUTICALS CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　Defendant. | Case No. 4:17-cv-04405-HSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT DEPOSITION OF MALACKOWSKI AFTER THE EXPERT DISCOVERY CUTOFF DATE**<br><br>Ctrm:　2 – 4th Floor<br>Judge:　Honorable Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Plexxikon |
| 2 | Inc. ("Plexxikon") and Defendant Novartis Pharmaceuticals Corporation ("NPC") stipulate and request |
| 3 | that the Court enter an order permitting the deposition of James E. Malackowski to occur on May 4, 2019 |
| 4 | after the May 2, 2019 close of expert discovery.  Specifically, the parties have arranged to complete all |
| 5 | other expert depositions within the expert discovery period.  The earliest available mutually agreeable |
| 6 | time for Mr. Malackowski, one of NPC's experts, to be deposed is May 4, 2019.  Accordingly, the parties |
| 7 | seek to extend expert discovery for the limited purpose of allowing the parties to complete the deposition |
| 8 | of Mr. Malackowski. |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Plexxikon Inc. ("Plexxikon") and Defendant Novartis Pharmaceuticals Corporation ("NPC") stipulate and request that the Court enter an order permitting the deposition of James E. Malackowski to occur on May 4, 2019 after the May 2, 2019 close of expert discovery. Specifically, the parties have arranged to complete all other expert depositions within the expert discovery period. The earliest available mutually agreeable time for Mr. Malackowski, one of NPC's experts, to be deposed is May 4, 2019. Accordingly, the parties seek to extend expert discovery for the limited purpose of allowing the parties to complete the deposition of Mr. Malackowski.

On December 22, 2017, the Court issued a scheduling order setting deadlines through claim construction. *See* ECF No. 57. On June 5, 2018, the parties filed a joint motion to amend the scheduling order and set a schedule for the remainder of the case. *See* ECF No. 76. The Court issued a revised scheduling order on June 20, 2018, setting, in relevant part, a fact discovery cutoff date of January 17, 2019, an expert discovery cutoff date of May 2, 2019, and a trial start date of October 7, 2019. *See* ECF No. 80. This order explained that "[t]hese dates may only be altered by order of the Court and only upon a showing of good cause." *Id.* at 1. On January 11, 2019, the parties filed a stipulation and proposed order seeking to permit the parties to take certain fact depositions on or before February 6, 2019. *See* ECF No. 117. The Court entered the order on January 14, 2019. *See* ECF No. 118. There have been no subsequent time modifications in this case, either by stipulation or Court order.

Permitting the parties to conduct a single deposition on the aforementioned date will not affect any of the remaining dates set by the Court's June 20, 2018 Revised Scheduling Order.[1] Moreover, good cause exists to take this deposition after the close of expert discovery. The parties have been working diligently to schedule depositions, but witness and attorney schedules have made it necessary to schedule this deposition after the May 2, 2019 expert discovery cutoff date. Plexxikon reserves its rights to seek discovery arising out of Mr. Malackowski's deposition, and Novartis agrees not to object to Plexxikon seeking such discovery on the grounds that the deposition took place two days after the discovery cut-off date.

---

[1] This stipulation does not modify the calculated deadline for submitting dispositive motions, which remains June 3, 2019.

| | | |
|---|---|---|
| Dated: April 30, 2019 | | McDERMOTT WILL & EMERY LLP |
| | By: | */s/ Thomas P. Steindler* |
| | | THOMAS P. STEINDLER |
| | | Attorney for Defendant<br>NOVARTIS PHARMACEUTICALS CORPORATION |

| | | |
|---|---|---|
| Dated: April 30, 2019 | | DURIE TANGRI LLP |
| | By: | */s/ Daralyn J. Durie* |
| | | DARALYN J. DURIE |
| | | Attorney for Plaintiff<br>PLEXXIKON INC. |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Thomas P. Steindler, attest that concurrence in the filing of this document has been obtained.

Dated: April 30, 2019                                            */s/ Thomas P. Steindler*
                                                                        THOMAS P. STEINDLER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/1/2019

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE