DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
VICTORIA L. WEATHERFORD (SBN 267499)
vweatherford@durietangri.com
RAGHAV R. KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@durietangri.com
MATTHEW W. SAMUELS (SBN 294668)
msamuels@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

YOUNG BASILE HANLON & MACFARLANE, P.C.
JEFFREY D. WILSON (*Pro Hac Vice*)
wilson@youngbasile.com
ANDREW R. BASILE, JR. (SBN 208396)
abasile@youngbasile.com
EDDIE D. WOODWORTH (*Pro Hac Vice*)
woodworth@youngbasile.com
RYAN T. MCCLEARY (*Pro Hac Vice*)
mccleary@youngbasile.com
3001 W. Big Beaver Road, Suite 624
Troy, MI 48084
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

Attorneys for Plaintiff
PLEXXIKON INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-04405-HSG<br><br>**DECLARATION OF DR. ALEXANDER J. BRIDGES**<br><br>Date:<br>Time:<br>Ctrm: 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

I, Alexander J. Bridges, declare and state as follows:

1. I am currently a full-time consultant specializing in synthetic and medicinal chemistry for a number of companies and research universities. I submitted a rebuttal expert report on March 14, 2019 on behalf of Plaintiff Plexxikon Inc. ("Plexxikon") regarding my opinions on the ability to synthesize compounds following reaction schemes described in the Asserted Patents. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

2. I understand the Court ordered production of documents "that contain 'factual ingredients' about the unused synthetic routes that Dr. Bridges considered . . . ." In creating a synthetic scheme for the two compounds I synthesized that fall within the scope of the claims of the Asserted Patents, I undertook a review of the related academic and patent literature available to a person of ordinary skill in the art as of 2005. A complete list of the references I collected is set out at Appendix A to this declaration. I understand that counsel for Plexxikon has produced each of these documents to Novartis.

3. Following this review, I communicated with counsel regarding my review of the academic and patent literature. Some of those communications discussed my ideas for an approach to synthesizing compounds relevant to my opinion. In such communications, I provided counsel my analysis of the literature—my own thoughts and ideas. The facts or data I considered are contained in the documents set out in Appendix A. I may have glanced at additional published literature, which I did not save, do not have, and did not discuss in my communications with counsel.

I declare under penalty of perjury that the foregoing is to the best of my knowledge and belief true and correct. Executed this 14th day of May, 2019 in Saline, Michigan.

Alexander J. Bridges

Alexander J. Bridges