## Appendix A

| Bates Number | Filename |
|---|---|
| PXK0191728-PXK0191731 | Tetrahedron 57, 9813 (2001) .pdf |
| PXK0191732-PXK0191735 | Tet Letters 44, 4077 (2003) GSK .pdf |
| PXK0191736-PXK0191739 | Tet Lett 39, 9309 (1998) - A novel method for the formation of 2-azocanones by lactone-to-lactam ring contraction of 2-oxonanones.pdf |
| PXK0191740-PXK0191745 | US 20030100792 Clariant. .pdf |
| PXK0191746-PXK0191750 | J Chem Soc Perkin 1, 215 (1992) - Azoles. Part 8.' Metallation and Bromine - Lithium Exchange.pdf |
| PXK0191751-PXK0192100 | US 20040110785 BMS .pdf |
| PXK0192101-PXK0192281 | US 20050043347 Abbott .pdf |
| PXK0192282-PXK0192285 | Tet letters 36, 9293 (1995) .pdf |
| PXK0192286-PXK0192349 | US 20060041137 Takeda.pdf |
| PXK0192350-PXK0192357 | Acta Chem Scand 43, 62 (1989) - Regiochemistry in Pd-Catalysed Organotin Reactions.pdf |
| PXK0192358-PXK0192364 | Rec Trav Chim Pays-Bas 84, 430 (1965).pdf |
| PXK0192365-PXK0192470 | US 20050026944 Abbott .pdf |
| PXK0192471-PXK0192473 | SynLett 157 (1991).pdf |
| PXK0192474-PXK0192475 | Synthesis 185 (1987).pdf |
| PXK0192476-PXK0192478 | Synlett 829 (2000) A Convenient Synthesis of Heteroaryl Benzoic Acids Via Suzuki Reaction.pdf |
| PXK0192479-PXK0192485 | Synthesis 128 (2001).pdf |
| PXK0192486-PXK0192489 | Synthesis 757 (1986).pdf |
| PXK0192490-PXK0192766 | US20030207910A1.pdf |
| PXK0192767-PXK0193116 | US20040110785A1.pdf |
| PXK0193117-PXK0193992 | WO 2006039718 Amgen.pdf |
| PXK0193993-PXK0194089 | WO 2003015776 Janssen .pdf |
| PXK0194090-PXK0194095 | Synth Comm 26, 3543 (1996) .pdf |
| PXK0194096-PXK0194479 | Org Reactions Vol 50. The Stille Reaction .pdf |
| PXK0194480-PXK0194501 | Synthesis (2004) 2419.pdf |
| PXK0194502-PXK0194516 | Synthesis (2003) 469.pdf |
| PXK0194517-PXK0194778 | Org Reactions 26, 1 (1979) .pdf |
| PXK0194779-PXK0194781 | Org Letters 6, 3083 (2004) .pdf |

**Appendix A**

| Bates Number | Filename |
|---|---|
| PXK0194782-PXK0194789 | J Org Chem 70, 567 (2005) .pdf |
| PXK0194790-PXK0194990 | WO 2005105814 Incyte.pdf |
| PXK0194991-PXK0195131 | WO 2002026706 Bayer .pdf |
| PXK0195132-PXK0195231 | WO 2004092177 Biogen .pdf |
| PXK0195232-PXK0195413 | WO 2004081008 AstraZeneca .pdf |
| PXK0195414-PXK0195592 | WO 2005061519 Syrrx .pdf |
| PXK0195593-PXK0195773 | WO 2005084296 BMS.pdf |
| PXK0195774-PXK0195981 | WO 2006038923 3M.pdf |
| PXK0195982-PXK0196094 | WO 2006002434 SKB .pdf |
| PXK0196095-PXK0196157 | WO 2003048132 Merck .pdf |
| PXK0196158-PXK0196223 | WO 2003097637 Roche .pdf |
| PXK0196224-PXK0196290 | WO 2003093272 Merck .pdf |
| PXK0196291-PXK0196400 | WO 2003006464 Merck .pdf |
| PXK0196401-PXK0196508 | WO 2002074772 Merck.pdf |
| PXK0196509-PXK0196705 | WO 2002074773 Merck .pdf |
| PXK0196706-PXK0196832 | WO 2004014865 Merck .pdf |
| PXK0196833-PXK0196974 | WO 2006053121 Merck .pdf |
| PXK0196975-PXK0197278 | WO 2006099075 CGI Pharma .pdf |
| PXK0197279-PXK0197368 | WO 2006120563 Warner-Lambert.pdf;WO 2006120563 Warner-Lambert (2).pdf |
| PXK0197369-PXK0197378 | J Chem Soc 564 (1950) .pdf |
| PXK0197379-PXK0197383 | J Chem Soc 573 (1950) Bromination of unreactive aromatics with protonated hypobromous acid.pdf;J Chem Soc 573 (1950) .pdf |
| PXK0197384-PXK0197405 | Chem Commun 2881 (2005) .pdf;Alexander Bridges - Chem Commun 2881 (2005) Review on microwave Suzuki Rxns in water.pdf |
| PXK0197406-PXK0197409 | Tet Letters 47, 4415 (2006) .pdf;Alexander Bridges - Tet Letters 47, 4415 (2006) Microwave-assisted Suzuki Rxns on halopyrimidines.pdf |
| PXK0197410-PXK0197413 | J Org Chem 71, 3959 (2006) .pdf;Alexander Bridges - J org Chem 71, 3959 (2006) Heteroaryl-heteroaryl microwave assisted Suzuki Couplings.pdf |

