| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | DARALYN J. DURIE (SBN 169825) |
| 2 | ddurie@durietangri.com |
| | DAVID McGOWAN (SBN 154289) |
| 3 | dmcgowan@durietangri.com |
| | LAURA E. MILLER (SBN 271713) |
| 4 | lmiller@durietangri.com |
| | VICTORIA L. WEATHERFORD (SBN 267499) |
| 5 | vweatherford@durietangri.com |
| | RAGHAV R. KRISHNAPRIYAN (SBN 273411) |
| 6 | rkrishnapriyan@durietangri.com |
| | MATTHEW W. SAMUELS (SBN 294668) |
| 7 | msamuels@durietangri.com |
| | 217 Leidesdorff Street |
| 8 | San Francisco, CA 94111 |
| | Telephone: 415-362-6666 |
| 9 | Facsimile: 415-236-6300 |
| 10 | YOUNG BASILE HANLON & MACFARLANE, P.C. |
| | JEFFREY D. WILSON (*Pro Hac Vice*) |
| 11 | wilson@youngbasile.com |
| | ANDREW R. BASILE, JR. (SBN 208396) |
| 12 | abasile@youngbasile.com |
| | EDDIE D. WOODWORTH (*Pro Hac Vice*) |
| 13 | woodworth@youngbasile.com |
| | RYAN T. MCCLEARY (*Pro Hac Vice*) |
| 14 | mccleary@youngbasile.com |
| | 3001 W. Big Beaver Road, Suite 624 |
| 15 | Troy, MI 48084 |
| | Telephone: (248) 649-3333 |
| 16 | Facsimile: (248) 649-3338 |
| 17 | Attorneys for Plaintiff |
| | PLEXXIKON INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-04405-HSG<br><br>**PLAINTIFF PLEXXICON INC.'S ADMINISTRATRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Ctrm: 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Plexxikon Inc. ("Plexxikon") respectfully submits this Administrative Motion to File under Seal. The following documents contain information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by Defendant Novartis Pharmaceuticals Corporation ("Novartis") pursuant to the Protective Order entered in this matter. Plexxikon takes no position as to the confidentiality of these documents and seeks sealing solely to remain in compliance with the Protective Order and this Court's Local Rules. To that end, if this material is subject to protection, Plexxikon expects that, within four days of the service and filing of this motion, Novartis will file declarations supporting this motion as required by Civil Local Rule 79-5. Pursuant to Civil Local Rule 79, Novartis bears the burden of submitting declarations, based on personal knowledge, which demonstrate "compelling reasons" for why these materials should remain sealed.

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Plaintiff's Notice of Motion and Motion to Exclude Certain Opinions and Testimony of Novartis's Technical Experts and Memorandum of Points and Authorities in Support Thereof | Page 2, lines 15–28<br>Page 3, lines 1–13, 18–20<br>Page 4, lines 4–15, 19–20<br>Page 5, lines 5–12, 18–20, 24–26<br>Page 6, lines 13–15<br>Page 8, lines 19–24<br>Page 9, lines 1–5<br>Page 10, lines 1–6, 15–22, 27–28<br>Page 11, lines 25–28<br>Page 12, lines 1–2, 9–11 | Designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" by Novartis |
| Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff Plexxikon Inc.'s Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | To be sealed in its entirety | Designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" by Novartis |
| Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff Plexxikon Inc.'s Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | To be sealed in its entirety | Designated as "CONFIDENTIAL" by Novartis |
| Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff Plexxikon Inc.'s Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | To be sealed in its entirety | Designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" by Novartis |

| Document | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Exhibit 5 to the Declaration of Laura E. Miller in Support of Plaintiff Plexxikon Inc.'s Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | To be sealed in its entirety | Designated as "CONFIDENTIAL" by Novartis |
| Exhibit 7 to the Declaration of Laura E. Miller in Support of Plaintiff Plexxikon Inc.'s Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | To be sealed in its entirety | Designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" by Novartis |

Although the Plexxikon does not take a position on whether it is critical to seal the designated documents and information from the public record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), Plexxikon has filed the instant motion so as to comply with the Protective Order.

Dated: May 16, 2019

DURIE TANGRI LLP

By: */s/ Laura E. Miller*
DARALYN J. DURIE
DAVID McGOWAN
LAURA E. MILLER
VICTORIA L. WEATHERFORD
RAGHAV KRISHNAPRIYAN
MATTHEW W. SAMUELS

Attorneys for Plaintiff
PLEXXIKON INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER