THOMAS P. STEINDLER (*Pro Hac Vice*)
tsteindler@mwe.com
PAUL M. SCHOENHARD (*Pro Hac Vice*)
pschoenhard@mwe.com
IAN B. BROOKS (*Pro Hac Vice*)
ibrooks@mwe.com
DAVID MLAVER (*Pro Hac Vice*)
dmlaver@mwe.com
MCDERMOTT WILL & EMERY LLP
500 N. Capitol St., N.W.
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202) 756-8087

WILLIAM G. GAEDE III (SBN: 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel: (650) 815-7400
Fax: (650) 469-1470

KATHERINE NICOLE CLOUSE (*Pro Hac Vice)*
nclouse@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PLEXXIKON INC.,

Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORPORATION,

Defendant.

CASE NO. 4:17-cv-04405-HSG (EDL)

**DECLARATION OF PHIL S. BARAN, PH.D., IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Redacted - Public Version

I, Phil S. Baran, Ph.D., declare as follows:

1. I have been retained as an expert on behalf of Defendant Novartis Pharmaceuticals Corporation in this matter. A copy of my Curriculum Vitae is attached hereto as Ex. 1.

2. GSK synthesized and tested three compounds prior to July 17, 2007 that fall within the scope of each of the Asserted Compound Claims (i.e. claims 1, 2, and 4-6 of U.S. Patent No. 9,469,640 and claims 1, 2, 4-8, 11, 12, and 14-18 of U.S. Patent No. 9,844,539). I refer to these compounds as GSK2, GSK3, and GSK4. Appendix A to this Declaration contains claim charts showing that GSK2, GSK3, and GSK4 anticipate the Asserted Compound Claims.

3. GSK included GSK2, GSK3, and GSK4 among other compounds in U.S. Provisional Application Nos. 61/159,513 ("the '513 provisional") (Ex. 2) and 61/050,744 ("the '744 provisional") (Ex. 3). NPC-PLEX012797484 is [redacted] Appendix B to this Declaration is an excerpt of NPC-PLEX012797484 [redacted] A complete copy of NPC-PLEX012797484 is also provided as Ex. 4.

4. The first GSK compound (GSK2) [redacted] Ex. 5 [redacted]) (NPC-PLEX012399325-437) at NPC-PLEX012399334. [redacted] *Id.* [redacted] Ex. 6 [redacted] (G-PLEX00007406-81) at G-PLEX00007460. [redacted] Ex. 4; Appendix B. [redacted]. *See* Ex. 7 (G-PLEX00006939-93) at G-PLEX00006957. [redacted]

McDermott Will & Emery LLP
Attorneys At Law

[redacted] Ex. 4; Appendix B.

5. GSK2 was disclosed as "Example 29" in GSK's U.S. Provisional Application No. 61/159,513 ("the '513 provisional"), which was filed with the U.S. Patent Office on March 12, 2009, and PCT/US2010/026738, which was filed on March 10, 2010 and published as WO 2010/104899 ("WO '899") on September 16, 2010. Ex. 2 ('513 provisional) at cover page, 169-72; Ex. 8 (WO '899) at cover page, pages 162-64. GSK 2 was further disclosed in U.S. Patent Application No. 13/254,463, which claimed priority to the '513 provisional and WO '899 and which was published as U.S. Pub. No. 2011/0319392 on December 29, 2011. Ex. 9 (U.S. Pub. No. 2011/0319392) at cover page, 81-83.

6. The second GSK compound (GSK3) [redacted] Ex. 5 at NPC-PLEX012399337. [redacted] Ex. 6 at G-PLEX00007464. [redacted] Ex. 5 at NPC-PLEX012399337. [redacted] Ex. 4; Appendix B. [redacted] *Id.*

7. GSK3 was disclosed as "Example 30" in GSK's '513 provisional, which was filed with the U.S. Patent Office on March 12, 2009 and PCT/US2010/026738, which was filed on March 10, 2010 and published as WO '899 on September 16, 2010. Ex. 2 at cover page, 172-73; Ex. 8 at cover page, 165-66. GSK3 was also further disclosed in U.S. Patent Application No. 13/254,463, which published as U.S. Pub. No. 2011/0319392 on December 29, 2011. Ex. 9 at cover page, 83.

