THOMAS P. STEINDLER (*Pro Hac Vice*)
tsteindler@mwe.com
PAUL M. SCHOENHARD (*Pro Hac Vice*)
pschoenhard@mwe.com
IAN B. BROOKS (*Pro Hac Vice*)
ibrooks@mwe.com
DAVID MLAVER (*Pro Hac Vice*)
dmlaver@mwe.com
MCDERMOTT WILL & EMERY LLP
500 N. Capitol St., N.W.
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202) 756-8087

WILLIAM G. GAEDE III (SBN: 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel: (650) 815-7400
Fax: (650) 469-1470

KATHERINE NICOLE CLOUSE (*Pro Hac Vice)*
nclouse@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PLEXXIKON INC.,

Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORPORATION,

Defendant.

CASE NO. 4:17-cv-04405-HSG (EDL)

**DECLARATION OF TARA R. RHEAULT, PH.D., IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Redacted - Public Version

McDermott Will & Emery LLP
Attorneys At Law

I, Tara R. Rheault, Ph.D., declare as follows:

1. I was employed as a scientist at GlaxoSmithKline ("GSK") from 2002 to 2008, and I worked on GSK's B-Raf program. [redacted] dabrafenib, which I understand is the accused product in this case, and I am the sole inventor listed on U.S. Patent No. 7,994,185, which discloses and claims dabrafenib. *See* Ex. 11[1] at face page, col. 177:5-182:3, col. 406:50-408:41; Ex. 5 at NPC-PLEX012399428.

2. [redacted] the scientific disclosure of U.S. Provisional Application No. 61/050,744 ("the '744 Provisional"), to which U.S. Patent No. 7,994,185 claims priority. *See* Ex. 11 at face page.

3. The '744 Provisional discloses 217 example compounds [redacted] Ex. 3 at 102-273. The application includes detailed synthetic schemes and mass spectrometry and/or $^1$H NMR (nuclear magnetic resonance) characterization data for 45 intermediates and 116 of the example compounds. *Id.* at 102-249. The application also includes mass spectrometry and $^1$H NMR characterization data for the remaining 100 example compounds (compounds 117-217). *Id.* at 249-273. Some of the compounds were further characterized by x-ray powder diffraction and differential scanning calorimetry. *Id.* at 285-286

4. Nearly all of the example compounds disclosed in the '744 Provisional also underwent a series of tests. These included not only $^1$H NMR and mass spectrometry tests, but also tests for inhibition of B-Raf activity in a B-Raf Accelerated MEK ATPase ("BRAMA") assay, *id.* at 274-276; tests for inhibition of growth of human colon tumor cells (Colo205), *id.* at 276-280; and tests for inhibition of growth of human melanoma cancer cells (SM-MEL-28), *id.* at 276-77, 280-282. Several of the compounds was also tested in *in vivo* experiments with mice. *See id.* at 282-283 (disclosing *in vivo* experiments with one compound). [redacted] exemplary pharmaceutical formulations for a series of compounds. *Id.* at 283-285.

5. The compounds disclosed in the '744 Provisional [redacted]

[1] "Ex." refers to Exhibits to the Baran Declaration that I understand is filed concurrently herewith.

[redacted]

6. [redacted]

7. The mass spectrometry and NMR data [redacted] The X-ray powder diffraction and differential scanning calorimetry [redacted] The other types of assays (BRAMA or cellular assays) [redacted] The *in vivo* tests with mice [redacted]

8. [redacted] We achieved our goal with the invention of dabrafenib.

9. [redacted] Ex. 5 at NPC-PLEX012399428. [redacted]

10. [redacted] Ex. 1 at 6715.

11. [redacted] Ex. 2 (G-PKN00006318-6436) at 6318. The data showed that

McDermott Will & Emery LLP
Attorneys At Law

[redacted] indicating good efficacy *in vivo*.

12. [redacted]

13. [redacted]

14. The '744 Provisional was ultimately filed on May 6, 2008, [redacted] Ex. 3 at cover page.

I declare that the foregoing is true and accurate to the best of my knowledge subject to penalty of perjury under the laws of the United States.

Dated: May 21, 2019

Respectfully submitted,

By: [signature]
Tara R Rheault, Ph.D.

DM_US 159966159-2.067268.0040

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW