| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | DARALYN J. DURIE (SBN 169825) |
| 2 | ddurie@durietangri.com |
| | DAVID McGOWAN (SBN 154289) |
| 3 | dmcgowan@durietangri.com |
| | LAURA E. MILLER (SBN 271713) |
| 4 | lmiller@durietangri.com |
| | VICTORIA L. WEATHERFORD (SBN 267499) |
| 5 | vweatherford@durietangri.com |
| | RAGHAV R. KRISHNAPRIYAN (SBN 273411) |
| 6 | rkrishnapriyan@durietangri.com |
| | MATTHEW W. SAMUELS (SBN 294668) |
| 7 | msamuels@durietangri.com |
| | 217 Leidesdorff Street |
| 8 | San Francisco, CA 94111 |
| | Telephone: 415-362-6666 |
| 9 | Facsimile: 415-236-6300 |
| 10 | YOUNG BASILE HANLON & MACFARLANE, P.C. |
| | JEFFREY D. WILSON (*Pro Hac Vice*) |
| 11 | wilson@youngbasile.com |
| | ANDREW R. BASILE, JR. (SBN 208396) |
| 12 | abasile@youngbasile.com |
| | EDDIE D. WOODWORTH (*Pro Hac Vice*) |
| 13 | woodworth@youngbasile.com |
| | RYAN T. MCCLEARY (*Pro Hac Vice*) |
| 14 | mccleary@youngbasile.com |
| | 3001 W. Big Beaver Road, Suite 624 |
| 15 | Troy, MI 48084 |
| | Telephone: (248) 649-3333 |
| 16 | Facsimile: (248) 649-3338 |
| 17 | Attorneys for Plaintiff |
| | PLEXXIKON INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., | Case No. 4:17-cv-04405-HSG |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | Ctrm:  2 – 4th Floor<br>Judge:  Honorable Haywood S. Gilliam, Jr. |
| Defendant. | |

Having considered Plaintiff Plexxikon Inc.'s Administrative Motion to Extend Time, the Declaration of Daralyn J. Durie in Support of Plaintiff Plexxikon Inc.'s Administrative Motion to Extend Time, the Declaration of Laura E. Miller in Support of Plaintiff Plexxikon Inc.'s Administrative Motion to Extend Time and exhibits thereto, the record and file in this matter and the argument of the parties, and good cause appearing, the Court hereby **GRANTS** Plexxikon's motion and **ORDERS** as follows:

1. Plexxikon's deadline to file oppositions to Novartis's dispositive and non-dispositive motions is postponed from June 6 until June 13;

2. Novartis's deadline to file replies to its dispositive and non-dispositive motions is postponed from June 13 until June 20; and

3. The hearing on the parties' dispositive and non-dispositive motions is rescheduled from August 1, 2019 until August 29, 2019 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 5/28/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE