**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PLEXXIKON INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-04405-HSG (EDL)<br><br>**REDACTED - PUBLIC VERSION** |

**DECLARATION OF PHIL S. BARAN, PH.D. IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHAEL L. METZKER, PH.D.**

**DATED: JUNE 6, 2019**

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# TABLE OF CONTENTS


I. QUALIFICATIONS ..... 2

II. SUMMARY OF OPINIONS ..... 3

III. THE ASSERTED PATENTS DEFINE THE PERTINENT ART ..... 3

IV. PERSON OF ORDINARY SKILL IN THE ART ..... 4

V. DR. METZKER'S QUALIFICATIONS ..... 5

VI. DR. METZKER IS NOT A PERSON OF ORDINARY SKILL IN THE ART ..... 7

A. Dr. Metzker Does Not Have A Ph.D. Or Equivalent Degree In Organic Or Medicinal Chemistry ..... 7

B. Dr. Metzker Also Does Not Have 2-3 Years of Post-Graduate Work Experience In the Pertinent Field ..... 10

C. Dr. Metzker Does Not Have a "Bachelor's or Master's Degree in Organic Chemistry or Medicinal Chemistry" or the Required Greater Number of Years of Work Experience in the Relevant Art ..... 14

VII. CONCLUSION ..... 17

1. I, Phil S. Baran, Ph.D., hereby declare as follows:

2. I have been retained by the attorneys for Novartis Pharmaceuticals Corporation ("Novartis") to act as an expert witness in the above-captioned litigation regarding United States Patents 9,469,640 ("the '640 patent") and 9,844,539 ("the '539 patent") (collectively, the "Asserted Patents"). I have prepared this Declaration in support of Novartis's Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D.. The opinions set forth in this Declaration reflect the opinions I offered in my Rebuttal Expert Report dated March 14, 2019 and my Reply Expert Report dated April 11, 2019. In this Declaration, I also respond to relevant portions of Dr. Metzker's deposition testimony as well as the Reply Expert Report of Michael L. Metzker, Ph.D. ("Metzker Reply"), neither of which was available at the time I made my expert reports. I reserve the right to supplement this Declaration and/or to offer additional opinions as additional information comes to my attention.

3. I am being compensated for my time in connection with this litigation at my standard rate, which is $750/hour. My compensation is in no way tied to the opinions expressed herein or to the outcome of this or any other proceeding.

4. Based on my education and academic experience, which is evident from my Curriculum Vitae attached as Appendix A, and further discussed below, I am a technical expert in organic chemistry and thus able to testify with respect to the scientific teachings of the Asserted Patents from the viewpoint of a person of ordinary skill in the art ("POSITA") at all relevant times.

5. As noted, I reserve my right to amend, supplement, or alter my analysis or opinions in view of any new information later presented to me.

## I. QUALIFICATIONS

6. My qualifications and credentials are fully set forth in my Curriculum Vitae, attached hereto as Appendix A.

7. I graduated from New York University in 1997 with a B.S. with Honors in Chemistry. After college, I obtained a Ph.D. in Chemistry in 2001 from The Scripps Research Institute ("Scripps"), where I worked under Professor K.C. Nicolaou. After that, I did an NIH Postdoctoral Fellowship at Harvard University from 2001-2003, where I worked under Professor E.J. Corey.

8. I started teaching at Scripps in June, 2003 as an Assistant Professor of Chemistry. In July, 2006, I earned tenure at Scripps and became an Associate Professor of Chemistry. I was promoted to Professor of Chemistry in June, 2008. Since January, 2013, I have held the Darlene Shiley Chair in Chemistry at Scripps. I have also been a Member of the Skaggs Institute for Chemical Biology since April 2009.

9. My work has been recognized by leaders in industry and the academy. For example, between 2005 and 2006, I won the Pfizer Award for Creativity in Organic Synthesis, the Eli Lilly Young Investigator Award, the AstraZeneca Excellence in Chemistry Award, the DuPont Young Professor Award, the Roche Excellence in Chemistry Award, the Amgen Young Investigator Award, and the GlaxoSmithKline Chemistry Scholar Award. I have also taught short courses in heterocyclic chemistry at Celgene and Genentech. More recently, I was named a Fellow of the American Association for the Advancement of Science in 2012, a MacArthur Fellow in 2013, a Fellow of the Royal Society of Chemistry in 2013 (in the same year, I also won the Royal Society of Chemistry Synthetic Organic Chemistry Award), and Member of The National Academy of Sciences in 2017.

