1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLEXXIKON, INC., | Case No.  4:17-CV-04405 HSG |
| Plaintiff, | [PROPOSED] **ORDER GRANTING ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

Paul M. Schoenhard, an active member in good standing of the bar of Virginia (Va Bar No. 65915) and the District of Columbia (DC Bar No. 487773), whose business address and telephone number is McDermott Will & Emery LLP, 500 N. Capitol Street, N.W., Washington D.C. 20001, (202) 756-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:  ___6/27/2019___          By: _~Haywood S. Gill Jr.~_
Hon. Haywood S. Gilliam, Jr.

*ORDER RE PRO HAC VICE* APPLICATION
[SCHOENHARD]
CASE NO. 4:17-CV-04405 HSG

DM_US 159483597-1.067268.0040

1

United States District Court Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

- 2 -

*PRO HAC VICE* APPLICATION [STEINDLER]
CASE NO.. 3:17-CV-01815