IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLEXXIKON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 4:17-CV-04405 HSG<br><br>**ORDER GRANTING ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Jennifer B. Routh, an active member in good standing of the bar of the District of Columbia (DC Bar No. 1032060), whose business address and telephone number is McDermott Will & Emery LLP, 500 N. Capitol Street, N.W., Washington D.C. 20001, (202) 756-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 8/19/2019   By: _/s/ Haywood S. Gilliam, Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

*ORDER RE PRO HAC VICE* APPLICATION
[ROUTH]
CASE NO. 4:17-CV-04405 HSG