UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEXXIKON INC., <br>     Plaintiff, <br> v. <br> NOVARTIS PHARMACEUTICALS CORPORATION, <br>     Defendant. | Case No. 17-cv-04405-HSG <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' filings related to dispositive and *Daubert* motions, the Court **SETS** a further case management conference on August 29, 2019, at 2:00 p.m., to discuss the case schedule. Given the complexity and current status of the case, the Court finds it unlikely that trial can proceed in an orderly manner as scheduled on October 7, 2019. *See* Dkt. No. 80. Accordingly, the current trial date will be continued, and the parties should be prepared to discuss their availability and the suitability of a two-week trial from December 9–20, 2019, or January 21–31, 2020. The hearing on the pending motions previously set for August 29, *see* Dkt. Nos. 165, 167, 169, 175, 177, 179, 200, 202, 204, 206, 236, will be continued to a date to be discussed with the parties at the case management conference.

**IT IS SO ORDERED.**

Dated: August 26, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge