# EXHIBIT 3

*Provisionally Filed Under Seal*

*in its Entirety*