DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
RAGHAV R. KRISHNAPRIYAN
   (SBN 273411)
rkrishnapriyan@durietangri.com
MATTHEW W. SAMUELS (SBN 294668)
msamuels@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

YOUNG BASILE HANLON &
MACFARLANE, P.C.
JEFFREY D. WILSON (*Pro Hac Vice*)
wilson@youngbasile.com
ANDREW R. BASILE, JR. (SBN 208396)
abasile@youngbasile.com
EDDIE D. WOODWORTH (*Pro Hac Vice*)
woodworth@youngbasile.com
RYAN T. MCCLEARY (*Pro Hac Vice*)
mccleary@youngbasile.com
3001 W. Big Beaver Road, Suite 624
Troy, MI 48084
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

*Attorneys for Plaintiff*
*PLEXXIKON INC.*

THOMAS P. STEINDLER (*Pro Hac Vice*)
tsteindler@mwe.com
PAUL SCHOENHARD (*Pro Hac Vice*)
pschoenhard@mwe.com
MICHAEL S. NADEL (*Pro Hac Vice*)
mnadel@mwe.com
IAN BROOKS (*Pro Hac Vice*)
ibrooks@mwe.com
JENNIFER ROUTH (*Pro Hac Vice*)
jrouth@mwe.com
DAVID MLAVER (*Pro Hac Vice*)
dmlaver@mwe.com
MCDERMOTT WILL & EMERY LLP
500 N. Capitol St., N.W.
Washington, DC 20001
Tel:  (202) 756-8000
Fax:  (202) 756-8087

WILLIAM G. GAEDE III (SBN: 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel:  (650) 815-7400
Fax:  (650) 469-1470

K. NICOLE CLOUSE (*Pro Hac Vice*)
nclouse@mwe.com
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel:  (617) 535-4000
Fax:  (617) 535-3800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-04405-HSG <br><br> **JOINT PROPOSED VERDICT FORM** <br><br> Date:  December 3, 2019 <br> Time:  3:00 PM <br> Ctrm:  2 – 4th Floor <br> Judge:  Honorable Haywood S. Gilliam, Jr. |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

**QUESTION NO. 1.  Has Novartis proved by clear and convincing evidence that any of claims 1, 2, 4-6, 9, 11, and 12 of U.S. Patent No. 9,469,640 are invalid?**

For each of claims 1, 2, 4-6, 9, 11, and 12, please check "Yes" (for Novartis) or "No" (for Plexxikon).

| **Claim** | **YES (for Novartis)** | **NO (for Plexxikon)** |
|---|---|---|
| 1 | | |
| 2 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 9 | | |
| 11 | | |
| 12 | | |

Please continue to Page 2.

**QUESTION NO. 2: Has Novartis proved by clear and convincing evidence that any of claims 1, 2, 4-9, 11, 12, and 14-19 of U.S. Patent No. 9,844,539 is invalid?**

For each of claims 1, 2, 4-9, 11, 12, and 14-19, please check "Yes" (for Novartis) or "No" (for Plexxikon).

| Claim | YES (for Novartis) | NO (for Plexxikon) |
|---|---|---|
| 1 | | |
| 2 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 11 | | |
| 12 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |

If you answered YES for every claim listed in Question 1 *and* every claim listed in Question 2, please turn to page 5.

If you answered NO for any claim listed in Question 1 *or* Question 2, please continue to Page 3.

**QUESTION NO. 3: Has Plexxikon proved by the preponderance of the evidence that Novartis's infringement of one or more claims of U.S. Patent Nos. 9,469,640 or 8,844,539 was willful?**

YES_____              NO_____

If you answered YES, continue to Question No. 4.  If you answered NO, then please continue to Page 4.

**QUESTION NO. 4: If you answered YES to Question 3, during what period of time do you find Novartis's infringement to have been willful?**

From _____ to _____.

Please continue to Page 4.

**QUESTION NO. 5: What sum of money do you find, by a preponderance of the evidence, would fairly and reasonably compensate Plexxikon for Novartis's infringement?**

$ _____

**PLEXXIKON'S PROPOSED QUESTION NO. 6: Is the amount of damages you found in Question 5 a one-time payment for the life of the patent, or a payment for past sales through the last date of sales data only?**

_____ One-time payment for the life of the patents

_____ Payment for past sales through the last date of sales data only

**NOVARTIS'S PROPOSED QUESTION NO. 6: Is the amount you found in Question 5 a one-time lump sum for the life of the patents, or for past sales only?**

_____ One-time lump sum for the life of the patents

_____ For past sales only

Please continue to Page 5.

