# EXHIBIT 4

*Redacted Version of Document*
*Provisionally Filed Under Seal*

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEXXIKON INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 4:17-CV-04405-HSG (EDL) |
| ) | |
| v. ) | |
| ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL EXPERT REPORT OF GREGORY K. LEONARD, PH.D.**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## TABLE OF CONTENTS

**Page**

I.     INTRODUCTION AND ASSIGNMENT ...........................................................................1

II.    CALCULATION OF REASONABLE ROYALTY DAMAGES ...........................................1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# I.   INTRODUCTION AND ASSIGNMENT

1.      My name is Gregory K. Leonard.  I am an economist and partner at Edgeworth Economics, 333 Bush Street, Suite 1450, San Francisco, CA, 94104.

2.      On February 4, 2019 I submitted the Expert Report of Dr. Gregory K. Leonard, which I incorporate in this supplemental report.  I have been asked by counsel for Plexxikon to supplement my calculations of Plexxikon's damages due to Novartis' alleged infringement of Plexxikon's U.S. Patent Nos. 9,469,640 and 9,844,539 to account for new information that Novartis has produced since the submission of my report, and to prepare this supplemental report to present my calculations and results.  I reserve the right to further supplement or render further opinions as additional information becomes available.

3.      I understand that Novartis produced data on its U.S. sales of Tafinlar® and Mekinist® from January 2018 through December 2018.[1]  In my initial report, I was unable to exactly determine Novartis' U.S. sales of Tafinlar® during 2018.  To account for the new information in my calculation of Plexxikon's reasonable royalty damages, I have updated my analyses to reflect Novartis' actual U.S. sales of Tafinlar® during 2018.   An updated set of my Exhibits and Appendices are attached.

# II.   CALCULATION OF REASONABLE ROYALTY DAMAGES

4.      ███████████████████████████████████████████████████████

███████████████████████   See Supplemental Exhibit 1.  To calculate reasonable royalty damages, I apply a range of royalty rates that Plexxikon and Novartis may have agreed to in a

---

[1]   NPC-PLEX012797176, NPC-PLEX012797177, NPC-PLEX012797178, NPC-PLEX012797179.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

hypothetical negotiation to the appropriate royalty base.[2]  I have applied rates based on the Collaboration Agreement as described in my expert report, of 6.26% and 12.52%, depending on if the value of patent rights are given relatively lower or higher weight, resulting in damages of ███████████████ respectively.[3]

Gregory K. Leonard

Dated:  February 21, 2019

---

[2]    I have also calculated damages of $21.95 million based on Plexxikon's minimum willingness to accept.
[3]    Supplemental Exhibit 1.

