| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | DARALYN J. DURIE (SBN 169825) |
| 2 | ddurie@durietangri.com |
| | DAVID McGOWAN (SBN 154289) |
| 3 | dmcgowan@durietangri.com |
| | EUGENE NOVIKOV (SBN 257849) |
| 4 | enovikov@durietangri.com |
| | LAURA E. MILLER (SBN 271713) |
| 5 | lmiller@durietangri.com |
| | RAGHAV R. KRISHNAPRIYAN (SBN 273411) |
| 6 | rkrishnapriyan@durietangri.com |
| | MATTHEW W. SAMUELS (SBN 294668) |
| 7 | msamuels@durietangri.com |
| | 217 Leidesdorff Street |
| 8 | San Francisco, CA 94111 |
| | Telephone: 415-362-6666 |
| 9 | Facsimile: 415-236-6300 |
| 10 | YOUNG BASILE HANLON & MACFARLANE, P.C. |
| | JEFFREY D. WILSON (*Pro Hac Vice*) |
| 11 | wilson@youngbasile.com |
| | ANDREW R. BASILE, JR. (SBN 208396) |
| 12 | abasile@youngbasile.com |
| | EDDIE D. WOODWORTH (*Pro Hac Vice*) |
| 13 | woodworth@youngbasile.com |
| | RYAN T. MCCLEARY (*Pro Hac Vice*) |
| 14 | mccleary@youngbasile.com |
| | 3001 W. Big Beaver Road, Suite 624 |
| 15 | Troy, MI 48084 |
| | Telephone: (248) 649-3333 |
| 16 | Facsimile: (248) 649-3338 |
| 17 | Attorneys for Plaintiff |
| | PLEXXIKON INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., | Case No. 4:17-cv-04405-HSG |
| Plaintiff, | **ORDER GRANTING PLEXXIKON'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DKT. NOS. 225, 225-2, 300-2, 330-3, AND 307-5** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| | Ctrm: 2 – 4th Floor |
| Defendant. | Judge: Honorable Haywood S. Gilliam, Jr. |

Having considered Plaintiff Plexxikon Inc. ("Plexxikon")'s motion to remove the following documents from the publicly-available docket on the basis that they contain information that has been designated confidential by Plexxikon:

- Plexxikon's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. [ECF Nos. 224-3 and 225];
- Exhibit 1 to Plexxikon's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. [ECF Nos. 224-5 and 225-2];
- Exhibit 1 to Plexxikon's Opposition to Novartis's Motion in Limine No. 5 [ECF No. 300-2];
- Exhibit 2 to Plexxikon's Opposition to Novartis's Motion in Limine No. 5 [ECF No. 300-3]; and
- Exhibit 4 to the Declaration of Thomas P. Steindler in Support of Defendant's Motion to Strike Second Supplemental Report of Plaintiff's Expert Gregory K. Leonard, Ph.D [ECF No. 307-5].

The Court, finding good cause therefor, hereby GRANTS Plexxikon's Motion to Remove Incorrectly Filed Documents, and orders that the above-listed documents be removed from the publicly-available docket.

**IT IS SO ORDERED.**

DATED: 10/25/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge