UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEXXIKON INC., <br> Plaintiff, <br> v. <br> NOVARTIS PHARMACEUTICALS CORPORATION, <br> Defendant. | Case No. 17-cv-04405-HSG <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' pretrial filings in anticipation of the pretrial conference, the Court **SETS** a case management conference on December 3, 2019, at 3:00 p.m. to be held in lieu of the pretrial conference and hearing on the motions in limine that day. The Court finds that given the volume of the parties' filings, the complexity of the case, and the parties' numerous disputes, more time is required to ensure that all issues are fully considered and decided prior to trial to the extent possible. Accordingly, the Court will continue the current trial date to a time to be discussed during the case management conference.

The parties should be prepared to discuss their availability for a hearing on jury instructions; a pretrial conference; and trial in Spring or Summer 2020. The Court provides the following dates for discussion:

//
//
//
//
//
//

|  | **Jury Instructions Hearing** | **Pretrial Conference** | **2-Week Trial** |
|---|---|---|---|
| **Option 1** | March 4, 2020, 2:00 p.m. | April 21, 2020, 3:00 p.m. | May 11, 2020, 8:30 a.m. |
| **Option 2** | March 25, 2020, 2:00 p.m. | May 19, 2020, 3:00 p.m. | June 22, 2020, 8:30 a.m. |
| **Option 3** | May 20, 2020, 2:00 p.m. | July 21, 2020, 3:00 p.m. | August 24, 2020, 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 11/27/2019

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge