| | |
|---|---|
| DURIE TANGRI LLP | MCDERMOTT WILL & EMERY LLP |
| DARALYN J. DURIE (SBN 169825) | THOMAS P. STEINDLER (*Pro Hac Vice*) |
| ddurie@durietangri.com | tsteindler@mwe.com |
| DAVID McGOWAN (SBN 154289) | PAUL M. SCHOENHARD (*Pro Hac Vice*) |
| dmcgowan@durietangri.com | pschoenhard@mwe.com |
| LAURA E. MILLER (SBN 271713) | IAN B. BROOKS (*Pro Hac Vice*) |
| lmiller@durietangri.com | ibrooks@mwe.com |
| EUGENE NOVIKOV (SBN 257849) | DAVID MLAVER (*Pro Hac Vice*) |
| enovikov@durietangri.com | dmlaver@mwe.com |
| RAGHAV R. KRISHNAPRIYAN (SBN 273411) | 500 N. Capitol St., N.W. |
| rkrishnapriyan@durietangri.com | Washington, DC 20001 |
| MATTHEW W. SAMUELS (SBN 294668) | Telephone: 202-756-8000 |
| msamuels@durietangri.com | Facsimile: 202-756-8087 |
| 217 Leidesdorff Street | |
| San Francisco, CA 94111 | MCDERMOTT WILL & EMERY LLP |
| Telephone: 415-362-6666 | WILLIAM G. GAEDE III (SBN: 136184) |
| Facsimile: 415-236-6300 | wgaede@mwe.com |
| | 275 Middlefield Road, Suite 100 |
| YOUNG BASILE HANLON & MACFARLANE, P.C. | Menlo Park, CA 94025 |
| | Telephone: 650-815-7400 |
| JEFFREY D. WILSON (*Pro Hac Vice*) | Facsimile: 650-469-1470 |
| wilson@youngbasile.com | |
| ANDREW R. BASILE, JR. (SBN 208396) | MCDERMOTT WILL & EMERY LLP |
| abasile@youngbasile.com | KATHERINE NICOLE CLOUSE (*Pro Hac Vice*) |
| EDDIE D. WOODWORTH (*Pro Hac Vice*) | |
| woodworth@youngbasile.com | nclouse@mwe.com |
| RYAN T. MCCLEARY (*Pro Hac Vice*) | 28 State Street |
| mccleary@youngbasile.com | Boston, MA 02109 |
| 3001 W. Big Beaver Road, Suite 624 | Telephone: 617-535-4000 |
| Troy, MI 48084 | Facsimile: 617-535-3800 |
| Telephone: 248-649-3333 | |
| Facsimile: 248-649-3338 | Attorneys for Defendant |
| | Novartis Pharmaceuticals Corporation |
| Attorneys for Plaintiff | |
| PLEXXIKON INC. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-04405-HSG <br><br> **STIPULATION AND ORDER RE LEAVE TO FILE AMENDED JOINT PROPOSED JURY INSTRUCTIONS** <br><br> Date: December 3, 2019 <br> Time: 3:00 p.m. <br> Ctrm: 2 – 4th Floor <br> Judge: Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 7-12, Plaintiff Plexxikon Inc. ("Plexxikon") and Defendant Novartis Pharmaceuticals Corporation ("Novartis") (collectively, "the parties") hereby jointly request that the Court grant leave to file the attached Amended Joint Jury Instructions (Ex. A).

I. **FACTS**

The parties first filed Joint Proposed Jury Instructions on October 18, 2019. (ECF No. 309). The Court held a case management conference on December 3, 2019, at which it directed the parties "to meet and confer regarding substantive jury instructions and e-file by December 20th a revised set of complete jury instructions." ECF Nos. 347; *see also* ECF No. 352 at 10:12-19, 12:11. Pursuant to that order, the parties filed a revised set of complete jury instructions on December 20, 2019. (ECF No. 357).

On December 23, 2019, Plexxikon revised its proposal for Disputed Final Instruction No. 27. Thereafter, the parties exchanged revised one-page position statements. Plexxikon's revised proposal and the parties' updated position statements are incorporated in the attached Amended Joint Proposed Jury Instructions (Exhibit A), which the parties seek leave to file.

The Court has set March 25, 2020 for a hearing on jury instructions. ECF No. 347.

II. **DISCUSSION**

Good cause exists for the Court to grant leave because the proposed changes to the current Joint Proposed Jury Instructions (ECF No. 357) reflect the parties' continued work to resolve disputes regarding the jury instructions. Accordingly, the parties respectfully request that they be permitted to file the attached Amended Joint Jury Instructions (Ex. A).

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1/3/2020
Date

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1
STIP. RE LEAVE TO FILE AMENDED PROP. JURY INSTRUCTIONS / CASE NO. 4:17-CV-04405-HSG