THOMAS P. STEINDLER (*Pro Hac Vice*)
tsteindler@mwe.com
PAUL M. SCHOENHARD (*Pro Hac Vice*)
pschoenhard@mwe.com
MICHAEL S. NADEL (*Pro Hac Vice*)
mnadel@mwe.com
IAN B. BROOKS (*Pro Hac Vice*)
ibrooks@mwe.com
JENNIFER ROUTH (*Pro Hac Vice*)
jrouth@mwe.com
DAVID MLAVER (*Pro Hac Vice*)
dmlaver@mwe.com
McDERMOTT WILL & EMERY LLP
500 N. Capitol St., N.W.
Washington, DC 20001
Tel: (202) 756-8000
Fax: (202) 756-8087

WILLIAM G. GAEDE III (SBN: 136184)
wgaede@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel: (650) 815-7400
Fax: (650) 469-1470

KATHERINE NICOLE CLOUSE (*Pro Hac Vice*)
nclouse@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4000
Fax: (617) 535-3800

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | CASE NO. 4:17-cv-04405-HSG <br><br> **ORDER GRANTING NOVARTIS'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, ECF NO. 365** <br><br> Ctrm: 2 – 4th Floor <br> Judge: Honorable Haywood S. Gilliam, Jr. |

Having considered Defendant Novartis Pharmaceuticals Corporations ("Novartis") motion to remove ECF No. 365 from the publicly-available docket on the basis that it contains information that has been designated as confidential by third-party GlaxoSmithKline ("GSK"), The Court, finding good cause therefor, GRANTS Novartis' Motion to Remove Incorrectly Filed Document, and orders that ECF No. 365 be removed by the clerk from the publicly-available docket.

**IT IS ORDERED**

Dated: 1/28/2020

*/s/ Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE