UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLEXXIKON INC.,

           Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

           Defendant.

Case No. 17-cv-04405-HSG

**ORDER GRANTING IN PART AND
DENYING IN PART MOTIONS TO
SEAL**
Re: Dkt. Nos. 149, 164, 166, 168, 176, 178,
185, 187, 193, 196, 199, 201, 203, 205, 207,
209, 211, 224, 226, 231, 232, 235, 242, 258,
261, 263, 265, 267, 282, 285, 287, 289, 291,
293, 295, 297, 299, 306, 314, 332, 363, 366,
368, 374

Pending before the Court are the parties' administrative motions to file under seal portions of documents in connection with motions for partial summary judgment, *Daubert* motions, and motions in limine filed by Plaintiff Plexxikon Inc. and Defendant Novartis Pharmaceuticals Corporation (twenty-eight total). For the reasons detailed below, the Court **GRANTS IN PART** and **DENIES IN PART** the motions to file under seal.

## I.  LEGAL STANDARD

Courts generally apply a "compelling reasons" standard when considering motions to seal documents. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). "This standard derives from the common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Id.* (quoting *Kamakana*, 447 F.3d at 1178). "[A] strong presumption in favor of access is the starting point." *Kamakana*, 447 F.3d at 1178 (quotations omitted). To overcome this strong presumption, the party seeking to seal a judicial record attached to a dispositive motion must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in

understanding the judicial process" and "significant public events." *Id.* at 1178–79 (quotations omitted). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.*

Civil Local Rule 79-5 supplements the "compelling reasons" standard. The party seeking to file under seal must submit "a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law . . . . The request must be narrowly tailored to seek sealing only of sealable material . . . ." Civil L.R. 79-5(b). Courts have found that "confidential business information" in the form of "license agreements, financial terms, details of confidential licensing negotiations, and business strategies" satisfies the "compelling reasons" standard. *See In re Qualcomm Litig.*, No. 3:17-cv-0108-GPC-MDD, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017) (observing that sealing such information "prevent[ed] competitors from gaining insight into the parties' business model and strategy"); *Finisar Corp. v. Nistica, Inc.*, No. 13-cv-03345-BLF (JSC), 2015 WL 3988132, at *5 (N.D. Cal. June 30, 2015).

Records attached to nondispositive motions must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure, as such records "are often unrelated, or only tangentially related, to the underlying cause of action." *Id.* at 1179–80 (quotations omitted). This requires a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002); *see also* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992) (quotation omitted).

//

United States District Court
Northern District of California

## II.    DISCUSSION

Because the parties seek to seal portions and documents which pertain to summary judgment motions, the Court applies the compelling reasons standard to these documents.  The Court applies the lower good cause standard for those documents related to the parties' *Daubert* motions and motions in limine.

As indicated in the table below, the only proffered justification for sealing many of the documents is that the information was designated as "highly confidential" by either Plaintiff, Defendant, or non-parties GlaskoSmithKline PLC and GlaskoSmithKline LLC.  But a designation of confidentiality is not sufficient to establish that a document is sealable.  *See* Civ. L. R. 79-5(d)(1)(A).  "Confidential" is merely the parties' initial designation of confidentiality to establish coverage under the stipulated protective order.  *See Verinata Health, Inc. v. Ariosa Diagnostics, Inc.*, No. 12-cv-05501-SI, 2015 WL 5117083, at *5 (N.D. Cal. Aug. 31, 2015) ("But good cause 'cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential'") (quoting *Bain v. AstraZeneca LP*, No. 09-cv-4147, 2011 WL 482767, at *1 (N.D. Cal. Feb. 7, 2011)).  Thus, many of the parties' motions do not comply with Civil Local Rule 79-5(d)(1)(A).  In addition, in many instances the designating party for the materials did not comply with Civil Local Rule 79-5(e)(1), because they did not file a declaration within four days of the motion.  *See* Civ. L.R. 79-5(e)(1). The Court finds that sealing is not warranted as to those documents.

Nevertheless, the Court finds that as to the remaining motions to seal, the parties have narrowly tailored their requested redactions to confidential and proprietary business, scientific, manufacturing, sales, or licensing information.  The public release of these documents could give non-party competitors an unfair advantage in the development or marketing of rival products.  *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (ordering sealing where documents could be used "'as sources of business information that might harm a litigant's competitive standing'") (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).  Thus, the Court finds that the parties have in those circumstances established either compelling reasons or good cause to grant the motions to file under seal.  *See, e.g., Linex Techs., Inc. v. Hewlett-Packard*

*Co.*, No. C 13-159 CW, 2014 WL 6901744 (N.D. Cal. Dec. 8, 2014); *Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 11-CV-01846-LHK, 2012 WL 6115623 (N.D. Cal. Dec. 10, 2012).

