# Exhibit 3

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT CALIFORNIA
 3                       OAKLAND DIVISION
 4                          ---oOo---
 5
 6   PLEXXIKON INC.,
 7              Plaintiff,
 8   vs.                              No.  4:17-cv-04405-HSG
 9   NOVARTIS PHARMACEUTICALS
     CORPORATION,
10
                Defendant.
11   _____/
12
13
14   HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
15
        VIDEOTAPED DEPOSITION OF ALEXANDER BRIDGES, PH.D.
16
                    SAN FRANCISCO, CALIFORNIA
17
                    THURSDAY, APRIL 18, 2019
18
19
20
21
22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23        CSR LICENSE NO. 9830
24        JOB NO. 237858
25
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                            2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT CALIFORNIA

 3                       OAKLAND DIVISION

 4                          ---oOo---

 5
    PLEXXIKON INC.,
 6
              Plaintiff,
 7
    vs.                              No.  4:17-cv-04405-HSG
 8
    NOVARTIS PHARMACEUTICALS
 9  CORPORATION,

10            Defendant.
    _____/
11

12

13

14     Videotaped Deposition of Alexander Bridges, Ph.D.,

15     taken on behalf of the Defendant, on Thursday,

16     April 18, 2019, at Durie Tangri, 217 Leidesdorff

17     Street, San Francisco, California, beginning

18     9:08 a.m., and commencing at 12:15 p.m., Pursuant

19     to Notice, and before me, ANDREA M. IGNACIO, CSR,

20     RPR, CRR, CLR ~ License No. 9830.

21

22

23

24

25
```

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                    3