**Appendix A**

| Bates Number | Filename |
|---|---|
| PXK0197414-PXK0197417 | Alexander Bridges - J Org Chem 71, 1707 (2006) Dimerization of 4-Haloquinol-2-ones using Microwave Assisted Suzuki reactions.pdf;J Org Chem 71, 1707 (2006) .pdf |
| PXK0197418-PXK0197421 | Tet Letters 37, 8219 (1996) .pdf;Alexander Bridges - Tet Letters 37, 8219 (1996) Microwave assisted Suzuki couplings on resins.pdf |
| PXK0197422-PXK0197427 | Alexander Bridges - J Org Chem 64, 3885 (1999) Microwave assisted Suzuki couplings of (hetero)aroyl PEG esters in water.pdf;J Org Chem 64, 3885 (1999) .pdf |
| PXK0197428-PXK0197507 | WO 2003018579 Merck .pdf |
| PXK0197508-PXK0197645 | WO 2004047836 Merck .pdf |
| PXK0197646-PXK0197778 | WO 2003093252 Merck .pdf |
| PXK0197779-PXK0197862 | WO 2003011853 Dow .pdf |
| PXK0197863-PXK0197876 | EP1434285A2 (2004) Samsung.pdf |
| PXK0197877-PXK0197889 | European J Org Chem (2000) 425 .pdf |
| PXK0197890-PXK0197892 | Chem Comm 2005 3183 .pdf |
| PXK0197893-PXK0198097 | WO 2006102194 Lilly .pdf |
| PXK0198098-PXK0198106 | EP 0571859 A2 Ethyl Corp .pdf |
| PXK0198107-PXK0198110 | Chem Ber 104, 71 (1971) .pdf |
| PXK0198111-PXK0198112 | Tet Letters 16, 4203 (1975).pdf;Tet Letters 16, 4203 .pdf |
| PXK0198113-PXK0198118 | Org Syn 82, 30 (2005) .pdf |
| PXK0198119-PXK0198122 | Org letters 3, 2887 (2001).pdf |
| PXK0198123-PXK0198128 | US 4740629 Ethyl .pdf |
| PXK0198129-PXK0198133 | US 4681920 GTE .pdf |
| PXK0198134-PXK0198146 | J Org Chem 68, 4302 (2003) .pdf |
| PXK0198147-PXK0198151 | Tetrahedron Letters 45, 7157 (2004) .pdf;Tetrahedron Letters 45, 7157 (2004) Suzuki reactions on 2-aryl-5-bromothiazole to make 2,5-diarylthiazoles.pdf |
| PXK0198152-PXK0198453 | WO 2002083111 Tanabe .pdf |
| PXK0198454-PXK0198702 | WO 2005070916 Lilly .pdf |
| PXK0198703-PXK0198906 | US 20050187277 Transtech.pdf |