8. The '513 provisional reflects a tremendous amount of work. The application is 248 pages long and includes detailed synthetic schemes and mass spectrometry and/or $^1$H NMR characterization data for 8 intermediates and 32 example compounds, Ex. 2 at 107-178, and mass spectrometry and $^1$H NMR characterization data for an additional 144 compounds (compounds 34-177). *Id.* at 178-205. Nearly all of the 177 compounds described in the '513 provisional were



MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

tested for their ability to inhibit both EGFR and ErbB-2 protein tyrosine kinase activity in substrate phosphorylation assays; their ability to inhibit B-Raf activity in a B-Raf Accelerated MEK ATPase assay; and their ability to inhibit grown of human head and neck tumor cells (HN5), human breast tumor cells (BT474), human colon tumor cells (Colo205 and HT-29), and human melanoma cancer cells (SK-MEL-28, A375P F11s, and SK-MEL-3). *Id.* at 213-225. The '513 provisional also presents *in vivo* (mouse) experiments with one compound, on two different tumor lines, with several different dosages. *Id.* at 225-227. The '513 provisional also presents several pharmaceutical formulations. *Id.* at 227-228.

9. The third GSK compound (GSK4) [redacted] Ex. 5 at NPC-PLEX012399371. [redacted] Ex. 4; Appendix B. [redacted] *Id.*

10. GSK4 was disclosed as "Example 11" in the '744 provisional, filed May 6, 2008. Example 11 was subsequently published on November 12, 2009, in WO2009/137391. Ex. 3 ('744 provisional) at 138; Ex. 10 (WO '391) at 148-49. GSK4 was further disclosed in U.S. Application No. 12/434,963, filed May 4, 2009, which claimed priority to the '744 provisional and which issued as U.S. Patent No. 7,994,185 on Aug. 9, 2011 after having published under U.S. Pub. No. 2009/0298815 on December 3, 2009. *See* Ex. 11 (U.S. Patent No. 7,994,185) at face page.

11. The '744 provisional also reflects a tremendous amount of work. The application is 307 pages long and includes detailed synthetic schemes and mass spectrometry and/or $^{1}$H NMR characterization data for 45 intermediates and 116 example compounds, Ex. 3 at 102-249, and mass spectrometry and $^{1}$H NMR characterization data for an additional 100 compounds (compounds 117-217). *Id.* at 249-273. Nearly all of the 217 compounds described in the '744 provisional were tested for their ability to: (i) inhibit B-Raf activity in a B-RAF Accelerated MEK ATPase assay; (ii) inhibit growth of human colon tumor cells (Colo205); and (iii) inhibit growth of human melanoma cancer cells (SK-MEL-28). *Id.* at 274-82. The '744 provisional also presents *in vivo* experiments in mice with one compound, with 7 different dosage groups, each comprising 7 or 8



MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

mice. *Id.* at 282-83. In addition, the '744 provisional also discloses x-ray powder diffraction data and differential scanning calorimetry data for three compounds. *Id.* at 21-22, 285-86. Further, the '744 provisional also discloses pharmaceutical formulation examples for a series of compounds. *Id.* at 283-85.

12. [redacted]

13. [redacted]

14. I have been asked to illustrate the portion of the Formula Ia (as recited in claim 1of the '640 patent) that is represented by [redacted] Formula Ia is reproduced below with a red line around the portion [redacted]

1. A compound of formula (Ia):

McDermott Will & Emery LLP
Attorneys At Law




(Ia)

or a pharmaceutically acceptable salt thereof,
wherein:
$L_1$ is a bond or —N(H)C(O)—;
each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl;
$R^2$ is hydrogen or halogen;
$R^4$ is hydrogen;
$R^3$ is optionally substituted lower alkyl or optionally substituted aryl;
m is 0, 1, 2, 3, 4, or 5; and
Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen.

Ex. 13 (U.S. Patent No. 9,469,640) at 150:25-47 (claim 1) (annotation added).

I declare that the foregoing is true and accurate to the best of my knowledge subject to penalty of perjury under the laws of the United States.

Dated: May 21, 2019

Respectfully submitted,

By: [signature]
Phil S. Baran, Ph.D.