10. I have published over 200 peer-reviewed articles relating to synthetic chemistry. I either hold or have applied for five United States patents. I have authored 6 book chapters and am an author of the book *The Portable Chemist's Consultant: A Survival Guide for Discovery, Process, and Radiolabeling* (see Exhibit 1 for full citation).

## II. SUMMARY OF OPINIONS

11. Dr. Metzker's education and experience are in molecular biology – specifically, in gene and genome sequencing. His degree and work experience do not relate to the subject matter of this case – synthetic organic or medicinal chemistry. Thus, Dr. Metzker's credentials fail to satisfy the definition of a person of skill in the art that I offered, and that was later adopted by all of the technical experts in this case, or the definition that Dr. Metzker offered before agreeing with my definition. Dr. Metzker is not a person of ordinary skill in the art relevant to this case.

## III. THE ASSERTED PATENTS DEFINE THE PERTINENT ART

12. The Asserted Patents, issued on October 18, 2016 ('640) and December 19, 2017 ('539), respectively, are entitled "Compound and Methods for Kinase Modulation, and Indications Therefor." *E.g.*, Ex. 1[1] ('640 Patent) at Face Page. The Asserted Patents are directed to "[c]ompounds active on protein kinases" "as well as methods of using such compounds to treat diseases and conditions associated with aberrant activity of protein kinases." *Id.* at Abstract.

13. The specifications further states that: "The present invention relates to kinases and compounds which modulate kinases, and uses therefor. Particular embodiments contemplate

---

[1] "Ex." refers to the exhibits to the Steindler Declaration submitted concurrently herewith.

disease indications which are amenable to treatment by modulation of kinase activity by the compounds of the present invention." *Id*. at 1:15-23.

14. The patents further state that "[c]ompounds are contemplated that are active on protein kinases in general . . ." and that "[a]lso contemplated in accordance with the present invention are methods for the use of the above-described compounds in treating diseases and conditions associated regulation of the activity of the above-described kinases." *Id.* at 1:24-46.

15. The asserted claims of the patents-in-suit are drawn to a genus of compounds, pharmaceutical compositions comprising said compounds, and methods of treatment using said compounds. *Id.* at 150:25-151:7.

## IV. PERSON OF ORDINARY SKILL IN THE ART

16. Based on the above disclosures in the Asserted Patents, I defined a person of ordinary skill in my Feb. 4, 2019 Opening Report ("Baran Opening") as follows:

> [A person of ordinary skill in the art is] one who would have a Ph.D. or equivalent degree in organic or medicinal chemistry and 2-3 years of post-graduate experience working in medicinal chemistry, synthetic organic chemistry, and/or kinase chemistry, including in the development of potential drug candidates. A person of ordinary skill in the art would also include a person who has a Bachelor's or Master's degree in organic chemistry or medicinal chemistry if such a person had more years of experience in medicinal chemistry and/or the development of potential drug candidates.

Ex. 2 (Baran Opening) at ¶ 80.

17. [redacted]

> [redacted]

[redacted]

18. [redacted]

I have reviewed Dr. Baran's definition of one of ordinary skill in the art with [redacted]

19. [redacted]

## V. DR. METZKER'S QUALIFICATIONS

20. [redacted]

21. [redacted]

22. [redacted]

23. [redacted]

24. [redacted] not synthetic organic or medicinal chemistry which is the pertinent art in this case.