Your work is done.  Please sign and date the verdict form.

**We, the jury, unanimously agree to the answers to the questions set out above, and return them under the instructions of this Court as our verdict in this case.**

**Date:** _____    _____
                                                                                **Foreperson**

## I. PLEXXIKON'S POSITION

The parties dispute one aspect of Question 6. Question 6 seeks to know whether the jury's damages award in response to Question 5 is a fully paid-up lump sum for the life of the patent or whether it is a payment for past infringement only, with future damages to be determined. Plexxikon's formulation of the question makes clear that in the event the jury does not choose to award damages in the form of a fully paid-up license, the jury would be assessing damages through the end of the period for which it was presented with sales data. That is the sales data the parties' experts will use as their royalty base, and—given that sales data past August 2019 is not in the record—the only basis on which the jury will rationally be able to assess damages retroactively. Novartis's "past sales" formulation is intended to suggest that the damages award includes periods of time for which Novartis did not produce sales data, which would deprive Plexxikon of the reasonable royalty to which it is statutorily entitled for those sales. *See Finjan, Inc. v. Secure Computing Corp.*, 626 F.3d 1197, 1212-13 (Fed. Cir. 2010) (plaintiff entitled to additional damages for infringing sales that the jury did not consider preceding entry of judgment). Plexxikon's version of this question is clear and correct, and should be adopted.

## II. NOVARTIS'S POSITION

Novartis opposes Plexxikon's proposed additions of language to Question 6. Plexxikon proposes to include the phrases "of damages" and "through the last date of sales data" (both in the question and answer choice). Novartis opposes both.

As to the former, the phrase "damages you found in Question 5" does not follow from the text of Question 5, which is directed to a "sum of money [that] would fairly and reasonably compensate Plexxikon" but never mentions "damages." In any event, the language is superfluous and should be omitted for that independent reason.

As to the latter, the phrase "through the last date of sales data" is prejudicial in that it suggests particular evidence that the jury should consider in making its royalty calculation and the period through which the jury should make its award. Because Plexxikon's damages model depends on per-year sales data, whereas Novartis's is sales-independent, pointing to "sales data" improperly suggests to the jury that it should use Plexxikon's damages model. Plexxikon's proposed inclusion should therefore be omitted as prejudicial.

| | | |
|---|---|---|
| Dated: October 18, 2019 | | DURIE TANGRI LLP |
| | By: | */s/ Daralyn J. Durie* |
| | | DARALYN J. DURIE |

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
RAGHAV R. KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@durietangri.com
MATTHEW W. SAMUELS (SBN 294668)
msamuels@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

YOUNG BASILE HANLON &
MACFARLANE, P.C.
JEFFREY D. WILSON (*Pro Hac Vice*)
wilson@youngbasile.com
ANDREW R. BASILE, JR. (SBN 208396)
abasile@youngbasile.com
EDDIE D. WOODWORTH (*Pro Hac Vice*)
woodworth@youngbasile.com
RYAN T. MCCLEARY (*Pro Hac Vice*)
mccleary@youngbasile.com
3001 W. Big Beaver Road, Suite 624
Troy, MI 48084
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

*Attorneys for Plaintiff Plexxikon Inc.*

| | | |
|---|---|---|
| 1 | Dated: October 18, 2019 | MCDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | By: | */s/ Thomas P. Steindler* <br> THOMAS P. STEINDLER |

THOMAS P. STEINDLER (*Pro Hac Vice*)
tsteindler@mwe.com
PAUL SCHOENHARD (*Pro Hac Vice*)
pschoenhard@mwe.com
MICHAEL S. NADEL (*Pro Hac Vice*)
mnadel@mwe.com
IAN BROOKS (*Pro Hac Vice*)
ibrooks@mwe.com
JENNIFER ROUTH (*Pro Hac Vice*)
jrouth@mwe.com
DAVID MLAVER (*Pro Hac Vice*)
dmlaver@mwe.com
MCDERMOTT WILL & EMERY LLP
500 N. Capitol St., N.W.
Washington, DC 20001
Tel:  (202) 756-8000
Fax:  (202) 756-8087

WILLIAM G. GAEDE III (SBN: 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel:  (650) 815-7400
Fax:  (650) 469-1470

K. NICOLE CLOUSE (*Pro Hac Vice*)
nclouse@mwe.com
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel:  (617) 535-4000
Fax:  (617) 535-3800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

>                             */s/ Daralyn J. Durie*
>                             DARALYN J. DURIE