# Appendix B

# Supplemental Appendix B
# Documents Considered

**Bates Documents**

| | | | |
|---|---|---|---|
| NPC-PLEX0000003 | NPC-PLEX012036518 | NPC-PLEX012182774 | NPC-PLEX012388611 |
| NPC-PLEX0000927 | NPC-PLEX012041509 | NPC-PLEX012205332 | NPC-PLEX012389705 |
| NPC-PLEX0000942 | NPC-PLEX012069416 | NPC-PLEX012383702 | NPC-PLEX012390487 |
| NPC-PLEX0000962 | NPC-PLEX012096327 | NPC-PLEX012383703 | NPC-PLEX012390488 |
| NPC-PLEX0001109 | NPC-PLEX012099866 | NPC-PLEX012383704 | NPC-PLEX012390489 |
| NPC-PLEX0003644 | NPC-PLEX012103716 | NPC-PLEX012384002 | NPC-PLEX012390491 |
| NPC-PLEX0004666 | NPC-PLEX012118501 | NPC-PLEX012385909 | NPC-PLEX012453110 |
| NPC-PLEX0005244 | NPC-PLEX012129974 | NPC-PLEX012386879 | NPC-PLEX012538459 |
| NPC-PLEX0005271 | NPC-PLEX012130678 | NPC-PLEX012387135 | NPC-PLEX012615933 |
| NPC-PLEX0005305 | NPC-PLEX012131790 | NPC-PLEX012387197 | NPC-PLEX012688265 |
| NPC-PLEX012034581 | NPC-PLEX012131809 | NPC-PLEX012387938 | NPC-PLEX012759317 |
| NPC-PLEX012035049 | NPC-PLEX012132559 | NPC-PLEX012388470 | NPC-PLEX012797176 |
| NPC-PLEX012035237 | NPC-PLEX012132574 | NPC-PLEX012388527 | NPC-PLEX012797177 |
| NPC-PLEX012035665 | NPC-PLEX012132631 | NPC-PLEX012388531 | NPC-PLEX012797178 |
| NPC-PLEX012035857 | NPC-PLEX012148723 | NPC-PLEX012388586 | NPC-PLEX012797179 |
| NPC-PLEX012036179 | NPC-PLEX012171575 | NPC-PLEX012388587 | |
| | | | |
| PXK0005692 | PXK0022397 | PXK0023410 | PXK0026731 |
| PXK0005751 | PXK0022398 | PXK0023422 | PXK0026737 |
| PXK0005771 | PXK0022399 | PXK0023446 | PXK0026754 |
| PXK0005822 | PXK0022400 | PXK0023452 | PXK0026763 |
| PXK0005918 | PXK0022417 | PXK0023466 | PXK0026768 |
| PXK0006005 | PXK0022426 | PXK0023467 | PXK0026769 |
| PXK0006052 | PXK0022452 | PXK0023468 | PXK0026927 |
| PXK0006148 | PXK0022478 | PXK0023469 | PXK0026929 |
| PXK0006685 | PXK0022483 | PXK0023470 | PXK0026972 |
| PXK0006686 | PXK0022500 | PXK0023471 | PXK0026992 |
| PXK0006687 | PXK0022520 | PXK0023498 | PXK0026994 |
| PXK0006688 | PXK0022541 | PXK0023512 | PXK0027001 |
| PXK0006689 | PXK0022551 | PXK0023513 | PXK0027004 |
| PXK0006690 | PXK0022552 | PXK0023514 | PXK0027028 |
| PXK0006691 | PXK0022553 | PXK0023515 | PXK0027029 |
| PXK0006692 | PXK0022554 | PXK0023516 | PXK0027096 |
| PXK0006693 | PXK0022566 | PXK0023517 | PXK0027097 |
| PXK0006694 | PXK0022568 | PXK0023524 | PXK0027098 |
| PXK0006695 | PXK0022594 | PXK0023531 | PXK0027113 |
| PXK0006696 | PXK0022598 | PXK0023539 | PXK0027131 |
| PXK0006697 | PXK0022618 | PXK0023544 | PXK0027166 |
| PXK0006698 | PXK0022639 | PXK0023551 | PXK0027167 |
| PXK0006699 | PXK0022645 | PXK0023570 | PXK0027183 |
| PXK0006700 | PXK0022654 | PXK0023584 | PXK0027211 |
| PXK0006701 | PXK0022655 | PXK0023589 | PXK0027305 |
| PXK0006702 | PXK0022658 | PXK0023591 | PXK0027307 |
| PXK0006703 | PXK0022668 | PXK0023594 | PXK0027342 |
| PXK0006704 | PXK0022691 | PXK0023600 | PXK0027627 |
| PXK0006705 | PXK0022692 | PXK0023664 | PXK0027643 |
| PXK0006706 | PXK0022693 | PXK0023730 | PXK0027704 |
| PXK0006707 | PXK0022694 | PXK0023731 | PXK0027705 |
| PXK0006708 | PXK0022695 | PXK0023739 | PXK0027711 |
| PXK0006709 | PXK0022715 | PXK0023745 | PXK0027750 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| PXK0006710 | PXK0022751 | PXK0023751 | PXK0027752 |
| PXK0006711 | PXK0022754 | PXK0023759 | PXK0027759 |
| PXK0006712 | PXK0022774 | PXK0023766 | PXK0027831 |
| PXK0006713 | PXK0022785 | PXK0023775 | PXK0027881 |
| PXK0006714 | PXK0022823 | PXK0023776 | PXK0027882 |
| PXK0006715 | PXK0022846 | PXK0023783 | PXK0027883 |
| PXK0006716 | PXK0022883 | PXK0023795 | PXK0027897 |
| PXK0006717 | PXK0022884 | PXK0023802 | PXK0027898 |
| PXK0006718 | PXK0022885 | PXK0023803 | PXK0027935 |
| PXK0006719 | PXK0022922 | PXK0023808 | PXK0027965 |
| PXK0006720 | PXK0022923 | PXK0024259 | PXK0027975 |
| PXK0006721 | PXK0022924 | PXK0024261 | PXK0027976 |
| PXK0006722 | PXK0022930 | PXK0024274 | PXK0027978 |
| PXK0006723 | PXK0022934 | PXK0024450 | PXK0027980 |
| PXK0006724 | PXK0022939 | PXK0024464 | PXK0027981 |
| PXK0006725 | PXK0022943 | PXK0024749 | PXK0028001 |
| PXK0006726 | PXK0022984 | PXK0024839 | PXK0028062 |
| PXK0020353 | PXK0022985 | PXK0024841 | PXK0028064 |
| PXK0020416 | PXK0022986 | PXK0024917 | PXK0028065 |
| PXK0020419 | PXK0023001 | PXK0024926 | PXK0028076 |
| PXK0021909 | PXK0023039 | PXK0024929 | PXK0028077 |
| PXK0021914 | PXK0023040 | PXK0024932 | PXK0028096 |
| PXK0021922 | PXK0023051 | PXK0024933 | PXK0028099 |
| PXK0021925 | PXK0023074 | PXK0025272 | PXK0028124 |
| PXK0021928 | PXK0023091 | PXK0025287 | PXK0028126 |
| PXK0021930 | PXK0023101 | PXK0025303 | PXK0028129 |
| PXK0021989 | PXK0023106 | PXK0025408 | PXK0028130 |
| PXK0021990 | PXK0023111 | PXK0025409 | PXK0028133 |
| PXK0021991 | PXK0023116 | PXK0025440 | PXK0028146 |
| PXK0021992 | PXK0023127 | PXK0025441 | PXK0028181 |
| PXK0021993 | PXK0023128 | PXK0025452 | PXK0028182 |
| PXK0022032 | PXK0023131 | PXK0025504 | PXK0028217 |
| PXK0022037 | PXK0023143 | PXK0025505 | PXK0028283 |
| PXK0022063 | PXK0023149 | PXK0025530 | PXK0112284 |
| PXK0022112 | PXK0023152 | PXK0025532 | PXK0112319 |
| PXK0022113 | PXK0023160 | PXK0025633 | PXK0112684 |
| PXK0022114 | PXK0023180 | PXK0025634 | PXK0112765 |
| PXK0022117 | PXK0023184 | PXK0025686 | PXK0112791 |
| PXK0022119 | PXK0023185 | PXK0025869 | PXK0112808 |
| PXK0022161 | PXK0023197 | PXK0025924 | PXK0112817 |
| PXK0022165 | PXK0023208 | PXK0025942 | PXK0112830 |
| PXK0022191 | PXK0023212 | PXK0025943 | PXK0112833 |
| PXK0022212 | PXK0023234 | PXK0025986 | PXK0112841 |
| PXK0022233 | PXK0023235 | PXK0026016 | PXK0112845 |
| PXK0022257 | PXK0023252 | PXK0026017 | PXK0112848 |
| PXK0022258 | PXK0023294 | PXK0026020 | PXK0112857 |
| PXK0022282 | PXK0023295 | PXK0026340 | PXK0143324 |
| PXK0022283 | PXK0023314 | PXK0026427 | PXK0143334 |
| PXK0022314 | PXK0023320 | PXK0026428 | PXK0143339 |
| PXK0022323 | PXK0023330 | PXK0026521 | PXK0143352 |
| PXK0022324 | PXK0023339 | PXK0026530 | PXK0143358 |
| PXK0022352 | PXK0023342 | PXK0026541 | PXK0143362 |
| PXK0022359 | PXK0023364 | PXK0026542 | PXK0143367 |
| PXK0022376 | PXK0023369 | PXK0026625 | PXK0143371 |
| PXK0022394 | PXK0023378 | PXK0026638 | PXK0143376 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| PXK0022395 | PXK0023379 | PXK0026639 | PXK0148906 |
| PXK0022396 | PXK0023386 | PXK0026677 | PXK0148920 |
| G-PKN00021058 | G-PKN00021059 | | |