| Docket No. Public /(Sealed) | Document | Portion(s) Sought to be Sealed | Ruling |
|---|---|---|---|
| **Dkt. No. 149 – GRANTED** | | | |
| Dkt. No. 150-1/ (149-4) | Exhibit A to the Declaration of Daralyn J. Durie in Support of March 18, 2019 Discovery Letter | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 153.) |
| **Dkt. No. 164 – DENIED** | | | |
| Dkt. No. 165/ (164-4) | Plaintiff's Notice of Motion and Motion to Exclude Certain Opinions and Testimony of Novartis's Technical Experts | Page 2:15–28 Page 3:1–13, 18–20 Page 4:4–15, 19–20 Page 5:5–12, 18–20, 24–26 Page 6:13–15 Page 8:19–24 Page 9:1–5 Page 10:1–6, 15–22, 27–28 Page 11:25–28 Page 12:1–2, 9–11 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 165-2/ (164-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 165-3/ (164-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 165-5/ (164-10) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of Novartis's | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| | Technical Experts | | |
| Dkt. No. 165-6/ (164-12) | Exhibit 5 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 165-8/ (164-14) | Exhibit 7 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of Novartis's Technical Experts | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 166 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 167/ (166-4) | Plaintiff's Notice of Motion and Motion for Summary Judgment of No Anticipation | Page 1:8–9, 13–18 Page 2:9 Page 5:17–22, 26–28 Page 6:1–10 Page 11:13–22 Page 12:3, 6–18, 20 Page 13:17–18, 20–24 Page 14:1–2 Page 15:13–14, 21–24 Page 16:1–7, 10, 12 Page 17:13–14 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 167-2/ (166-6) | Exhibit 1 to the Declaration of Matthew W. Samuels in Support of Plaintiff's Motion for Summary Judgment of No Anticipation | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 167-10/ (166-8) | Exhibit 9 to the Declaration of Matthew W. Samuels in Support of Plaintiff's Motion for Summary Judgment of No Anticipation | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 167-20/ (166-10) | Exhibit 19 to the Declaration of Matthew W. Samuels in Support of Plaintiff's Motion for Summary Judgment of No Anticipation | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 167-21/ (166-12) | Exhibit 20 to the Declaration of Matthew W. Samuels in Support of | Entire document | **GRANTED** (Contains proprietary pharmaceutical |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Dkt. No. | Document | Portion | Ruling |
|---|---|---|---|
| | Plaintiff's Motion for Summary Judgment of No Anticipation | | research and development information. *See* Dkt. No. 171.) |
| Dkt. No. 167-22/ (166-14) | Exhibit 21 to the Declaration of Matthew W. Samuels in Support of Plaintiff's Motion for Summary Judgment of No Anticipation | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 171.) |
| **Dkt. No. 168 – DENIED** | | | |
| Dkt. No. 169/ (168-10) | Plaintiff's Notice of Motion and Motion to Exclude the Opinions and Testimony of James E. Malackowski | Page i:7–10 Page 1:6–9, 12–15, 20 Page 2:7–10, 16–28 Page 3:1–28 Page 4:1–6 Page 7:3–28 Page 8:1–2, 4–15, 19–20, 26–27 Page 9:8–17 Page 10:1–7, 16–28 Page 11:1, 11–12, 14–24 Page 12:4–5, 16–28 Page 13:1–14, 17–28 Page 14:1–17, 19–20 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 169-1/ (168-4) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of James E. Malackowski | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 169-3/ (168-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of James E. Malackowski | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 169-4/ (168-8) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Exclude the Opinions and Testimony of James E. Malackowski | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| Dkt. No. 176 – GRANTED IN PART and DENIED IN PART | | | |
|---|---|---|---|
| Dkt. No. 177/ (176-4) | Defendant's Notice of Motion and Motion for Partial Summary Judgment | Page 2:16, 24–28 Page 3:6–14, 21–26 Page 4:1–2, 7–11 Page 5:11–26 Page 6:1–13 Page 7:2–18, 20 Page 8:8–12, 26–27 Page 9:1–2, 6–15 Page 12:28 Page 13:1, 5–8, 10–18 Page 14:5–9 Page 15:25–27 Page 16:21–22 Page 17:15–18 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information: <br>• Page 3:6–14, 21–26 <br>• Page 4:1–2, 7–11 <br>• Page 5:11–26 <br>• Page 6:1–13 <br>• Page 12:28 <br>• Page 13:1, 5–8, 10–18 <br>• Page 14:5–9 *See* Dkt. No. 182.) |
| Dkt. No. 177-16/ (176-12) | Declaration of Tara R. Rheault, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Page 2:3, 7, 10, 23, 25–26 Page 3:1–27 Page 4:1, 3–12 | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |
| Dkt. No. 177-17/ (176-13) | Exhibit 1 to the Declaration of Tara R. Rheault, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |
| Dkt. No. 177-18/ (176-14) | Exhibit 2 to the Declaration of Tara R. Rheault, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |
| Dkt. No. 177-2/ (176-6) | Declaration of Phil S. Baran, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Page 2:11–16, 18–27 Page 3:1, 11–18 Page 4:9–13 Page 5:5–23, 25–26 Appendix A, pp. 1–3, 9–11, 19 Appendix B in its entirety | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |

7

| Dkt. No. 177-6/ (Native Excel File) | Exhibit 4 to the Declaration of Phil S. Baran, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Entire document | **GRANTED** (Contains trade secrets, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |
|---|---|---|---|
| Dkt. No. 177-7/ (176-7) | Exhibit 5 to the Declaration of Phil S. Baran, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Entire document | **GRANTED** (Contains trade secrets, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |
| Dkt. No. 177-8/ (176-8) | Exhibit 6 to the Declaration of Phil S. Baran, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Entire document | **GRANTED** (Contains trade secrets, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |
| Dkt. No. 177-9/ (176-9) | Exhibit 7 to the Declaration of Phil S. Baran, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Entire document | **GRANTED** (Contains trade secrets, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 182.) |
| Dkt. No. 177-14/ (176-10) | Exhibit 12 to the Declaration of Phil S. Baran, PhD., In Support of Defendant's Motion for Partial Summary Judgment | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 177-20/ (176-15) | Exhibit 1 to the Declaration Of Thomas P. Steindler In Support Of Defendant's Motion For Partial Summary Judgment | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| Dkt. No. 177-22/ (176-16) | Exhibit 3 to the Declaration Of Thomas P. Steindler In Support Of Defendant's Motion For Partial Summary Judgment | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 178 – DENIED** | | | |
| Dkt. No. 179/ (178-4) | Defendant's Notice of Motion and Motion to Strike Portions of Expert Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Page i:12 Page 2:2–3, 5–6, 8, 9, 12–15, 18–19, 21 Page 5:10–12, 16–23 Page 6:8 Page 7:5, 7, 10, 15, 18–19, 20, 24 Page 8:3, 7, 11, 16, 20, 27–28 Page 9:1–2, 16 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 179-3/ (178-5) | Exhibit 1 to the Declaration of David Mlaver In Support Of Defendant's Motion To Strike Portions of Expert Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 179-7/ (178-7) | Exhibit 5 to the Declaration of David Mlaver In Support Of Defendant's Motion To Strike Portions of Expert Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Pages 12–15 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 179-9/ (178-8) | Exhibit 7 to the Declaration of David Mlaver In Support Of Defendant's Motion To Strike Portions of Expert Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 185 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 186/ (185-4) | Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | Page 4:8, 13 Page 5:13 Page 7:25 Page 10:7 Page 14:1–2, 5, 24–25 Page 15:6–21 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and |

| | | Page 16:12–13, 23–25<br>Page 17:15–16, 20–21<br>Page 18:15–18, 24–26<br>Page 19:8–9 | development information:<br>• Page 15:10–17<br>*See* Dkt. No. 190.) |
|---|---|---|---|
| Dkt. No. 186-3/ (185-5) | Exhibit 2 to the Declaration of Thomas P. Steindler In Support Of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 186-4/ (185-7) | Exhibit 3 to the Declaration of Thomas P. Steindler In Support Of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | ¶¶ 80–84, 86–87, 99–108 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information:<br>• ¶¶ 86, 104, 107, 108<br>*See* Dkt. No. 190.) |
| Dkt. No. 186-6/ (185-8) | Exhibit 5 to the Declaration of Thomas P. Steindler In Support Of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 186-8/ (185-9) | Exhibit 7 to the Declaration of Thomas P. Steindler In Support Of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | Entire document | **DENIED** (Defendant states, in conclusory fashion, that the documents "contain and refer to competitively sensitive documents the public disclosure of which would cause harm to Novartis." *See* Dkt. No. 185-1. This generic explanation is insufficient to establish good cause.) |
| Dkt. No. 186-9/ (185-10) | Exhibit 8 to the Declaration of Thomas P. Steindler In Support Of | Entire document | **GRANTED** (Contains proprietary pharmaceutical |