```
 1    A P P E A R A N C E S:
 2
 3
 4      FOR THE PLAINTIFF:
 5          DURIE TANGRI
 6          By:  MATT SAMUELS, Esq.
 7               LAURA MILLER, Esq.
 8          217 Leidesdorff Street
 9          San Francisco, California 94111
10          Phone:  415.362.6666
11          msamuels@durietangri.com
12
13
14      FOR THE DEFENDANT:
15          MCDERMOTT WILL & EMERY
16          By:  THOMAS P. STEINDLER, Esq.
17          500 North Capitol Street, NW
18          Washington, D.C.  20001-1531
19          Phone:  202.756.8524
20          tsteindler@mwe.com
21
22
23      ALSO PRESENT:  Lucien Newell, Videographer
24                   ---oOo---
25
```

| | | |
|---|---|---|
| 1 | And I was very confident that, in the last | 11:48:32 |
| 2 | step, one would be easily able to displace the amino | 11:48:35 |
| 3 | group.  I do not know whether the Stille reaction -- | 11:48:40 |
| 4 | sorry -- whether the Suzuki reaction would have worked | 11:48:44 |
| 5 | with the free amine there, or whether one would have | 11:48:48 |
| 6 | had to protect the nitrogen in some way. | 11:48:54 |
| 7 | But I felt it was a higher probability that | 11:48:57 |
| 8 | one would get the reaction scheme to work in the | 11:49:00 |
| 9 | shortest number of steps by introducing the nitrogen | 11:49:03 |
| 10 | late on. | 11:49:10 |
| 11 | Q   Now, focusing just on the reaction scheme | 11:49:10 |
| 12 | that is disclosed in the patent and nothing more, | 11:49:14 |
| 13 | would you agree with me that there are a substantial | 11:49:16 |
| 14 | number of compounds covered by these claims, where L1 | 11:49:18 |
| 15 | is a bond that could not be made by that method | 11:49:21 |
| 16 | disclosed in Plexxikon's patents? | 11:49:24 |
| 17 | A   I would be surprised if every possible | 11:49:29 |
| 18 | compound which could be in Plexxikon's patent could be | 11:49:32 |
| 19 | made via a Suzuki coupling. | 11:49:37 |
| 20 | And what I don't know, and in many ways is | 11:49:43 |
| 21 | more pertinent, is whether any compounds which could | 11:49:46 |
| 22 | conceivably be of interest could be made that way. | 11:49:50 |
| 23 | It's also possible that not all of them could. | 11:49:53 |
| 24 | Q   But I'm asking a slightly different question. | 11:49:55 |
| 25 | Wouldn't you agree that there are indeed a | 11:49:57 |

| | | |
|---|---|---|
| 1 | substantial number of compounds, that would be covered | 11:50:00 |
| 2 | by the claims where L1 is a bond that could not be | 11:50:04 |
| 3 | made by the specific method disclosed in Plexxikon's | 11:50:08 |
| 4 | patents in Scheme 2? | 11:50:15 |
| 5 |     A   I am sure there are such compounds, yes. | 11:50:16 |
| 6 |     Q   Would you agree with me that there are a | 11:50:18 |
| 7 | substantial number of such compounds that would be | 11:50:20 |
| 8 | covered by the claims, where L1 is a bond that could | 11:50:23 |
| 9 | not be made by the process disclosed in Scheme 2? | 11:50:27 |
| 10 |     A   There would be substantial numbers, yes. | 11:50:30 |
| 11 |     Q   All right. | 11:50:32 |
| 12 |     Now, if the only method that you knew of for | 11:50:32 |
| 13 | making compounds of the asserted claims, where L1 was | 11:50:39 |
| 14 | a bond, was the scheme disclosed in Example 2 of the | 11:50:42 |
| 15 | patents, you wouldn't have possession of a method of | 11:50:45 |
| 16 | making the full scope of the claimed compounds where | 11:50:47 |
| 17 | L1 is a bond; right? | 11:50:51 |
| 18 |     MR. SAMUELS:  Objection; calls for a legal | 11:50:53 |
| 19 | conclusion. | 11:50:54 |
| 20 |     THE WITNESS:  I -- | 11:50:55 |
| 21 |     MR. SAMUELS:  You can answer. | 11:51:03 |
| 22 |     THE WITNESS:  Could you repeat the question, | 11:51:03 |
| 23 | please. | 11:51:03 |
| 24 |     MR. STEINDLER:  Sure. | 11:51:04 |
| 25 |     Q   If the only method that you knew of for | 11:51:04 |

| | | |
|---|---|---|
| 1 | making compounds of the asserted claims, where L1 was | 11:51:09 |
| 2 | a bond, was this scheme disclosed in Example 2 in the | 11:51:12 |
| 3 | patents, you wouldn't have possession of a method of | 11:51:16 |
| 4 | making the full scope of the claimed compounds where | 11:51:18 |
| 5 | L1 is a bond? | 11:51:22 |
| 6 | MR. SAMUELS:  Objection; calls for a legal | 11:51:25 |
| 7 | conclusion. | 11:51:27 |
| 8 | You may answer. | 11:51:27 |
| 9 | THE WITNESS:  I believe your statement is | 11:51:28 |
| 10 | correct. | 11:51:29 |
| 11 | MR. STEINDLER:  Q.  The synthetic scheme | 11:51:29 |
| 12 | disclosed in the patents in Example 2 for the | 11:51:38 |
| 13 | synthesis of compounds, where L1 is a bond, would not | 11:51:41 |
| 14 | have enabled a person of ordinary skill in the art to | 11:51:45 |
| 15 | make the full scope of the claimed compounds where L1 | 11:51:49 |
| 16 | is a bond; right? | 11:51:54 |
| 17 | MR. SAMUELS:  Objection; calls for a legal | 11:51:55 |
| 18 | conclusion. | 11:51:56 |
| 19 | You may answer. | 11:51:56 |
| 20 | THE WITNESS:  I believe that, given the full | 11:51:57 |
| 21 | scope would be that described in the Markush generic, | 11:52:03 |
| 22 | that that is probably true. | 11:52:09 |
| 23 | And it's probably true for virtually every | 11:52:10 |
| 24 | patent which -- sorry -- contains such a Markush | 11:52:15 |
| 25 | generic.  It's just part of the nature of the beast. | 11:52:22 |

| | | |
|---|---|---|
| 1 | MR. STEINDLER:  Q.  So the disclosure in the | 11:52:25 |
| 2 | patents in Example 2 for the synthesis of compounds, | 11:52:26 |
| 3 | where L1 is a bond, does not show that the inventors | 11:52:32 |
| 4 | themselves were in possession of a method for making | 11:52:37 |
| 5 | the full scope of the claimed compounds where L1 is a | 11:52:40 |
| 6 | bond; correct? | 11:52:44 |
| 7 | MR. SAMUELS:  Objection; calls for a legal | 11:52:45 |
| 8 | conclusion. | 11:52:46 |
| 9 | THE WITNESS:  I would say that you are | 11:52:47 |
| 10 | probably correct. | 11:52:51 |
| 11 | But I would say that you could probably make | 11:52:52 |
| 12 | that statement about any patent, where there are such | 11:52:54 |
| 13 | Markush claims. | 11:53:02 |
| 14 | (Document marked Exhibit NDX 101 | 11:53:13 |
| 15 | for identification.) | 11:53:13 |
| 16 | MR. STEINDLER:  Handing you what's been | 11:53:13 |
| 17 | marked as NDX Exhibit 101, which are three different | 11:53:14 |
| 18 | compounds that I've drawn out. | 11:53:23 |
| 19 | Q    I'm going to ask you to take a look at | 11:53:30 |
| 20 | Compound 1 first. | 11:53:32 |
| 21 | A    (Witness complies.) | 11:53:32 |
| 22 | Q    Do you see it? | 11:53:38 |
| 23 | A    Yes, I do. | 11:53:39 |
| 24 | Q    This is a compound that falls within the | 11:53:45 |
| 25 | scope of Plexxikon's patent claims, where L1 is a | 11:53:49 |

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Alexander Bridges, Ph.D.
Conducted on April 18, 2019                                              114

```
 1                    CERTIFICATE OF REPORTER
 2
 3         I, ANDREA M. IGNACIO, hereby certify that the
 4   witness in the foregoing deposition was by me duly
 5   sworn to tell the truth, the whole truth, and nothing
 6   but the truth in the within-entitled cause;
 7         That said deposition was taken in shorthand
 8   by me, a disinterested person, at the time and place
 9   therein stated, and that the testimony of the said
10   witness was thereafter reduced to typewriting, by
11   computer, under my direction and supervision;
12         That before completion of the deposition,
13   review of the transcript [ ] was [x] was not
14   requested.  If requested, any changes made by the
15   deponent (and provided to the reporter) during the
16   period allowed are appended hereto.
17         I further certify that I am not of counsel or
18   attorney for either or any of the parties to the said
19   deposition, nor in any way interested in the event of
20   this cause, and that I am not related to any of the
21   parties thereto.
22   Dated:
23         _____Andrea M. Ignacio_____
24     ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25
```