**Appendix A**

| Bates Number | Filename |
|---|---|
| PXK0198907-PXK0198910 | Bioorg Med Chem Letters 15, 2533 (2005) Merck.pdf |
| PXK0198911-PXK0198916 | Org Syn Coll Vol 10, 115 (2004) .pdf |
| PXK0198917-PXK0198922 | Synthesis 429 (2000) .pdf |
| PXK0198923-PXK0198932 | J Organometal Chem 687, 327 (2003) .pdf |
| PXK0198933-PXK0198936 | Organic Letters 5, 2911 (2003) .pdf |
| PXK0198937-PXK0198942 | Nucleosides, Nucleotides Nucleic Acids 24, 571 (2005) .pdf |
| PXK0198943-PXK0198947 | Bioorg Med Chem Letters 12, 471 (2002) GSK .pdf |
| PXK0198948-PXK0198951 | Org Letters 4, 3529 (2002).pdf |
| PXK0198952-PXK0198992 | EP 1167372 Takasago.pdf;EP 1167372 2-Chloropyridine Suzuki with PhB(OH)2.pdf |
| PXK0199089-PXK0199092 | J Ag Food Chem 24, 1065 (1976) - Insect growth regulators. Analogs of TH-6038 and TH-6040.pdf |
| PXK0199093-PXK0199099 | J Org Chem 55, 2736 (1990) - Synthesis of mercapturic acid derivatives of putative toxic metabolites of bromobenzene.pdf |
| PXK0199100-PXK0199103 | J Org Chem 67, 5394 (2002) - An improved protocol for the preparation of 3-pyridyl-and some arylboronic acids.pdf |
| PXK0199104-PXK0199106 | J Org Chem 69, 2210 (2004) - Generation of 3-Pyridyl Biaryl Systems via Palladium-Catalyzed Suzuki Cross-Couplings of Aryl Halides with 3-Pyridylboroxin.pdf |
| PXK0199107-PXK0199108 | J Org Chem 64, 8743 (1999) - A Suzuki coupling method for directly introducing a protected β-aminoethyl group into arenes and alkenes. Convenient synthesis of phenethyl and homoallylic amines.pdf |
| PXK0199109-PXK0199117 | Adv Synth Catal 346 1859 (2004) - A Novel Practical Synthesis of C-2-Arylpurines.pdf |
| PXK0199118-PXK0199122 | J Org Chem 65, 164 (2000) - Palladium-catalyzed borylation of aryl halides or triflates with dialkoxyborane - A novel and facile synthetic route to arylboronates.pdf |
| PXK0199123-PXK0199136 | J Org Chem 53, 1748 (1988) - Synthesis of (trimethylsilyl)thiazoles and reactions with carbonyl compounds. Selectivity aspects and synthetic utility.pdf |

**Appendix A**

| Bates Number | Filename |
|---|---|
| PXK0199137-PXK0199140 | J Org Chem 66, 7227 (2001) - Polar−π and Cation−π Stabilizing Interactions between Constrained Cofacial Aromatic Rings Favoring the More Sterically Hindered Diastereomer.pdf |
| PXK0199141-PXK0199146 | J Org Chem 63, 4985 (1998) - π-Cation and π-Dipole-Stabilizing Interactions in a Simple Model.pdf |
| PXK0199147-PXK0199152 | Macromolecules 30, 7686 (1997) - New Well-Defined Poly(2,7-fluorene) Derivatives - Photoluminescence and Base Doping.pdf |
| PXK0199153-PXK0199156 | Org Chem 39, 1192 (1974) - Chemistry of metalated heterocycles. Site of metalation of 2-methyl-4-substituted 1,3-thiazoles. Electronic, steric, and isotope effects.pdf |
| PXK0199157 | Current Science 21, 314 (1952) - Orientation in the Thiazole Nucleus.pdf |
| PXK0199158-PXK0199161 | Org Chem 66, 5394 (2002) - An Improved Protocol for the Preparation of 3-Pyridyl- and Some Arylboronic Acids.pdf |
| PXK0199162-PXK0199168 | J Org Chem 69, 5705 (2004) - Synthesis of Diindolocarbazoles by Cadogan Reaction - Route to Ladder Oligo(p-aniline)s.pdf |
| PXK0199169-PXK0199171 | Org Letters 4, 1363 (2002) - Regiocontrolled synthesis of substituted thiazoles.pdf |
| PXK0199172-PXK0199174 | J Org Chem 60, 7508 (1995) - Palladium(0)-Catalyzed Cross-Coupling Reaction of Alkoxydiboron with Haloarenes_A Direct Procedure for Arylboronic Esters.pdf |
| PXK0199175-PXK0199426 | WO2004048368A2.pdf |
| PXK0199427-PXK0199613 | WO2005116000A1.pdf |
| PXK0199614-PXK0199618 | PMR and CMR Spectra of 2-Chloro and 2-amino-4-subst-pyrimidines.docx |
| PXK0199619-PXK0199622 | Org Letters 5,1369 (2003) GSK.pdf |
| PXK0199623 | Chemica Scripta 25, 295 (1985) Abstract.pdf |
| PXK0199624-PXK0199626 | Bromothiazole Suzuki Reaction prior art references.pdf |
| PXK0199642-PXK0199653 | FR 2207100 Eli Lilly Bromination in nitrobenzene benzonitrile.docx |

**Appendix A**

| Bates Number | Filename |
|---|---|
| PXK0199654-PXK0199660 | Alexander Bridges - SynLett 127 (2005) Microwave assisted Suzuki couplings with heteroaromatics.pdf |
| PXK0199661- PXK0199663 | JACS 113, 9385 (1991).pdf |