DM_US 159964781-3.067268.0040

# APPENDIX A

## Claim Charts: GSK2, GSK3, and GSK4 Anticipate the Asserted Compound Claims

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**A. GSK2 Anticipates the Asserted Compound Claims ('640 Patent, Claims 1, 2, 4-6; '539 Patent, Claims 1, 2, 4-8, 11, 12 and 14-18)**

| Claim 1 | Prior Art Disclosure |
|---|---|
| Element [A]<br><br>A compound of formula (Ia):<br><br>(Ia)<br><br><br>or a pharmaceutically acceptable salt thereof, wherein: | The second GSK compound (referred to herein as "GSK2") [redacted] |

| | |
|---|---|
| | [redacted] G-PLEX00007406-81 at G-PLEX00007460. [redacted] *Id.* [redacted] G-PLEX00010527-29 at G- |

| | |
|---|---|
| | PLEX00010529. [redacted] *See* G-PLEX00006939-93 at G-PLEX00006957.<br><br>There is no evidence that GSK2 was abandoned, suppressed or concealed, as GSK2 was included as “Example 29” in GSK’s U.S. Provisional Application No. 61/159,513 (“the ‘513 provisional”), which was filed with the U.S. Patent Office on March 12, 2009, and PCT/US2010/026738, which was filed on March 10, 2010 and published as WO 2010/104899 (“WO ‘899”) on September 16, 2010. ‘513 provisional at cover page; pages 169-72; WO ‘899 at cover page; pages 162-64.<br><br>GSK2 has the below structure:<br><br> |
| Element [B]<br><br>$L_1$ is a bond or —N(H)C(O)—; | <br> |

| | |
|---|---|
| Element [C]<br><br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl; | $R^1$ is optionally substituted lower alkyl containing 3 carbon atoms<br><br>$R^1$ is optionally substituted heteroaryl |
| Element [D]<br><br>$R^2$ is hydrogen or halogen; | <br>$R^2$ is hydrogen |
| Element [E]<br><br>$R^4$ is hydrogen; | $R^4$ is hydrogen<br> |

| | |
|---|---|
| Element [F]<br><br>$R^3$ is optionally substituted lower alkyl or optionally substituted aryl; | $R^3$ is optionally substituted aryl<br> |
| Element [G]<br><br>m is 0, 1, 2, or 3; and | *See* Element [C], m is 2. |
| Element [H]<br><br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. | Ar is a monocyclic heteroaryl containing 5 atoms wherein at least one atom is nitrogen<br> |
| Claim 2 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^2$ is hydrogen | *See* Claim 1, Element [D] above. |
| Claim 4 | Prior Art Disclosure |

| | |
|---|---|
| The compound of claim 1, wherein $R^3$ is optionally substituted phenyl. |   |
| Claim 5 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is **phenyl substituted with one or more substituents selected from the group consisting of fluoro**, lower alkyl, fluoro substituted lower alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. |   |
| Claim 6 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 5. |
| Claim 7 | Prior Art Disclosure |
| The compound of claim 1, wherein one of the $R^1$ substituents is optionally substituted lower alkyl containing 1-4 carbon atoms. | *See* Element[C], Claim 1. |
| Claim 8 | Prior Art Disclosure |
| The compounds of claim 1, wherein one of the $R^1$ substituents is optionally substituted heteroaryl. | *See* Element[C], Claim 1. |
| Claim 11 | Prior Art Disclosure |

| | |
|---|---|
| A compound of formula (Ia):<br><br>(Ia)<br>or a pharmaceutically acceptable salt thereof, wherein:<br>$L_1$ is a bond;<br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl;<br>$R^2$ is hydrogen or halogen;<br>$R^4$ is hydrogen;<br>$R^3$ is optionally substituted lower alkyl or optionally substituted aryl;<br>m is 0, 1, 2, 3, 4, or 5; and<br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. | *See* Claim 1. |
| Claim 12 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^2$ is hydrogen. | *See* Claim 2. |
| Claim 14 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^3$ is optionally substituted phenyl. | See Claim 4. |

| Claim 15 | Prior Art Disclosure |
|---|---|
| The compound of claim 11, wherein $R^3$ is phenyl substituted with one or more substituents selected from the group consisting of fluoro, lower alkyl, fluoro substituted lower alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. | *See* Claim 5. |
| Claim 16 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 6. |
| Claim 17 | Prior Art Disclosure |
| The compound of claim 11, wherein one of the $R^1$ substituents is optionally substituted lower alkyl containing 1-4 carbon atoms. | *See* Claim 7. |
| Claim 18 | Prior Art Disclosure |
| The compounds of claim 11, wherein one of the $R^1$ substituents is optionally substituted heteroaryl. | *See* Claim 8. |