25. [redacted]

26. [redacted]

27. [redacted]

28. [redacted]

## VI. DR. METZKER IS NOT A PERSON OF ORDINARY SKILL IN THE ART

29. Dr. Metzker does not qualify as a person of ordinary skill in the art under either my or even his own definition.

### A. Dr. Metzker Does Not Have A Ph.D. Or Equivalent Degree In Organic Or Medicinal Chemistry

30. Under the [redacted] definition, a POSITA has a "Ph.D. or equivalent degree in medicinal chemistry or synthetic organic chemistry" along with "2-3 years of post-graduate experience working in medicinal chemistry, synthetic organic chemistry, and/or kinase chemistry, including in the development of potential drug candidates." Dr. Metzker does not have such a degree. [redacted]

31. Dr. Metzker does not dispute that his Ph.D. is not in medicinal or synthetic organic chemistry. [redacted]

32. Dr. Metzker's degree does not meet the [redacted] definition of a person of ordinary skill in the art, which does not allow for Ph.D.'s in other fields that "significantly overlap" with the fields of medicinal or synthetic organic chemistry. The definition requires a Ph.D. in organic or medicinal chemistry. Dr. Metzker does not have such a degree.

33. Dr. Metzker's "course work" and "thesis work" also do not meet the [redacted] definition. [redacted]

34. [redacted] Dr. Metzker's "education" cannot serve as an "equivalent degree" under either his or my definition. [redacted] the phrase "equivalent degree" to indicate a degree that is equivalent to a Ph.D. but may go by another name, not a degree in a separate field of inquiry. *See* [redacted] Ex. 2 at ¶ 80 (defining a person of ordinary skill in the art as having "a Ph.D. or equivalent degree in organic or medicinal chemistry . . . ."). The term "Ph.D." may not always be used to indicate a doctoral degree; for example, some (especially foreign) institutions may use terms such as "D.Phil.," "D.Lit.," "D.Sc." "LL.D.," or simply "Doctorate." [redacted] recognize this and allow for the person of ordinary skill to have the qualifications of a doctoral degree even if that

degree goes by another name. "Equivalent degree" as used in [redacted] is a degree that is equivalent to a Ph.D., not a degree that is "equivalent" to a degree [redacted] in organic or medicinal chemistry" (Baran). [redacted] Dr. Metzker's Ph.D. is a Ph.D. (i.e. no inquiry regarding equivalence is required), but it is simply in a different field from those specified as being relevant to this case.

35. [redacted]

[redacted]

36. In short, Dr. Metzker does not have a Ph.D. or equivalent degree in a relevant field.

**B. Dr. Metzker Also Does Not Have 2-3 Years of Post-Graduate Work Experience In the Pertinent Field**

37. Dr. Metzker also lacks the requisite "2-3 years of post-graduate experience working in medicinal chemistry, synthetic organic chemistry, and/or kinase chemistry" provided for by the [redacted] definition of a POSITA.

38. Dr. Metzker is a molecular biologist, not an organic or medicinal chemist. [redacted] Dr. Metzker's post-graduate experience has been in molecular biology, not in medicinal chemistry, synthetic organic chemistry, and/or kinase chemistry, as required of a person of ordinary skill in the art.

39. [redacted] Dr. Metzker's work on high-throughput sequencing may have given him experience working alongside persons of ordinary skill in the art, although in a different capacity, but it surely does not qualify him as one of them.

40. Use of DNA sequencing technology to identify targets against which drugs could be developed is not "medicinal chemistry" or "synthetic organic chemistry." Medicinal and/or synthetic organic chemists are the ones who actually design, develop, and synthesize the drugs themselves, not the ones who identify which biological targets the drugs should hit in the first place. *See generally* Ex. 11 (*Wikipedia*, "Organic chemistry"); Ex. 12 (*Wikipedia*, "Medicinal chemistry"). [redacted]

41. [redacted] But supervising a chemist is not the same as actually having experience in organic or medicinal chemistry.

42. Dr. Metzker also lacks experience working in the field of "kinase chemistry," the field of the patents-in-suit and an area of post-graduate work experience under the [redacted] definition of a person of ordinary skill in the art. [redacted] But Dr. Metzker has no experience in the field of kinase chemistry or in the development of kinase inhibitors for the treatment of cancer.