**Depositions**

Deposition of Ahmed Elnawawi and Exhibits, November 20, 2018.

Deposition of Bijoyesh Mookerjee and Exhibits, December 4, 2018.

Deposition of Kathy Glaub, February 1, 2019 (rough).

Deposition of Peter Waibel and Exhibits, November 13, 2018.

Deposition of Robert Gleason and Exhibits, November 19, 2018.

Deposition of Tara Rhealt and Exhibits, December 18, 2018.

**Expert Reports & Interviews**

Conversation with Dr. Michael Metzker.

Conversation with Dr. Susana Ortiz-Urda, Dermatologist and Melanoma Specialist.

Conversation with Joe Young, Plexxikon VP of Finance.

Conversation with Kathy Glaub, former President of Plexxikon.

Conversation with Mark Dennish, Former Vice President, Business Development at Daiichi Sankyo.

Expert Report of Dr. Michael Metzker, February 4, 2019.

Expert Report of Dr. Susana Ortiz-Urda, February 4, 2019.

Expert Report of Ted Sweeney, February 4, 2019.

**Court & Legal Documents**

Complaint for Patent Infringement, Case No. 3:17-cv-04405, August 3, 2017.

Second Amended Complaint for Patent Infringement, Case No. 4:17-cv-04405-HSG (EDL), December 20, 2017.

Defendant Novartis Pharmaceuticals Corporation's Responsive Damages Contentions Pursuant to Patent L.R. 3-9, Case No. 4:17-cv-04405-HSG (EDL), May 9, 2018.