| | | | |
|---|---|---|---|
| | Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | | research and development information. *See* Dkt. No. 190.) |
| Dkt. No. 186-10/ (185-11) | Exhibit 9 to the Declaration of Thomas P. Steindler In Support Of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 190.) |
| Dkt. No. 186-11/ (185-12) | Exhibit 10 to the Declaration of Thomas P. Steindler In Support Of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 186-12/ (185-13) | Exhibit 11 to the Declaration of Thomas P. Steindler In Support Of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Of No Anticipation | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 187 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 188/ (187-4) | Defendant's Opposition To Plaintiff's Motion To Exclude The Opinions And Testimony Of James E. Malackowski | Page i:8–10 Page 1:7–8, 10, 15–16, 21 Page 2:19–27 Page 3:1–15, 18–19, 23, 25–26 Page 5:3–5, 8, 13, 16, 19–20, 23, 25–26 Page 6:5 Page 7:12–14, 16–19, 23 Page 8:7, 13–17, 19, 20, 22, 24–28 Page 9:3, 6–7 Page 10:5–7, 16–20, 25–28 Page 11:1–2, 27–28 | **DENIED** (Defendant states, in conclusory fashion, that the documents "contain and refer to competitively sensitive documents the public disclosure of which would cause harm to Novartis." *See* Dkt. No. 187-1. This generic explanation is insufficient to establish good cause.) |
| Dkt. No. 188-2/ (187-5) | Exhibit A to the Declaration of Tom Steindler in Support of Defendant's Opposition To Plaintiff's Motion To Exclude The Opinions And Testimony Of James | Entire document | **GRANTED IN PART** (Pages 12, 52–63 contain trade secrets and highly confidential licensing information. *See* Dkt. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| | E. Malackowski | | No. 191. As to the rest of the document, Defendant states, in conclusory fashion, that it "contain[s] and refer[s] to competitively sensitive" information. *See* Dkt. No. 187-1. This generic explanation is insufficient to establish good cause.) |
| Dkt. No. 188-3/ (187-6) | Exhibit B to the Declaration of Tom Steindler in Support of Defendant's Opposition To Plaintiff's Motion To Exclude The Opinions And Testimony Of James E. Malackowski | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 188-4/ (187-7) | Exhibit C to the Declaration of Tom Steindler in Support of Defendant's Opposition To Plaintiff's Motion To Exclude The Opinions And Testimony Of James E. Malackowski | Entire document | **DENIED** (Defendant states, in conclusory fashion, that the documents "contain and refer to competitively sensitive documents the public disclosure of which would cause harm to Novartis." *See* Dkt. No. 187-1. This generic explanation is insufficient to establish good cause.) |
| **Dkt. No. 193 – DENIED** | | | |
| Dkt. No. 194/ (193-4) | Plaintiff's Reply in Support of Its Motion to Exclude the Opinions and Testimony of James E. Malackowski | Page i:5–9 Page 1:5, 8–14, 17, 23–24 Page 2:9–11 Page 3:2, 27 Page 4:8–12, 21–25, 27–28 Page 5:1–2, 12–13, 15–16, 25–28 Page 6:1–2, 4–9, 14–17, 23–26 Page 8:3–13 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | Page 9:9–10 | |
|---|---|---|---|
| **Dkt. No. 196 – DENIED** | | | |
| Dkt. No. 197/ (196-4) | Plaintiff's Reply in Support of Its Motion to Exclude Certain Opinions and Testimony of Novartis's Technical Experts | Page 3:3–14 Page 5:6–8, 24–28 Page 6:1–18 Page 7:2–6 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 199 – DENIED** | | | |
| Dkt. No 200/ (199-4) | Defendant's Notice of Motion and Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D. | Page 2:14, 22–28 Page 3:1–12, 14–26 Page 4:1–10 Page 5:23 Page 6:7–8, 11–13, 17–21, 24–25, 27–28 Page 7:5–6, 8–11, 14–28 Page 8:1–6, 16–17, 20–26 Page 9:3–6, 9, 10–13, 16–19, 21, 22–24, 26–27 Page 10:1–11, 20–24 Page 11:6–8 Page 12:20, 24 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 200-1/ (199-6) | Declaration of Phil S. Baran, Ph.D. In Support Of Defendant's Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D. | ¶¶ 17–28, 30–35, 37–45, 47, 49, 58, 59 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 200-5/ (199-7) | Exhibit 3 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 200-6/ (199-8) | Exhibit 4 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 200-7/ (199-9) | Exhibit 5 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Michael L. Metzker, | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| | Ph.D. | | |
| Dkt. No. 200-8/ (199-10) | Exhibit 6 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 200-9/ (199-11) | Exhibit 7 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 200-10/ (199-12) | Exhibit 8 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Michael L. Metzker, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 201 – DENIED** | | | |
| Dkt. No. 202/ (201-4) | Defendant's Notice of Motion and Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 1:22–28 Page 2:1–16, 18–28 Page 3:1–13 Page 5:5–12, 15–24 Page 6, lines 15-28 Page 7, lines 1-3, 6-11 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 202-2/ (201-5) | Exhibit 1 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 202-3/ (201-6) | Exhibit 2 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 203 – DENIED** | | | |
| Dkt. No. 204/ (203-4) | Defendant's Notice of Motion and Motion to Preclude Certain Testimony of Dr. Susana | Page 1:20–25 Page 2:1, 4–25 Page 3:1–5 Page 7:21–23, 25–28 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | Ortiz-Urda Under *Daubert* | Page 8:1 | |
|---|---|---|---|---|
| Dkt. No. 204-2/ (203-5) | Exhibit 1 to the Declaration of Tom Steindler in Support of Defendant's Motion to Preclude Certain Testimony of Dr. Susana Ortiz-Urda Under *Daubert* | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 204-3/ (203-6) | Exhibit 2 to the Declaration of Tom Steindler in Support of Defendant's Motion to Preclude Certain Testimony of Dr. Susana Ortiz-Urda Under *Daubert* | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 205 – DENIED** | | | |
| Dkt. No. 206/ (205-4) | Defendant's Notice of Motion and Motion to Exclude Expert Testimony of Ted Sweeney | Page 2:6–7, 21 Page 6:2–5, 18–20 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 206-2/ (205-5) | Exhibit 1 to the Declaration of Tom Steindler in Support of Defendant's Motion to Exclude Expert Testimony of Ted Sweeney | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 207 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 208/ (207-4) | Plaintiff's Opposition to Defendant's Motion to Strike Portions of Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Page 1:3–4, 6 Page 3:2–3, 22, 24 Page 4:4–5, 28 Page 5:2–4 Page 9:13–14, 16 | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 221.) |
| Dkt. No. 208-1/ (207-6) | Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Strike Portions of Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Page 2:3–4 | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 221.) |
| Dkt. No. 208-5/ (207-8) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Strike Portions of Report | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. |