**B. GSK3 Anticipates the Asserted Compound Claims ('640 Patent, Claims 1, 2, 4-6; '539 Patent, Claims 1, 2, 4-8, 11, 12 and 14-18)**

| '640 Patent, Claim 1 | Prior Art Disclosure |
|---|---|
| Element [A]<br><br>A compound of formula (Ia):<br><br>(Ia)<br><br><br>or a pharmaceutically acceptable salt thereof, wherein: | The third GSK compound falling within the scope of the Asserted Compound Claims (referred to herein as "GSK3") [redacted] |

| | |
|---|---|
| | [redacted]<br>G-PLEX00007406-81 at G-PLEX00007464. [redacted] |

| | |
|---|---|
| | [redacted] G-PLEX00007464. [redacted]<br><br>There is no evidence that GSK3 was abandoned, suppressed or concealed, as it was included as "Example 30" in GSK's '513 provisional, which was filed with the U.S. Patent Office on March 12, 2009 and PCT/US2010/026738, which was filed on March 10, 2010 and published as WO '899 on September 16, 2010. '513 provisional at cover page; pages 172-73; WO '899 at cover page; pages 165-66.<br><br>GSK3 has the below structure:<br><br> |
| Element [B]<br><br>$L_1$ is a bond or —N(H)C(O)—; | <br> |

| | |
|---|---|
| Element [C]<br><br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl; |  |
| Element [D]<br><br>$R^2$ is hydrogen or halogen; |  |
| Element [E]<br><br>$R^4$ is hydrogen; |  |

| | |
|---|---|
| Element [F]<br><br>$R^3$ is optionally substituted lower alkyl or optionally substituted aryl; | R3 is optionally substituted aryl<br> |
| Element [G]<br><br>m is 0, 1, 2, 3, 4, or 5; and | *See* Element [C], m is 2. |
| Element [H]<br><br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. | Ar is a monocyclic heteroaryl containing 5 atoms wherein at least one atom is nitrogen<br> |
| ’640 Patent, Claim 2 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^2$ is hydrogen | *See* Claim 1, Element [D] above. |
| ’640 Patent, Claim 4 | Prior Art Disclosure |

| | |
|---|---|
| The compound of claim 1, wherein $R^3$ is optionally substituted phenyl. | $R^3$ is optionally substituted phenyl  |
| ’640 Patent, Claim 5 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is **phenyl substituted with one or more substituents selected from the group consisting of fluoro**, lower alkyl, fluoro substituted lower alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. | $R^3$ is phenyl substituted with 2 fluoro  |
| ’640 Patent, Claim 6 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 5. |
| ’539 Patent, Claim 1 | Prior Art Disclosure |
| Element [A]<br><br>A compound of formula (Ia): | *See* ’640 Patent, Claim 1, Element [A]. |

| | |
|---|---|
|  (Ia) or a pharmaceutically acceptable salt thereof, wherein: | |
| Element [B]<br><br>$L_1$ is a bond or —N(H)C(O)—; | *See* '640 Patent, Claim 1, Element [B]. |
| Element [C]<br><br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl; | *See* '640 Patent, Claim 1, Element [C]. |
| Element [D]<br><br>$R^2$ is hydrogen or halogen; | *See* '640 Patent, Claim 1, Element [D]. |
| Element [E]<br><br>$R^4$ is hydrogen; | *See* '640 Patent, Claim 1, Element [E]. |
| Element [F] | *See* '640 Patent, Claim 1, Element [F]. |