43. At his deposition, Dr. Metzker did not purport to have experience with kinase chemistry or kinase inhibitors. [redacted]

[redacted]

44. Dr. Metzker's post-graduate work also has not involved "the development of potential drug candidates," a requirement under the [redacted] definition of a person of ordinary skill in the art. [redacted] There is no evidence that Dr. Metzker himself ever developed, designed, synthesized, screened, or optimized any particular drug candidates. [redacted]

45. [redacted]

[redacted]

46. While three of Dr. Metzker's publications suggest that these analogues might theoretically have utility beyond DNA sequencing techniques (as an anti-viral therapy, for example),[3] it appears that only one publication reports actual experiments to test one of these modified nucleotide analogues for its ability to inhibit viral DNA synthesis.[4] The assay described in this publication was used to demonstrate the efficacy of a technique for removing contaminants from the purified nucleotide analogues in order to increase signal intensity and reduce background signal in a next-generation sequencing technique—not to develop new anti-viral therapeutics.

47. [redacted]

---

[2] For example, co-author Weidong Wu has a Ph.D. in "Medicinal Chemistry" and is now a "Director of Chemistry" at Agilent Technologies. Ex. 14 (*LinkedIn*: Weidong Wu). Co-author Vladsilav A. Litosh has a Ph.D. in "Organic Chemistry" and holds himself out as a "Team Leader in Medicinal Chemistry." Ex. 15 (*LinkedIn*: Vladislav A. Litosh).

[3] *See, e.g.*, Ex. 16 ("Understanding how 3'-OH unblocked, base-modified nucleotides terminate synthesis could lead to new insights into polymerase mechanisms . . . and may lead to the development of a new class of effective nucleotide inhibitors as antiviral therapeutic agents."); *see also* Ex. 10; Ex. 17 ("We anticipate that 3'-unblocked terminators will have utility beyond the application of CRT sequencing…3'-unblocked terminators may well find their way into the general arsenal of molecular biology tools used in genomic sciences today").

[4] Ex. 18 (showing that modified nucleotides in the presence of viral reverse transcriptase (either AMV or HIV-1) can terminate viral DNA synthesis.).

48. In short, Dr. Metzker does not have 2-3 years of post-graduate experience in the relevant field.

### C. Dr. Metzker Does Not Have a "Bachelor's or Master's Degree in Organic Chemistry or Medicinal Chemistry" or the Required Greater Number of Years of Work Experience in the Relevant Art

49. The agreed definition of a POSITA alternatively allows that he or she may have a Bachelor's or Master's degree in organic chemistry or medicinal chemistry coupled with more years of experience in the pertinent art. Dr. Metzker does not have a Bachelor's or Master's degree in organic chemistry or medicinal chemistry. [redacted]

50. Biochemistry and Biophysics are different fields than organic or medicinal chemistry. Biochemistry, organic chemistry and medicinal chemistry are treated as different "Technical Disciplines" or "Areas of Chemistry" on the American Chemistry Society's "College to Career" webpage.[5] Ex. 19. The disciplines are interrelated, but they are separate fields. A degree in one is not the same as a degree in another.

51. Biochemistry is the study of chemical processes and substances within and relating to living organisms. Ex. 20 (*Nature*: "Biochemistry is the study of the structure and function of biological molecules such as proteins, nucleic acids, carbohydrates and lipids"); Ex. 21 (*Wikipedia*: "Biochemistry, sometimes called biological chemistry, is the study of chemical processes within and relating to living organisms"). The analysis in biochemistry is typically at the level of how

[5] Biophysics is not listed as a technical discipline or area of chemistry by the American Chemical Society. *See* Ex. 19.

biomolecules (e.g., proteins, DNA, RNA and lipids) function in cells. *See* Ex. 22 (LEHNINGER: PRINCIPLES OF BIOCHEMISTRY (4th ed.)) at 1.

52. Biophysics is a field that applies theories and methods of physics to understand the physical principles underlying processes of living systems—for example, using thermodynamic principles to study the molecular structure of biological systems. Ex. 23 (*Nature*: Biophysics is "the study of physical phenomena and physical processes in living things, on scales spanning molecules, cells, tissues and organisms"); *see also* Ex. 24 (BIOPHYSICS: AN INTRODUCTION) at ix-x, 6-26.