Letter from Mark Noguchi, Genentech, to Dr. Paul S. Lin, Plexxikon Inc., "Re: Response to your January 13, 2014 letter captioned 'Zelboraf Co-Promotion Costs'," March 7, 2014.

Letter from Thomas P. Steindler, McDermott Will & Emery, to Clement S. Roberts, Durie Tangri, "Re: Plexxikon's Document Production Accompanying Infringement Contentions (Pat. L.R. 3-2)," February 13, 2018.

Letter from Thomas P. Steindler, McDermott Will & Emery, to Raghav Kirshapriyan, Durie Tangri, "Re: Manufacturing Information," March 12, 2018.

European Commission, Case M.7275 – Novartis/ GlaxoSmithKline Oncology Business, Commission Decision, January 28, 2015.

Georgia-Pacific Corp. v. United States Plywood Corp., 318 F. Supp. 1116, 1120 (S.D.N.Y., 1970).

Uniloc USA, Inc. v. Microsoft Corp., 632 F.3D 1292 (Fed. Cir. 2011).

Rigel Pharmaceuticals, Inc.'s Complaint for Patent Infringement, Rigel Pharmaceuticals, Inc. vs. Novartis Pharmaceuticals Corp., Civil Action No. 15-CV-4370, September 23, 2015.

**Public Documents**

GlaxoSmithKline plc 2013 20-F, February 28, 2014.

GlaxoSmithKline plc 2014 20-F, February 27, 2015.

GlaxoSmithKline plc 2015 20-F, March 18, 2016.

Japan Tobacco Inc. 2007 Annual Report.

Novartis AG 2014 20-F, January 27, 2015.

Novartis AG 2015 20-F, January 27, 2016.

Novartis AG 2016 20-F, January 25, 2017.

Novartis AG 2017 20-F, January 24, 2018.

Novartis AG 2018 20-F, January 30, 2019.

Novartis Q4 and FY 2016 Condensed Financial Report - Supplementary Data.

Novartis Q1 2017 Condensed Interim Financial Report - Supplementary Data.

Novartis Q2 and H1 2017 Condensed Interim Financial Report - Supplementary Data.

Novartis Q3 and 9M 2017 Condensed Interim Financial Report - Supplementary Data.

Novartis Q1 2018 Condensed Interim Financial Report - Supplementary Data.

Novartis Q2 and H1 2018 Condensed Interim Financial Report – Supplementary Data.

Novartis Q3 and 9M 2018 Condensed Interim Financial Report – Supplementary Data.

Novartis Q4 and FY 2018 Condensed Financial Report – Supplementary Data.

Novartis 2015 Annual Report.

Novartis 2017 Annual Report.

"About," Plexxikon, https://www.plexxikon.com/about/.

"Adjuvant Dabrafenib (GSK2118436) in Patients With Surgically Resected AJCC Stage IIIC Melanoma Characterized by a BRAFV600E/K Mutation," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT01682213?term=dabrafenib&rank=5.

"After Long Fight, Drug Gives Sudden Reprieve," New York Times, https://www.nytimes.com/2010/02/23/health/research/23trial html.

"A Phase I Study to Investigate the Safety, Pharmacokinetics, and Pharmacodynamics of GSK2118436 in Subjects With Solid Tumors," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT00880321?term=dabrafenib&rank=77.

"Array BioPharma: Third Quarter of F2017 Update," Array BioPharma, May 10, 2017, http://investor.arraybiopharma.com/static-files/6b47b6bb-fb0f-4849-850d-c0ba5603e39e.

"Array Announces Agreement to Acquire Encorafenib (LGX818)," Array BioPharma, January 23, 2015, http://investor.arraybiopharma.com/news-releases/news-release-details/array-announces-agreement-acquire-encorafenib-lgx818.

"Array Announces Completion of Binimetinib and Encorafenib Transactions," Array BioPharma, March 2, 2015, http://investor.arraybiopharma.com/news-releases/news-release-details/array-announces-completion-binimetinib-and-encorafenib.

"A Study Comparing GSK2118436 to Dacarbazine (DTIC) in Previously Untreated Subjects With BRAF Mutation Positive Advanced (Stage III) or Metastatic (Stage IV) Melanoma," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT01227889?term=dabrafenib&cond=Metastatic+Melanoma&phase=2&rank=3.

"A Study of GSK2118436 in BRAF Mutant Metastatic Melanoma," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT01153763?term=dabrafenib&cond=Metastatic+Melanoma&phase=1&rank=4.

Bond, C. E. and Whitehall, V. L. J., "How the BRAF V600E Mutation Defines a Distinct Subgroup of Colorectal Cancer: Molecular and Clinical Implications," Hindawi, Gastroenterology Research and Practice, November 26, 2018, Volume 2018,  https://www.hindawi.com/journals/grp/2018/9250757/.