| | | | |
|---|---|---|---|
| | of Plaintiff's Expert Michael L. Metzker, Ph.D. | | No. 221.) |
| Dkt. No. 208-10/ (207-10) | Exhibit 9 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Strike Portions of Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Page 11:10–11, 14–16, 18–21 Page 14:27–28 Page 15:3–9 | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 221.) |
| Dkt. No. 208-14/ (207-12) | Exhibit 13 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Strike Portions of Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Entire document | **GRANTED** (Contains trade secrets, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 221.) |
| Dkt. No. 208-15/ (207-14) | Exhibit 14 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Strike Portions of Report of Plaintiff's Expert Michael L. Metzker, Ph.D. | Page 10:13–16, 26 Page 31:11–17 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 209 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 210/ (209-4) | Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Page i:8–9 Page 2:7–9 Page 5:17–28 Page 6:1, 3–10, 18–22, 24–28 Page 7:1–2, 4 Page 8:6–13, 18–20 Page 9:3–4, 6–7, 9–10 Page 14:15–17 Page 15:4–5, 7–9, 11, 13–14 Page 17:4–11, 26–27 Page 21:23–25 Page 22:1–2 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information: <br>• Page 6:5–10, 12–22, 24–28 <br>• Page 7:1–2, 4 <br>*See* Dkt. No. 223.) |
| Dkt. No. 210-6/ (209-6) | Exhibit 5 to the Declaration of Laura E. Miller in Support of | Entire document | **GRANTED** (Contains proprietary pharmaceutical |

| | Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | | research and development information. *See* Dkt. No. 223.) |
|---|---|---|---|
| Dkt. No. 210-7/ (209-8) | Exhibit 6 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 223.) |
| Dkt. No. 210-8/ (209-10) | Exhibit 7 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 223.) |
| Dkt. No. 210-9/ (209-12) | Exhibit 8 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 223.) |
| Dkt. No. 210-10/ (209-14) | Exhibit 9 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 210-11/ (209-16) | Exhibit 10 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 210-12/ (209-18) | Exhibit 11 to the Declaration of Laura E. Miller in Support of | Entire document | **DENIED** (No supporting declaration filed. *See* |

| | | | |
|---|---|---|---|
| | Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | | Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 210-13/ (209-20) | Exhibit 12 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 210-14/ (209-22) | Exhibit 13 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis Pharmaceuticals Corporation's Motion for Judgment on the Pleadings | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 211 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 212/ (211-4) | Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | Page i:11–13 Page 1:3–5, 17, 19–21, 23, 28 Page 8:2, 4, 28 Page 9:1–4, 7, 24–28 Page 10:1, 7–13, 22–24, 26–28 Page 11:4, 7–9 Page 15:19 Page 16:12–13 Page 17:10–12 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information: <ul><li>Page i:11–13</li><li>Page 1:3–5, 17, 23, 28</li><li>Page 8:2, 4, 28</li><li>Page 9:1–4, 24–28</li><li>Page 10:1, 7–13, 22–24, 26–28</li><li>Page 11:4, 7–9</li><li>Page 15:19</li><li>Page 16:12–13</li></ul> *See* Dkt. No. 222.) |
| Dkt. No. 213-1/ (211-6) | Exhibit A to the Declaration of Michael L. Metzker in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary | Page 42:1–25 Page 43:1–6 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

18

| | | | |
|---|---|---|---|
| | Judgment | | |
| Dkt. No. 213-2/ (211-8) | Exhibit B to the Declaration of Michael L. Metzker in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | Page 10:15–16, 26 Page 15:10–22, 14–16, 18–20, 26–27 Page 16:1, 18–20, 23–24 Page 27:17 Page 31:11–19 Page 46:20–21 Page 62:1, 3, 6–12, 14–15, 26 Page 63:1–4, 7–8, 26 Page 64:9–11 Page 65:2, 7–9, 11–12, 14, 18, 20–22 Page 66:23–26 Page 67:1–2, 4, 6–24 Page 106:1–3, 5, 11–12, 15–18 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information:<br>• Page 62:1, 3, 6–12, 14–15, 26<br>• Page 63:1–4<br>• Page 65:18<br>• Page 66:23–26<br>• Page 67:1–2, 4, 6–24<br>• Page 106:1–3. *See* Dkt. No. 222.) |
| Dkt. No. 212-13/ (211-10) | Exhibit 12 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 212-20/ (211-12) | Exhibit 19 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 214-1/ (211-14) | Exhibit A to the Declaration of Jeffrey Winkler in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 224 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 325/ (224-4) | Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 1:17–18 Page 4:6–7 Page 5:1 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 325-2/ (224-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of | Page 31, ¶¶ 62–63 Page 32, ¶¶ 63–65 Page 33, ¶¶ 65–66, n.88 | **GRANTED IN PART** (The following |