| | |
|---|---|
| $R^3$ is optionally substituted lower alkyl or optionally substituted aryl; | |
| Element [G]<br><br>m is 0, 1, 2, or 3; and | *See* Element [C], m is 2. |
| Element [H]<br><br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. | *See* '640 Patent, Claim 1, Element [H]. |
| '539 Patent, Claim 2 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^2$ is hydrogen | *See* Claim 1, Element [D] above. |
| '539 Patent, Claim 4 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is optionally substituted phenyl. | *See* '640 Patent, Claim 4. |
| '539 Patent, Claim 5 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is **phenyl substituted with one or more substituents selected from the group consisting of fluoro**, lower alkyl, fluoro substituted lower alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. | *See* '640 Patent, Claim 5. |
| '539 Patent, Claim 6 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 5. |
| '539 Patent, Claim 7 | Prior Art Disclosure |
| The compound of claim 1, wherein one of the $R^1$ substituents is optionally substituted lower alkyl containing 1-4 carbon atoms. | *See* Element[C], Claim 1. |
| '539 Patent, Claim 8 | Prior Art Disclosure |
| The compounds of claim 1, wherein one of the $R^1$ substituents is optionally substituted heteroaryl. | *See* Element[C], Claim 1. |
| '539 Patent, Claim 11 | Prior Art Disclosure |

| | |
|---|---|
| A compound of formula (Ia):<br><br>(Ia)<br>or a pharmaceutically acceptable salt thereof, wherein:<br>$L_1$ is a bond;<br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl;<br>$R^2$ is hydrogen or halogen;<br>$R^4$ is hydrogen;<br>$R^3$ is optionally substituted lower alkyl or optionally substituted aryl;<br>m is 0, 1, 2, 3, 4, or 5; and<br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. | *See* Claim 1. |
| ’539 Patent, Claim 12 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^2$ is hydrogen. | *See* Claim 2. |
| ’539 Patent, Claim 14 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^3$ is optionally substituted phenyl. | *See* Claim 4. |

| ’539 Patent, Claim 15 | Prior Art Disclosure |
|---|---|
| The compound of claim 11, wherein $R^3$ is phenyl substituted with one or more substituents selected from the group consisting of fluoro, lower alkyl, fluoro substituted lower alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. | *See* Claim 5. |
| **’539 Patent, Claim 16** | **Prior Art Disclosure** |
| The compound of claim 11, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 6. |
| **’539 Patent, Claim 17** | **Prior Art Disclosure** |
| The compound of claim 11, wherein one of the $R^1$ substituents is optionally substituted lower alkyl containing 1-4 carbon atoms. | *See* Claim 7. |
| **’539 Patent, Claim 18** | **Prior Art Disclosure** |
| The compounds of claim 11, wherein one of the $R^1$ substituents is optionally substituted heteroaryl. | *See* Claim 8. |

**C. GSK4 Anticipates the Asserted Compound Claims ('640 Patent, Claims 1, 2, 4-6; '539 Patent, Claims 1, 2, 4-8, 11, 12 and 14-18)**

| '640 Patent, Claim 1 | Prior Art Disclosure |
|---|---|
| Element [A]<br><br>A compound of formula (Ia):<br><br>(Ia)<br><br><br>or a pharmaceutically acceptable salt thereof, wherein: | The fourth GSK compound falling within the scope of the Asserted Compound Claims (referred to herein as "GSK4") [redacted] G-PLEX00010527-29 at G-PLEX00010529.<br><br>There is no evidence that GSK4 was abandoned, suppressed or concealed, as it was included as "Example 11" in the '744 provisional, filed May 6, 2008, and published as WO '391 on November 12, 2009. '744 provisional at page 138; WO '391 at pages 148-49.<br><br>GSK4 has the below structure: |
| Element [B]<br><br>$L_1$ is a bond or —N(H)C(O)—; | |

| | |
|---|---|
| Element [C]<br><br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl; |  |
| Element [D]<br><br>$R^2$ is hydrogen or halogen; |  |
| Element [E]<br><br>$R^4$ is hydrogen; |  |

| | |
|---|---|
| Element [F]<br><br>$R^3$ is optionally substituted lower alkyl or optionally substituted aryl; |  |
| Element [G]<br><br>m is 0, 1, 2, 3, 4, or 5; and | *See* Element [C], m is 2. |
| Element [H]<br><br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. |  |
| ’640 Patent, Claim 2 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^2$ is hydrogen | *See* Claim 1, Element [D] above. |
| ’640 Patent, Claim 4 | Prior Art Disclosure |

| | |
|---|---|
| The compound of claim 1, wherein $R^3$ is optionally substituted phenyl. |  |
| ’640 Patent, Claim 5 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is **phenyl substituted with one or more substituents selected from the group consisting of fluoro**, lower alkyl, fluoro substituted lower alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. |  |
| ’640 Patent, Claim 6 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 5. |
| ’539 Patent, Claim 1 | Prior Art Disclosure |
| Element [A]<br><br>A compound of formula (Ia): | *See* ’640 Patent, Claim 1, Element [A]. |