53. In contrast, organic chemistry is study of carbon-containing compounds. Ex. 25 (*Nature*: Organic chemistry is "the study of the synthesis, structure, reactivity and properties of the diverse group of chemical compounds primarily constructed of carbon"); Ex. 26 (*Wikipedia*: "Organic chemistry is a subdivision of chemistry that studies the structure, properties and reactions of organic compounds, which contain carbon in covalent bonding"). The level of analysis in the field of organic chemistry is on the atomic-level structure, chemical properties, and synthesis of these carbon-containing compounds. Ex. 27 (*ACS*, "Organic Chemistry"); Ex. 28 (ORGANIC CHEMISTRY).

54. Medicinal chemistry "deals with the design, optimization and development of chemical compounds for use as drugs." Ex. 29 (*Nature*, "Medicinal chemistry"); *see also* Ex. 30 (*Wikipedia*: "Medicinal chemistry and pharmaceutical chemistry are disciplines at the intersection of chemistry, especially synthetic organic chemistry, and pharmacology and various other biological specialties, where they are involved with the design, chemical synthesis and development for market of pharmaceutical agents, or bio-active molecules (drugs)); Ex. 31 (AN INTRODUCTION TO MEDICINAL CHEMISTRY) at 1; Ex. 32 (*ACS*, "Medicinal Chemistry").

55. Each of these disciplines – biochemistry, biophysics, organic chemistry, and medicinal chemistry – involves different scientific approaches to answer different scientific questions. A biochemist would not have the same knowledge base or skillset as a medicinal chemist or an organic chemist. *Compare* Ex. 33 (*ACS*, "Biological/Biochemistry") *with* Ex. 27 (*ACS*, "Organic Chemistry") *and* Ex. 32 (*ACS*, "Medicinal Chemistry").

56. The fact that these are different fields is reflected in the separate college and graduate level textbooks written for these subjects. *See, e.g.*, Ex. 24; Ex. 34 (Organic Chemistry); Ex. 35 (Comprehensive Medicinal Chemistry); Ex. 36 (Lehninger: Principles of Biochemistry (7th ed.)). There are even separate "Biochemistry for Dummies" and "Organic Chemistry for Dummies" textbooks available for students and the general public. *E.g.* Ex. 37 (*Amazon*, "Biochemistry for Dummies"); Ex. 38 (*Amazon*, "Organic Chemistry for Dummies").

57. The difference in these fields is also reflected in distinct courses in biochemistry and in organic chemistry offered by most universities (including Dr. Metzker's undergraduate institution). *See, e.g.*, Ex. 39 at 154, 161 (U.C. Davis Course Catalogue, 1983-1984) (offering courses in Organic Chemistry and courses in Biochemistry as part of different degree programs). To be sure, biochemistry majors are normally required to take a certain number of units in organic chemistry. *Id.* at 153. But biochemistry majors are also required to complete units in mathematics, English, and other social sciences and humanities. *Id.* Completing coursework in organic chemistry does not establish that a biochemistry degree is a degree in organic chemistry, any more than completing the required coursework in mathematics, English, and other social sciences and humanities courses establishes that the biochemistry degree is a degree in any of those subjects.

58. As noted above, the definition of a person of ordinary skill in the art does not state that the person has taken courses in organic or medicinal chemistry; it requires a degree in organic

or medicinal chemistry. Dr. Metzker does not have a Bachelor's or Master's degree in organic or medicinal chemistry. Thus, he does not meet the threshold degree requirement of the second tier of the [redacted] definition of a person of ordinary skill in the art.

59. In addition, Dr. Metzker certainly does not have "more [than 2-3] years of experience in medicinal chemistry and/or the development of potential drug candidates." As discussed above, Dr. Metzker's work has been [redacted] to molecular biology, not medicinal chemistry and/or the development of potential drug candidates. Since he does not have even 2-3 years of relevant post-graduate work, he lacks the greater experience required for persons with only a Bachelor's or Master's degree in medicinal or synthetic organic chemistry.

## VII. CONCLUSION

60. For the foregoing reasons, I conclude that Dr. Metzker is not a person of ordinary skill in the art relevant to this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Dated: June 6, 2019

Dr. Phil S. Baran

DM_US 160200130-1.067268.0040