Cowen and Company, Array BioPharma, "Initiating at Outperform: Array of Sunshine + CowenVision Video," November 4, 2016.

Cowen and Company, Roche Holding Ltd, "KOLs View ACE910 Safety Issues As A Potential Concern;  Model Update," November 3, 2016.

"Dabrafenib With Trametinib in the Adjuvant Treatment of High-risk BRAF V600 Mutation-positive Melanoma (COMBI-AD). (COMBI-AD)," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT01682083?term=COMBI-AD+tafinlar&cond=adjuvant+melanoma&rank=1.

"Daiichi Sankyo Completes Plexxikon Acquisition," Plexxikon, April 4, 2011, https://www.plexxikon.com/view.cfm/90/press-releases.

"Efficacy and Safety of LGX818 in Patients With Advanced or Metastatic BRAF V600 Mutant NSCLC," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT02109663.

"Efficacy and Safety of the Combination Therapy of Dabrafenib and Trametinib in Subjects With BRAF V600E- Mutated Rare Cancers," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT02034110?term=dabrafenib&rank=24.

"Exelixis Announces European Commission Approval of COTELLIC™ (Cobimetinib) for Use in Combination with Vemurafenib in Advanced BRAF V600 Mutation-Positive Melanoma," Exelixis Press Release, November 25, 2015, http://ir.exelixis.com/phoenix.zhtml?c=120923&p=irol-newsArticle&ID=2117574.

"Farydak® (panobinostat) capsules," Novartis, https://www hcp novartis.com/products/farydak/multiple-myeloma/.

"FDA Approves Braftovi + Mektovi Combination," Drugs.com, June 27, 2018, https://www.drugs.com/newdrugs/array-biopharma-announces-fda-approval-braftovi-encorafenib-combination-mektovi-binimetinib-4771 html.

"FDA Approves Cotellic," Drugs.com, November 10, 2015, https://www.drugs.com/newdrugs/fda-approves-cotellic-cobimetinib-combination-advanced-melanoma-4295.html.

"FDA Approves Dabrafenib Plus Trametinib for Adjuvant Treatment of Melanoma with BRAF V600E or V600K Mutations," U.S. FDA, April 30, 2018, https://www fda.gov/Drugs/InformationOnDrugs/ApprovedDrugs/ucm606165 htm.

"FDA Approves Genentech's Cotellic™ (Cobimetinib) in Combination With Zelboraf® (Vemurafenib) in Advanced Melanoma," Genentech, November 10, 2015, https://www.gene.com/media/press-releases/14611/2015-11-10/fda-approves-genentechs-cotellic-cobimet.

"FDA Approves Mekinist," Drugs.com, May 29, 2013, https://www.drugs.com/newdrugs/fda-approves-mekinist-trametinib-advanced-melanoma-3798.html.

"FDA Approves New Uses for Two Drugs Administered Together for the Treatment of BRAF-Positive Anaplastic Thyroid Cancer," U.S. FDA, May 4, 2018, https://www fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm606686 htm.

"FDA Approves Zelboraf (Vemurafenib) and Companion Diagnostic for BRAF Mutation-Positive Metastatic Melanoma, a Deadly Form of Skin Cancer," Genentech, August 17, 2011, https://www.gene.com/media/press-releases/13567/2011-08-17/fda-approves-zelboraf-vemurafenib-and-co.

"FDA Approves Zelboraf (vemurafenib) for Erdheim-Chester Disease with BRAF V600 Mutation," Drugs.com, November 6, 2017, https://www.drugs.com/newdrugs/fda-approves-zelboraf-vemurafenib-erdheim-chester-braf-v600-mutation-4625.html.

"FDA Approves Zelboraf," Drugs.com, August 17, 2011, https://www.drugs.com/newdrugs/fda-approves-zelboraf-companion-diagnostic-test-late-stage-skin-cancer-2814 html.

"FDA Grants Regular Approval to Dabrafenib and Trametinib Combination for Metastatic NSCLC with BRAF V600E Mutation," U.S. FDA, June 22, 2017, https://www.fda.gov/Drugs/InformationOnDrugs/ApprovedDrugs/ucm564331.htm.

Federal Trade Commission, "The Evolving IP Marketplace: Aligning Patent Notice and Remedies with Competition," March 2011.

Flaherty, K. T., et al., "Combined BRAF and MEK Inhibition in Melanoma with BRAF V600 Mutations," New England Journal of Medicine, November 1, 2012; 367: 1694–1703, https://www.nejm.org/doi/full/10.1056/NEJMoa1210093.