| | | | |
|---|---|---|---|
| | Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 34, ¶ 68<br>Page 35, ¶ 69, n.93, 95<br>Page 36, ¶ 70<br>Page 37, ¶ 72<br>Page 38, ¶¶ 72–73, n.102, 104<br>Page 39, ¶¶ 73–74, n.107<br>Page 40, n.110<br>Page 44, ¶ 81<br>Page 72, ¶¶ 124–125<br>Page 73, ¶ 125<br>Page 74, ¶ 128, n.219<br>Page 75, ¶¶ 128–129<br>Page 76, ¶¶ 131–132, n.222<br>Page 77, ¶¶ 132–135<br>Page 81, ¶ 147 | contains proprietary pharmaceutical research and development information:<br>• Page 44, ¶ 81<br>• Page 71–72, ¶ 124<br>• Page 76, n.222<br>• Page 77, ¶¶ 133, 135<br>*See* Dkt. No. 237.) |
| Dkt. No. 325-3/ (224-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 45, n.133<br>Page 46, ¶ 74 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 226 – DENIED** | | | |
| Dkt. No. 227/ (226-4) | Plaintiff's Opposition to Defendant's Motion to Preclude Certain Testimony of Dr. Susana Ortiz-Urda Under *Daubert* | Page 3:7–13, 16–21<br>Page 5:14–15, 21–24<br>Page 6:22–27<br>Page 9:8–10 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 227-2/ (226-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Preclude Certain Testimony of Dr. Susana Ortiz-Urda Under *Daubert* | Page 9, ¶ 20<br>Page 22, ¶ 50<br>Page 25, n.52<br>Page 26, ¶ 59, n.54<br>Page 27, ¶¶ 60, 61<br>Page 28, ¶ 63, n.61<br>Page 29, ¶ 66 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 227-3/ (226-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Preclude Certain Testimony of Dr. Susana Ortiz-Urda Under *Daubert* | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| Dkt. No. 231 – DENIED | | | |
|---|---|---|---|
| Dkt. No. 233/ (231-4) | Defendant's Reply in Support of Motion for Partial Summary Judgment | Page 1:15–17<br>Page 2:6–7<br>Page 3:4–5<br>Page 6:5–8, 12–13, 21, 23–24 27–28<br>Page 7:1–4, 8 13, 16, 26–28<br>Page 11:20–28<br>Page 12:8<br>Page 13:20–23<br>Page 15:8–10, 13–14, 17 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 233-2/ (231-6) | Exhibit A to the Declaration of Thomas Steindler in Support of Reply in Support of Motion for Partial Summary Judgment | Pages 12–15 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 233-3/ (231-7) | Exhibit B to the Declaration of Thomas Steindler in Support of Reply in Support of Motion for Partial Summary Judgment | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 233-4/ (231-8) | Exhibit C to the Declaration of Thomas Steindler in Support of Reply in Support of Motion for Partial Summary Judgment | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 233-5/ (231-9) | Exhibit D to the Declaration of Thomas Steindler in Support of Reply in Support of Motion for Partial Summary Judgment | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 233-6/ (231-10) | Exhibit E to the Declaration of Thomas Steindler in Support of Reply in Support of Motion for Partial Summary Judgment | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 232 – DENIED | | | |
| Dkt. No. 234/ (232-4) | Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Ted Sweeney | Page 3:25–28<br>Page 4:1–2, 5–20<br>Page 6:7<br>Page 7:24–25<br>Page 8:11–14, 23, 28 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | Page 9:15, 28<br>Page 11:21, 27–28<br>Page 12:17, 28<br>Page 13:5–7, 12–13, 26 | |
|---|---|---|---|
| Dkt. No. 234-3/<br>(232-6) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Ted Sweeney | Page 13:12–13, 15–26<br>Page 14:5, 7–17<br>Page 23:22–23<br>Page 24:7–12<br>Page 25:16–27<br>Page 26:1–10, 12–14 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 234-5/<br>(232-8) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Ted Sweeney | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 234-6/<br>(232-10) | Exhibit 5 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Ted Sweeney | Page 1:19–21, 23–26, 28<br>Page 2:1–3, 6–7, 12–16, 27–28<br>Page 3:1–3, 11–12<br>Page 4:3, 5<br>Page 5:17–18<br>Page 6:15–16<br>Page 7:19–27<br>Page 8:1–2, 10–15 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 235 – DENIED** | | | |
| Dkt. No. 236/<br>(235-4) | Plaintiff's Motion to Strike Defendant's *Daubert* Motions Filed June 6, 2019 | Page 4:27–28<br>Page 5:1 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 236-2/<br>(235-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Strike Defendant's *Daubert* Motions Filed June 6, 2019 | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 236-3/<br>(235-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion to Strike Defendant's *Daubert* Motions Filed June 6, 2019 | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 242 – GRANTED** | | | |
| Dkt. No. 242-3/ | Exhibit 5 to the | Entire document | **GRANTED** |

| | | | |
|---|---|---|---|
| (Native Excel File) | Declaration of Tom Steindler in Support of Defendant's Reply in Support of Motion to Preclude Certain Testimony of Dr. Susana Ortiz-Urda Under *Daubert* | | (Contains licensing and proprietary pharmaceutical research and development information. *See* Dkt. No. 242.) |
| **Dkt. No. 258 – DENIED** | | | |
| Dkt. No. 259/ (258-4) | Plaintiff's Motion In Limine No. 1 Excluding Undisclosed Validity Challenges | Page 1:24–28 Page 2:1–3, 15–18 Page 3:1–3 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 259-2/ (258-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion in Limine No. 1 Excluding Undisclosed Validity Challenges | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 259-3/ (258-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Motion in Limine No. 1 Excluding Undisclosed Validity Challenges | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 261 – DENIED** | | | |
| Dkt. No. 262/ (261-4) | Plaintiff's Motion In Limine No. 3 Re: Cumulative Expert Testimony | Page 1:8–9 Page 2:2–22 Page 3:2–3 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 262-2/ (261-6) | Exhibit 1 of the Declaration Of Laura E. Miller In Support Of Plaintiff's Motion In Limine No. 3 Re: Cumulative Expert Testimony | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 262-3/ (261-8) | Exhibit 2 of the Declaration Of Laura E. Miller In Support Of Plaintiff's Motion In Limine No. 3 Re: Cumulative Expert Testimony | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 262-4/ (261-10) | Exhibit 3 of the Declaration Of Laura E. Miller In Support Of | Entire document | **DENIED** (No supporting declaration filed. *See* |

| | Plaintiff's Motion In Limine No. 3 Re: Cumulative Expert Testimony | | Civ. L.R. 79-5(e)(1).) |
|---|---|---|---|
| Dkt. No. 262-5/ (261-12) | Exhibit 4 of the Declaration Of Laura E. Miller In Support Of Plaintiff's Motion In Limine No. 3 Re: Cumulative Expert Testimony | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 262-6/ (261-14) | Exhibit 5 of the Declaration Of Laura E. Miller In Support Of Plaintiff's Motion In Limine No. 3 Re: Cumulative Expert Testimony | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 263 – DENIED** | | | |
| Dkt. No. 264/ (263-4) | Plaintiff's Motion In Limine No. 4 re: Excluding Withheld Evidence | Page 2:25–28 Page 3:1–3 Page 3:7–9 Page 4:28 Page 5:1 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 264-1/ (263-6) | Declaration of Laura E. Miller In Support of Plaintiff's Motion In Limine No. 4 re: Excluding Withheld Evidence | Page 1:17–19 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 264-6/ (263-8) | Exhibit 5 to the Declaration of Laura E. Miller In Support of Plaintiff's Motion In Limine No. 4 re: Excluding Withheld Evidence | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 264-7/ (263-10) | Exhibit 6 to the Declaration of Laura E. Miller In Support of Plaintiff's Motion In Limine No. 4 re: Excluding Withheld Evidence | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 265 – GRANTED** | | | |
| Dkt. No. 266/ (265-4) | Plaintiff's Motion in Limine No. 5 re: Excluding Hidden | Page 1:20–25 Page 2:2–3, 7–9 | **GRANTED** (Contains proprietary pharmaceutical |

| | | | |
|---|---|---|---|
| | Hearsay Testimony | | research and development information. *See* Dkt. No. 274.) |
| Dkt. No. 266-2/ (265-6) | Exhibit 1 to the Declaration of Laura E. Miller in support of Plaintiff's Motion in Limine No. 5 re: Excluding Hidden Hearsay Testimony | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 274.) |
| **Dkt. No. 267 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 273-5/ (267-5) | Exhibit E to the Declaration of Thomas P. Steindler In Support of Novartis's Motions in Limine | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 267-1.) |
| Dkt. No. 273-6/ (267-7) | Exhibit F to the Declaration of Thomas P. Steindler In Support of Novartis's Motions in Limine | Page i:11–13 Page 1:3–5, 17, 19–21, 23, 28 Page 8:2, 4, 28 Page 9:1–4, 7, 24–28 Page 10:1, 7–13, 22–24, 26–28 Page 11:4, 7–9 Page 15:19 Page 16:12–13 Page 17:10–12 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information: <br>• Page i:11–13 <br>• Page 1:3–5, 17, 23, 28 <br>• Page 8:2, 4, 28 <br>• Page 9:1–4, 24–28 <br>• Page 10:1, 7–13, 22–24, 26–28 <br>• Page 11:4, 7–9 <br>• Page 15:19 <br>• Page 16:12–13 <br>*See* Dkt. No. 222.) |
| Dkt. No. 273-7/ (267-9) | Exhibit G to the Declaration of Thomas P. Steindler In Support of Novartis's Motions in Limine | Page i:8–9 Page 2:7–9 Page 5:17–28 Page 6:1, 3–10, 18–22, 24–28 Page 7:1–2, 4 Page 8:6–13, 18–20 Page 9:3–4, 6–7, 9–10 Page 14:15–17 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information: <br>• Page 6:5–10, 12– |