| | |
|---|---|
|  (Ia)<br><br>or a pharmaceutically acceptable salt thereof, wherein: | |
| Element [B]<br><br>$L_1$ is a bond or —N(H)C(O)—; | *See* '640 Patent, Claim 1, Element [B]. |
| Element [C]<br><br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl; | *See* '640 Patent, Claim 1, Element [C]. |
| Element [D]<br><br>$R^2$ is hydrogen or halogen; | *See* '640 Patent, Claim 1, Element [D]. |
| Element [E]<br><br>$R^4$ is hydrogen; | *See* '640 Patent, Claim 1, Element [E]. |
| Element [F]<br><br>$R^3$ is optionally substituted lower alkyl or optionally substituted aryl; | *See* '640 Patent, Claim 1, Element [F]. |
| Element [G] | *See* Element [C], m is 2. |

| | |
|---|---|
| m is 0, 1, 2, or 3; and | |
| Element [H]<br><br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. | *See* ’640 Patent, Claim 1, Element [H]. |
| ’539 Patent, Claim 2 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^2$ is hydrogen | *See* Claim 1, Element [D] above. |
| ’539 Patent, Claim 4 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is optionally substituted phenyl. | *See* ’640 Patent, Claim 4. |
| ’539 Patent, Claim 5 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is **phenyl substituted with one or more substituents selected from the group consisting of fluoro**, lower alkyl, fluoro substituted lower alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. | *See* ’640 Patent, Claim 5. |
| ’539 Patent, Claim 6 | Prior Art Disclosure |
| The compound of claim 1, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 5. |
| ’539 Patent, Claim 7 | Prior Art Disclosure |
| The compound of claim 1, wherein one of the $R^1$ substituents is optionally substituted lower alkyl containing 1-4 carbon atoms. | *See* Element[C], Claim 1. |
| ’539 Patent, Claim 8 | Prior Art Disclosure |
| The compounds of claim 1, wherein one of the $R^1$ substituents is optionally substituted heteroaryl. | *See* Element[C], Claim 1. |
| ’539 Patent, Claim 11 | Prior Art Disclosure |
| A compound of formula (Ia): | *See* Claim 1. |

| | |
|---|---|
|  (Ia)<br>or a pharmaceutically acceptable salt thereof, wherein:<br>$L_1$ is a bond;<br>each $R^1$ is optionally substituted lower alkyl or optionally substituted heteroaryl;<br>$R^2$ is hydrogen or halogen;<br>$R^4$ is hydrogen;<br>$R^3$ is optionally substituted lower alkyl or optionally substituted aryl;<br>m is 0, 1, 2, 3, 4, or 5; and<br>Ar is a monocyclic heteroaryl containing 5 to 6 atoms wherein at least one atom is nitrogen. | |
| ’539 Patent, Claim 12 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^2$ is hydrogen. | *See* Claim 2. |
| ’539 Patent, Claim 14 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^3$ is optionally substituted phenyl. | *See* Claim 4. |
| ’539 Patent, Claim 15 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^3$ is phenyl substituted with one or more substituents selected from the group consisting of fluoro, lower alkyl, fluoro substituted lower | *See* Claim 5. |

| | |
|---|---|
| alkyl, lower alkoxy, fluoro substituted lower alkoxy, lower alkylthio, and fluoro substituted lower alkylthio. | |
| ’539 Patent, Claim 16 | Prior Art Disclosure |
| The compound of claim 11, wherein $R^3$ is phenyl substituted with one or more fluoro. | *See* Claim 6. |
| ’539 Patent, Claim 17 | Prior Art Disclosure |
| The compound of claim 11, wherein one of the $R^1$ substituents is optionally substituted lower alkyl containing 1-4 carbon atoms. | *See* Claim 7. |
| ’539 Patent, Claim 18 | Prior Art Disclosure |
| The compounds of claim 11, wherein one of the $R^1$ substituents is optionally substituted heteroaryl. | *See* Claim 8. |

# APPENDIX B

## Colorized Excerpt of NPC-PLEX012797484

## HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]