"GSK Completes Major Three-Part Transaction," GSK Press Release, March 2, 2015, https://www.gsk.com/en-gb/media/press-releases/gsk-completes-major-three-part-transaction-with-novartis/.

"GSK Gains Accelerated FDA Approval for Combination Use of Mekinist (trametinib) and Tafinlar (dabrafenib)," Drugs.com, January 9, 2014, https://www.drugs.com/newdrugs/gsk-gains-accelerated-fda-approval-combination-mekinist-trametinib-tafinlar-dabrafenib-4003 html.

"GSK gains accelerated FDA approval for combination use of Mekinist® (trametinib) and Tafinlar® (dabrafenib)," GSK Press Release, January 9, 2014, https://us.gsk.com/en-us/media/press-releases/2014/gsk-gains-accelerated-fda-approval-for-combination-use-of-mekinist-trametinib-and-tafinlar-dabrafenib/.

"GSK receives Priority Review from FDA for dabrafenib/trametinib combination in metastatic melanoma," GSK Press Release, September 16, 2013, https://www.gsk.com/en-gb/media/press-releases/gsk-receives-priority-review-from-fda-for-dabrafenibtrametinib-combination-in-metastatic-melanoma/.

"Highlights of Prescribing Information," Genentech, https://www.gene.com/download/pdf/zelboraf_prescribing.pdf.

"Highlights of Prescribing Information," Novartis, https://www.pharma.us novartis.com/sites/www.pharma.us.novartis.com/files/tafinlar.pdf.

"Industry Profits, Research and Development Spending, and Merger and Acquisition Deals," U.S. Government Accountability Office, GAO-18-40 (2017).

Leerink, Array BioPharma, Inc., "Potl. Best-In-Class BRAF/MEK Combination in Melanoma; PT to $9," September 26, 2016.

Mackiewicz, J, and Mackiewicz, A., "BRAF and MEK inhibitors in the era of immunotherapy in melanoma patients," Contemp Oncol (Pozn). March 2018; 22(1A).

NCCN Guidelines for Patients®, Melanoma, 2018, https://www.nccn.org/patients/guidelines/melanoma/.

NCCN Guidelines, Melanoma, Version 4.2014, http://www.jnccn.org/content/12/5/621.abstract.

NDA Approval Letter from Richard Pazdur, M.D., Department of Health and Human Services, to Ellen Cutler, GlaxoSmithKline, LLC, NDA 202806, May 29, 2013, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/202806Orig1s000ltr.pdf.

"Novartis and GSK trade assets as pharma industry reshapes," Reuters, Business News, April 21, 2014, https://www.reuters.com/article/us-novartis/novartis-and-gsk-trade-assets-as-pharma-industry-reshapes-idUSBREA3L07T20140422.

"Open-label Study to Investigate the Safety, PK, and Pharmacodynamics of GSK1120212 in Subjects With Solid Tumors or Lymphoma," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT00687622?term=GSK1120212&phase=04&draw=2&rank=7.

"Our Business," Novartis, https://www.pharma.us.novartis.com/.

Pharmacology Review, Application Number: 202806Orig1s000, Center for Drug Evaluation and Research, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2013/202806Orig1s000PharmR.pdf.

"Safety Study of PLX4032 in Patients With Solid Tumors," NIH – U.S. National Library of Medicine, August 22, 2017, https://clinicaltrials.gov/ct2/show/NCT00405587.

"Study of Selective BRAF Kinase Inhibitor Dabrafenib Monotherapy Twice Daily and in Combination With Dabrafenib Twice Daily and Trametinib Once Daily in Combination Therapy in Subjects With BRAF V600E Mutation Positive Metastatic (Stage IV) Non-small Cell Lung Cancer," ClinicalTrials.gov, https://clinicaltrials.gov/ct2/show/NCT01336634?term=dabrafenib&cond=Nsclc&phase=1&rank=2.

Supplemental Approval Letter from Patricia Keegan, M.D., Department of Health and Human Services, to Betsy Kurian, Pharm.D., Novartis Pharmaceuticals Corporation, NDA 202806/S-010, May 4, 2018, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2018/202806Orig1s010ltr.pdf.

Supplemental Approval Letter from Patricia Keegan, M.D., Department of Health and Human Services, to Demetre Stamatis, Pharm.D., Novartis Pharmaceuticals Corporation, NDA 202806/S-006, June 22, 2017, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2017/202806Orig1s006ltr.pdf.

Supplemental Approval Letter from Patricia Keegan, M.D., Department of Health and Human Services, to Demetre Stamatis, Pharm.D., Novartis Pharmaceuticals Corporation, NDA 202806/S-008, April 30, 2018, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2018/202806Orig1s008ltr.pdf.

Tafinlar Approval Letter, Center for Drug Evaluation and Research, May 29, 2013, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2013/202806Orig1s000Approv.pdf.