| | | | |
|---|---|---|---|
| | | Page 15:4–5, 7–9, 11, 13–14<br>Page 17:4–11, 26–27<br>Page 21:23–25<br>Page 22:1–2 | 22, 24–28<br>• Page 7:1–2, 4<br>*See* Dkt. No. 223.) |
| Dkt. No. 273-11/ (267-10) | Exhibit K to the Declaration of Thomas P. Steindler In Support of Novartis's Motions in Limine | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 272/ (267-4) | Novartis's Motion in Limine No. 5 re: Evidence or Argument Suggesting Damages Should Be Awarded for Any Period After December 2018 | Page 1:12–26<br>Page 2:25–26 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 282 – DENIED** | | | |
| Dkt. No. 283/ (282-4) | Opposition To Plexxikon's Motion in Limine No. 1 re: Excluding Undisclosed Validity Challenges | Page 2:12–13, 19–20, 23–24<br>Page 3:5–8 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 285 – DENIED** | | | |
| Dkt. No. 286-2/ (285-4) | Exhibit A to the Declaration of Thomas P. Steindler In Support of Opposition To Plexxikon's Motion in Limine No. 3 re: Cumulative Expert Testimony | ¶¶ 3, 7, 17, 21, 25, 26, 28–31, 75–78, 115–122, 126, 127 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 286-7/ (285-6) | Exhibit F to the Declaration of Thomas P. Steindler In Support of Opposition To Plexxikon's Motion in Limine No. 3 re: Cumulative Expert Testimony | ¶ 3 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 286-9/ (285-8) | Exhibit H to the Declaration of Thomas P. Steindler In Support of Opposition To Plexxikon's Motion in Limine No. 3 re: Cumulative Expert Testimony | ¶¶ 61–65 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| Dkt. No. 286-10/ (285-10) | Exhibit I to the Declaration of Thomas P. Steindler In Support of Opposition To Plexxikon's Motion in Limine No. 3 re: Cumulative Expert Testimony | ¶¶ 57–59, 77–80 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 287 – DENIED** | | | |
| Dkt. No. 288-3/ (287-3) | Exhibit B to the Declaration of Thomas P. Steindler In Support Of Novartis's Opposition to Plexxikon's Motion in Limine No. 4 re: Excluding Withheld Evidence | Entire document | **DENIED** (Defendant states, in conclusory fashion, that the document "contain[s] and refer[s] to competitively sensitive documents the public disclosure of which would cause harm to Novartis." *See* Dkt. No. 287-1. This generic explanation is insufficient to establish good cause.) |
| Dkt. No. 288-4/ (287-4) | Exhibit C to the Declaration of Thomas P. Steindler In Support Of Novartis's Opposition to Plexxikon's Motion *in Limine* No. 4 re: Excluding Withheld Evidence | Entire document | **DENIED** (Defendant states, in conclusory fashion, that the document "contain[s] and refer[s] to competitively sensitive documents the public disclosure of which would cause harm to Novartis." *See* Dkt. No. 287-1. This generic explanation is insufficient to establish good cause.) |
| **Dkt. No. 289 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 290/ (289-4) | Opposition To Plexxikon's Motion in Limine No. 5 re: Excluding Hidden Hearsay Testimony | Page 1:21–23; Page 2:20–25; Page 3:1–8; Page 5:3 | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. |

| | | | No. 301.) |
|---|---|---|---|
| Dkt. No. 290-2/ (289-5) | Exhibit A to the Declaration of Thomas P. Steindler In Support of Opposition To Plexxikon's Motion in Limine No. 5 re: Excluding Hidden Hearsay Testimony | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 291 – DENIED** | | | |
| Dkt. No. 292/ (291-3) | Plaintiff's Opposition to Novartis's Motion in Limine No. 1 Re: PTAB Proceedings | Page 2:7–10 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 292-6/ (291-5) | Exhibit 5 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 1 Re: PTAB Proceedings | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 292-8/ (291-7) | Exhibit 7 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 1 Re: PTAB Proceedings | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 292-9/ (291-9) | Exhibit 8 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 1 Re: PTAB Proceedings | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 293 – DENIED** | | | |
| Dkt. No. 294/ (293-3) | Plaintiff's Opposition to Novartis's Motion in Limine No. 2 re: Unasserted Patents as Evidence of the Validity of the Asserted Patents | Page 2:3–5, 11–16 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 294-3/ (293-5) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 2 re: | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| | Unasserted Patents as Evidence of the Validity of the Asserted Patents | | |
| Dkt. No. 294-5/ (293-7) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 2 re: Unasserted Patents as Evidence of the Validity of the Asserted Patents | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 295 – DENIED** | | | |
| Dkt. No. 296-2/ (295-3) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 3 re: Evidence or Argument Mischaracterizing or Having a Tendency to Mislead as to the Scope of Plexxikon's Patent Rights | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 296-3/ (295-5) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 3 re: Evidence or Argument Mischaracterizing or Having a Tendency to Mislead as to the Scope of Plexxikon's Patent Rights | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 297 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 326/ (297-4) | Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | Page 1:19–24 Page 2:9, 17–28 Page 3:1–5, 8–20 | **GRANTED** (Contains licensing negotiation, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 302.) |
| Dkt. No. 326-2/ (297-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of | Entire document | **GRANTED** (Contains proprietary pharmaceutical |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| | Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | | research and development information. *See* Dkt. No. 302.) |
| Dkt. No. 326-3/ (297-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | Entire document | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 302.) |
| Dkt. No. 316/ (297-10) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | Entire document | **GRANTED** (Contains licensing negotiation, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 302.) |
| Dkt. No. 298-5/ (297-12) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | Entire document | **GRANTED** (Contains licensing negotiation, as well as proprietary pharmaceutical research and development information. *See* Dkt. No. 302.) |
| Dkt. No. 298-6/ (297-14) | Exhibit 5 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 298-7/ (297-16) | Exhibit 6 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 298-8/ (297-18) | Exhibit 7 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| | Limine No. 4 Re: Alleged Copying | | |
| **Dkt. No. 299 – DENIED** | | | |
| Dkt. No. 327-4/ (299-4) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 327-5/ (299-6) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 306 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 307/ (306-4) | Defendant's Notice of Motion and Motion to Strike Second Supplemental Report of Plaintiff's Expert Gregory K. Leonard, Ph.D. | Page:2:25–28 Page 6:25–26 Page 8:11 Page 9:10, 17–26 Page 10:1–14, 24–28 Page 11:1–14, 16–18 Page 13:4–10 Page 14:22–23 Page 15:1–9, 17–20 Page 16:4, 7–11, 20–22, 24–27 Page 17:1–8 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 307-2/ (306-5) | Exhibit 1 to the Declaration of Thomas P. Steindler In Support Of Defendant's Motion To Strike Second Supplemental Report of Plaintiff's Expert Gregory K. Leonard, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 307-3/ (306-7) | Exhibit 2 to the Declaration of Thomas P. | ¶ 59, & n.75 Figure 4 | **GRANTED** (Contains licensing |