Tsai, J., et al., "Discovery of a selective inhibitor of oncogenic B-Raf kinase with potent antimelanoma activity," Proceedings of the National Academy of Sciences USA, February 26, 2008, 105(8): 3041–3046, published online February 19, 2008, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2268581/.

"Two new GSK oral oncology treatments, BRAF-inhibitor Tafinlar®(dabrafenib) capsules and the first MEK-inhibitor Mekinist™ (trametinib) tablets, approved by FDA as single-agent therapies," GSK, May 29, 2013, https://us.gsk.com/en-us/media/press-releases/2013/two-new-gsk-oral-oncology-treatments-braf-inhibitor-tafinlardabrafenib-capsules-and-the-first-mek-inhibitor-mekinist-trametinib-tablets-approved-by-fda-as-single-agent-therapies/.

"Understanding Treatment," Zykadia® (ceritinib), https://www.us.zykadia.com/about-treatment/understanding-treatment.

"Vemurafenib in Multiple Nonmelanoma Cancers with BRAF V600 Mutations," The New England Journal of Medicine, Vol. 373., August 20, 2015.

Bloomberg Terminal.

U.S. Patent No. 9,469,640.

U.S. Patent No. 9,844,539.

# Exhibits

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Supplemental Exhibit 1**
**Reasonable Royalty Damages**

**October 18, 2016 - December 31, 2018**

|  | Q4 2016[1] | Q1 2017 | Q2 2017 | Q3 2017 | Q4 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|
|  | (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| U.S. Tafinlar® Sales | $ 29,198,083 | $ 33,158,192 | $ 39,477,867 | $ 40,448,738 | $ 43,062,275 | $ 211,660,369 | $ 397,005,524 |
|  |  |  |  |  |  |  |  |
| Total U.S. Tafinlar® Sales | $ 397,005,524 |  |  |  |  |  |  |
| Royalty Base Lump Sum Deduction[2] | 19,850,276 |  |  |  |  |  |  |
| **Royalty Base** | $ 377,155,248 |  |  |  |  |  |  |

**Scenario 1 - Collaboration Agreement Low Range**

| Royalty Rate | 6.26 % |
|---|---|
| **Total Damages** | $ 23,606,684 |

**Scenario 2 - Collaboration Agreement High Range**

| Royalty Rate | 12.52 % |
|---|---|
| **Total Damages** | $ 47,213,367 |

Notes:   Scenarios 1 and 2 are based on the Collaboration Agreement, as discussed in section V.B.2.e of my expert report.

[1] Q4 2016 is prorated to the date of the hypothetical negotiation, October 18, 2016.

[2] Consistent with the Collaboration Agreement, royalties are paid on sales (net of returns, rebates and discounts) less a 5% lump sum deduction. See PXK0006148 at 6160.

Sources:   Exhibit 2a.
Exhibit 5a.
Expert Report of Dr. Gregory Leonard, February 4, 2019.
NPC-PLEX012797179.
PXK0006148.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Exhibit 3**

**Plexxikon's Minimum** 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Sources:   NPC-PLEX0003644.

NPC-PLEX012386879.

NPC-PLEX012390487.

PXK0006148.

PXK0006709.

PXK0020416.

Conversation with Joe Young.

Deposition of Ahmed Elnawawi, November 20, 2018.

"Array BioPharma: Third Quarter of F2017 Update," Array BioPharma Presentation, May 10, 2017, http://investor.arraybiopharma.com/static-files/6b47b6bb-fb0f-4849-850d-c0ba5603e39e.

Bloomberg Terminal.

Cowen and Company, Array BioPharma, "Initiating at Outperform: Array of Sunshine + CowenVision Video," November 4, 2016.

Cowen and Company, Roche Holding Ltd, "KOLs View ACE910 Safety Issues As A Potential Concern; Model Update," November 3, 2016.

Leerink, Array BioPharma, Inc., "Potl. Best-In-Class BRAF/MEK Combination in Melanoma; PT to $9," September 26, 2016.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**r®**

**Limited to the U.S.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes:



Sources:    Supplemental Exhibit 1.

Supplemental Exhibit 6.

Exhibit 7.

NPC-PLEX0004666.

PXK0006148.

PXK0020416.

PXK0028126.

ClinicalTrials.gov Identifiers: NCT00880321; NCT01153763; NCT01227889; NCT01336634; NCT01682083; NCT01682213; NCT02034110.

NDA Approval Letter from Richard Pazdur, M.D., Department of Health and Human Services, to Ellen Cutler, GlaxoSmithKline, LLC, NDA 202806, May 29, 2013, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/202806Orig1s000ltr.pdf.