31

| | | | |
|---|---|---|---|
| | Steindler In Support Of Defendant's Motion To Strike Second Supplemental Report of Plaintiff's Expert Gregory K. Leonard, Ph.D. | ¶¶ 75–77, & n.112, 115, 117<br>¶ 79, & n.118<br>¶¶ 112–114, & n.194<br>Exhibit 3 (pages 1 and 2) | negotiation terms. *See* Dkt. No. 312.) |
| Dkt. No. 307-4/ (306-8) | Exhibit 3 to the Declaration of Thomas P. Steindler In Support Of Defendant's Motion To Strike Second Supplemental Report of Plaintiff's Expert Gregory K. Leonard, Ph.D. | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 314 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 325/ (314-5) | Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 3:16–22, 23–24, 26 | **GRANTED** (Contains trade secrets and licensing negotiation terms. *See* Dkt. No. 314.) |
| Dkt. No. 325/ (314-5) | Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 1:17–18<br>Page 2:3–13<br>Page 4:6–7<br>Page 5:1 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 325-2/ (314-7) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 29, ¶ 59<br>Page 40, ¶ 79<br>Page 41, n.112<br>Page 42, n.117, 118<br>Page 44, ¶ 83<br>Page 45, ¶¶ 83–85<br>Page 46, ¶¶ 85–86, n.132–134<br>Page 47, ¶¶ 86–88, n.135<br>Page 48, ¶¶ 88–89, n.139–140<br>Page 58, ¶¶ 102, 104<br>Page 59, ¶ 104<br>Page 60, ¶¶ 106–107<br>Page 61, ¶¶ 107–109, n.185<br>Page 62, ¶¶ 109–110, n.188<br>Page 65, ¶¶ 113–114, n.194<br>Page 66, ¶ 114<br>Page 81, ¶ 144, n.231 | **GRANTED** (Contains trade secrets and licensing negotiation terms. *See* Dkt. No. 314.) |

| Dkt. No. 325-2/ (314-7) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Expert Testimony of Gregory K. Leonard, Ph.D. | Page 28, ¶ 57<br>Page 29, ¶ 60<br>Page 30, Figure 4<br>Page 31, ¶¶ 62–63<br>Page 32, ¶¶ 63–65<br>Page 33, ¶¶ 65–66, n.88<br>Page 34, ¶ 68<br>Page 35, ¶¶ 68–69, n.93, 95<br>Page 36, ¶ 70<br>Page 37, ¶ 72<br>Page 38, ¶¶ 72–73, n.102, 104<br>Page 39, ¶¶ 73–74, n.107<br>Page 40, n.110<br>Page 44, ¶ 81<br>Page 68, ¶¶ 117–118<br>Page 69, ¶¶ 119–120<br>Page 70, ¶¶ 120–121<br>Page 71, ¶¶ 122–123<br>Page 72, ¶¶ 124–125<br>Page 73, ¶¶ 126–127<br>Page 74, ¶¶ 127–128, n.219<br>Page 75, ¶¶ 128–131<br>Page 76, ¶¶ 131–132, n.222<br>Page 77, ¶¶ 132–135 | **GRANTED IN PART**<br>(The following contains proprietary pharmaceutical research and development information:<br>• Page 44, ¶ 81<br>• Page 68, ¶¶ 117–118<br>• Page 69, ¶¶ 119–120<br>• Page 70, ¶¶ 120–121<br>• Page 71, ¶¶ 122–123<br>• Page 72, ¶¶ 124–125<br>• Page 73, ¶¶ 126–127<br>• Page 74, ¶¶ 127–128, n.219<br>• Page 75, ¶¶ 128–131<br>• Page 76, ¶¶ 131–132, n.222<br>• Page 77, ¶¶ 132–135<br>*See* Dkt. No. 330.) |
| Dkt. No. 316/ (314-9) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 4 Re: Alleged Copying | Page 44, ¶ 83 | **GRANTED**<br>(Contains trade secret and licensing negotiation terms. *See* Dkt. No. 314.) |
| Dkt. No. 327-2/ (314-11) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plexxikon's Opposition to Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | Page 2:20–27<br>Page 3:1–28<br>Page 4:1–2, 4–27<br>Page 5:8–9 | **GRANTED**<br>(Contains trade secret and licensing negotiation terms. *See* Dkt. No. 314.) |

| Dkt. No. 327-3/ (314-13) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plexxikon's Opposition to Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | Page 14:8–10 | **GRANTED** (Contains trade secret and licensing negotiation terms. *See* Dkt. No. 314.) |
|---|---|---|---|
| Dkt. No. 327-4/ (314-15) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | Page 65, ¶ 113 Page 66, ¶ 114 | **GRANTED** (Contains trade secret and licensing negotiation terms. *See* Dkt. No. 314.) |
| Dkt. No. 327-4/ (314-15) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | Page 27, ¶ 56 Page 27–28, ¶ 57 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 327-5/ (314-17) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | Exhibits 2a, 2b, 3, and 4 | **GRANTED** (Contains trade secret and licensing negotiation terms. *See* Dkt. No. 314.) |
| Dkt. No. 327-5/ (314-17) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to | Page 1–2, ¶ 4 Exhibits 5a, 5b, 5c, and 6 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| | Novartis's Motion in Limine No. 5 Re: Evidence or Argument Suggesting Damages Should be Awarded for Any Period After December 2018 | | |
| Dkt. No. 319/ (314-19) | Exhibit 4 to the Declaration of Thomas P. Steindler in Support of Defendant's Motion to Strike Second Supplemental Report of Plaintiff's Expert Gregory K. Leonard, Ph.D. | Page 2:20–27 Page 3:1–28 Page 4:1–2, 4–27 Page 5:8–9 | **GRANTED** (Contains trade secret and licensing negotiation terms. *See* Dkt. No. 314.) |
| Dkt. No. 319/ (314-19) | Exhibit 4 to the Declaration of Thomas P. Steindler in Support of Defendant's Motion to Strike Second Supplemental Report of Plaintiff's Expert Gregory K. Leonard, Ph.D. | Page 6:2–3 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 332 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 333/ (332-4) | Plaintiff's Opposition to Novartis's Motion to Strike the Second Supplemental Report of Dr. Gregory K. Leonard | Page 6:26–27 Page 16:20–21 | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 333-4/ (332-6) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion to Strike the Second Supplemental Report of Dr. Gregory K. Leonard | Page 2:20–27 Pages 3–4 Page 5:8–9 | **GRANTED** (Contains trade secret and licensing negotiation terms. *See* Dkt. No. 332.) |
| Dkt. No. 333-5/ (332-8) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion to Strike the Second Supplemental Report of Dr. Gregory K. Leonard | Page 14:8–10 | **GRANTED** (Contains trade secret and licensing negotiation terms. *See* Dkt. No. 332.) |
| Dkt. No. 333-6/ (332-10) | Exhibit 5 to the Declaration of Laura E. Miller in Support of | Pages 23–24, ¶ 51, n.55 Page 25, ¶ 53, n.63–64 Pages 27–28, ¶¶ 56–57, | **GRANTED IN PART** (The following |