Pharmacology Review, Application Number: 202806Orig1s000, Center for Drug Evaluation and Research, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2013/202806Orig1s000PharmR.pdf.

Supplemental Approval Letter from Patricia Keegan, M.D., Department of Health and Human Services, to Betsy Kurian, Pharm.D., Novartis Pharmaceuticals Corporation, NDA 202806/S-010, May 4, 2018, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2018/202806Orig1s010ltr.pdf.

Supplemental Approval Letter from Patricia Keegan, M.D., Department of Health and Human Services, to Demetre Stamatis, Pharm.D., Novartis Pharmaceuticals Corporation, NDA 202806/S-006, June 22, 2017, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2017/202806Orig1s006ltr.pdf.

Supplemental Approval Letter from Patricia Keegan, M.D., Department of Health and Human Services, to Demetre Stamatis, Pharm.D., Novartis Pharmaceuticals Corporation, NDA 202806/S-008, April 30, 2018, https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2018/202806Orig1s008ltr.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Exhibit 5a**
**Novartis Pharmaceuticals Corporation**
**U.S. Profit and Loss Statement**
**Tafinlar®**



Source: NPC-PLEX0003644.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Exhibit 5b**
**Novartis Pharmaceuticals Corporation**
**U.S. Profit and Loss Statement**
**Mekinist®**



Source: NPC-PLEX012390487.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Exhibit 5c**
**Novartis Pharmaceuticals Corporation**
**Adjusted U.S. Profit and Loss Statement**
**Tafinlar®**



Sources:   Exhibit 5a.
          Exhibit 5b.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Supplemental Exhibit 6**
**Tafinlar® Sales**



Sources:  Exhibit 5a.
Exhibit 5b.
NPC-PLEX012797179.
NPC-PLEX0004666.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Exhibit 7**
**Zelboraf® Sales**

**Q3 2011 - Q3 2018**

| Date | U.S. | Outside U.S. | Worldwide |
|---|---|---|---|
| (a) | (b) | (c) | (d) |
| Q3 2011 | $    11,963,838 | $            - | $    11,963,838 |
| Q4 2011 | 22,071,522 | - | 22,071,522 |
| Q1 2012 | 28,965,650 | 1,987,686 | 30,953,337 |
| Q2 2012 | 31,963,972 | 25,774,018 | 57,737,990 |
| Q3 2012 | 27,248,263 | 30,068,844 | 57,317,108 |
| Q4 2012 | 31,673,353 | 40,746,550 | 72,419,904 |
| Q1 2013 | 33,930,608 | 51,809,818 | 85,740,426 |
| Q2 2013 | 36,308,832 | 51,895,633 | 88,204,465 |
| Q3 2013 | 31,361,062 | 59,534,795 | 90,895,857 |
| Q4 2013 | 30,196,971 | 67,854,142 | 98,051,113 |
| Q1 2014 | 20,373,347 | 63,253,216 | 83,626,563 |
| Q2 2014 | 19,545,520 | 59,427,835 | 78,973,355 |
| Q3 2014 | 18,376,578 | 58,514,077 | 76,890,654 |
| Q4 2014 | 14,159,605 | 51,115,255 | 65,274,861 |
| Q1 2015 | 12,241,358 | 40,937,842 | 53,179,200 |
| Q2 2015 | 11,308,343 | 38,506,209 | 49,814,552 |
| Q3 2015 | 12,729,470 | 38,645,667 | 51,375,136 |
| Q4 2015 | 10,036,751 | 39,202,450 | 49,239,202 |
| Q1 2016 | 11,878,075 | 38,442,020 | 50,320,095 |
| Q2 2016 | 11,291,460 | 42,070,002 | 53,361,462 |
| Q3 2016 | 12,394,318 | 33,323,226 | 45,717,544 |
| Q4 2016 | 12,543,216 | 32,701,601 | 45,244,816 |
| Q1 2017 | 11,324,743 | 31,411,000 | 42,735,743 |
| Q2 2017 | 10,304,038 | 26,166,973 | 36,471,011 |
| Q3 2017 | 10,325,506 | 23,998,742 | 34,324,248 |
| Q4 2017 | 10,799,558 | 24,308,943 | 35,108,501 |
| Q1 2018 | 11,076,261 | 29,723,351 | 40,799,612 |
| Q2 2018 | 12,339,426 | 26,072,030 | 38,411,456 |
| Q3 2018 | 12,757,720 | 21,848,921 | 34,606,642 |

Note: Zelboraf® received FDA approval in August 2011 and sales began in Q3 2011.

Sales are net of returns, rebates, and discounts.

Sources: PXK0006688-PXK0006710.

PXK0006720.

PXK0006722.

PXK0148906.

PXK0020353.

PXK0021909.

PXK0028283.