| | | | |
|---|---|---|---|
| | Plaintiff's Opposition to Novartis's Motion to Strike the Second Supplemental Report of Dr. Gregory K. Leonard | n.72<br>Pages 34–36, ¶¶ 68–70, n.93, 95<br>Pages 37–38, ¶¶ 72–73, n.102, 104 | contains proprietary pharmaceutical research and development information:<br>• Page 25, ¶ 53, n.63–64<br>• Pages 27–28, ¶ 57, n.72<br>*See* Dkt. No. 334.) |
| Dkt. No. 333-6/ (332-10) | Exhibit 5 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion to Strike the Second Supplemental Report of Dr. Gregory K. Leonard | Page 41, ¶ 76, n.112<br>Page 42, n.117–118<br>Page 58, ¶¶ 102, 104<br>Page 61–62, ¶¶ 107–110, n.185<br>Page 65–66, ¶¶ 113–114, n.194<br>Page 85, ¶ 153<br>Exhibit 3 (pages 1 and 2) | **GRANTED**<br>(Contains trade secret and licensing negotiation terms. *See* Dkt. No. 332.) |
| Dkt. No. 333-7/ (332-12) | Exhibit 6 to the Declaration of Laura E. Miller in Support of Plaintiff's Opposition to Novartis's Motion to Strike the Second Supplemental Report of Dr. Gregory K. Leonard | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 363 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 364/ (363-4) | Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 2 | Page 1:14–15, 20–23<br>Page 8:13–17<br>Page 9:1–2 | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 364-2/ (363-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 2 | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 364-3/ (363-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 2 | Entire document | **DENIED**<br>(No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 364-5/ (363-10) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof | Entire document | **GRANTED**<br>(Contains proprietary manufacturing information. *See* Dkt. |

| | | | |
|---|---|---|---|
| | Re: Novartis's Motion in Limine No. 2 | | No. 370.) |
| Dkt. No. 364-7/ (363-12) | Exhibit 6 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 2 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 364-10/ (363-14) | Exhibit 9 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 2 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 366 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 367/ (366-5) | Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 3 | Page 16:10 | **GRANTED** (Contains confidential sales information. *See* Dkt. No. 366.) |
| Dkt. No. 367/ (366-5) | Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 3 | Page 6:3–11 Page 11:7–28 Page 12:1–18 Page 13:1–14 Page 14:6–18 Page 16:3, 21–22 Page 19:18–19, 27 Page 21:13–20 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information: <br> • Page 11:7–28 <br> • Page 12:1–18 <br> • Page 13:1–14 <br> *See* Dkt. No. 371.) |
| Dkt. No. 367-2/ (366-7) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 3 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 367-3/ (366-9) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 3 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 367-4/ (366-11) | Exhibit 3 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| | Re: Novartis's Motion in Limine No. 3 | | |
| Dkt. No. 367-5/ (366-13) | Exhibit 4 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 3 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 368 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 369/ (368-4) | Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 4 | Page 1:9–10 Page 2:6–9 Page 3:16–20, 22–25 Page 4:2–7, 11–12, 27–28 Page 5:1, 7–9, 12–16, 17–27 Page 6:3–6, 12–14, 16–28 Page 7:1, 4–24, 26–28 Page 8:1–5, 13–16 Page 9:4, 11–16, 18–28 Page 10:1, 9–13 Page 11:1–4, 6–16 Page 12:15–24 Page 13:1, 4–6, 8–14, 17–20, 23–24, 28 Page 14:1–5 | **GRANTED IN PART** (The following contains proprietary pharmaceutical research and development information: <br>• Page 1:9–10 <br>• Page 2:6–9 <br>• Page 3:16–20, 22–25 <br>• Page 4:2–7, 11–12, 27–28 <br>• Page 5:1, 7–9, 12–27 <br>• Page 6:4–7, 13–15, 17–28 <br>• Page 7:1–2, 5–25, 27–28 <br>• Page 8:1–6, 15–17; <br>• Page 9:20–25, 27–28 <br>• Page 10:1–10, 18–22 <br>• Page 12:26–28 <br>• Page 13:1–8, 11–13 <br>• Page 14:2–3, 11–15 <br>• Page 15:6, 14, 19 *See* Dkt. No. 372.) |
| Dkt. No. 369-2/ (368-6) | Exhibit 1 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| | Re: Novartis's Motion in Limine No. 4 | | |
| Dkt. No. 369-3/ (368-8) | Exhibit 2 to the Declaration of Laura E. Miller in Support of Plaintiff's Offer of Proof Re: Novartis's Motion in Limine No. 4 | Entire document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 374 – GRANTED** | | | |
| Dkt. No. 375/ (374-4) | Offer of Proof Relating to Plaintiff's Motion in Limine No. 1 | Page 10:3–27 Page 11:1–21 Page 12:19–21 Page 13:3–18, 21–27 Page 14:1–6, 8–9, 11–20, 22–27 Page 15:1, 3–4, 6–8 Page 21:22–23 Page 22:1–12, 14–26 Page 23:3–4, 7, 9, 21–22, 24–26 Page 24:3, 5, 10, 19–22, 24–26 Page 25:1, 15–25 Page 26:2–6, 8–25 Page 27:1–4, 6–22, 26–28 Page 35:11–27 Page 36:1–26 Page 37:1–13 Page 50:23 Page 51:1–6, 18–20 | **GRANTED** (Contains proprietary pharmaceutical research and development information. *See* Dkt. No. 377.) |

## III. CONCLUSION

The Court **GRANTS IN PART** and **DENIES IN PART** the parties' administrative motions to file under seal. Pursuant to Civil Local Rule 79-5(f)(1), documents filed under seal as to which the administrative motions are granted will remain under seal. The Court **DIRECTS** the parties to file public versions of all documents for which the proposed sealing has been denied, as indicated in the chart above, within seven days from the date of this order.

**IT IS SO ORDERED.**

Dated: 3/13/2020

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge