1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   DAVID McGOWAN (SBN 154289)
3  dmcgowan@durietangri.com
   EUGENE NOVIKOV (SBN 257849)
4  enovikov@durietangri.com
   RAGHAV R. KRISHNAPRIYAN (SBN 273411)
5  rkrishnapriyan@durietangri.com
   217 Leidesdorff Street
6  San Francisco, CA 94111
   Telephone: 415-362-6666
7  Facsimile: 415-236-6300

8  YOUNG BASILE HANLON & MACFARLANE, P.C.
   JEFFREY D. WILSON (*Pro Hac Vice*)
9  wilson@youngbasile.com
   ANDREW R. BASILE, JR. (SBN 208396)
10 abasile@youngbasile.com
   EDDIE D. WOODWORTH (*Pro Hac Vice*)
11 woodworth@youngbasile.com
   RYAN T. MCCLEARY (*Pro Hac Vice*)
12 mccleary@youngbasile.com
   3001 W. Big Beaver Road, Suite 624
13 Troy, MI 48084
   Telephone: (248) 649-3333
14 Facsimile: (248) 649-3338

15 Attorneys for Plaintiff
   PLEXXIKON INC.
16

17                   IN THE UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                              OAKLAND DIVISION

20 PLEXXIKON INC.,                          Case No. 4:17-cv-04405-HSG

21              Plaintiff,                  [~~PROPOSED~~] ORDER RE: JOINT MOTION
                                            REQUESTING STATUS CONFERENCE RE
22       v.                                 TRIAL DATE

23 NOVARTIS PHARMACEUTICALS                 Judge:  Honorable Haywood S. Gilliam, Jr.
   CORPORATION,
24
                Defendant.
25

Having considered the Parties' Joint Motion Requesting a Status Conference Re Trial Date, the court hereby schedules a telephonic status conference for August 4, 2020 at 2:00 p.m. All counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

**IS IT SO ORDERED.**

Dated:  7/30/2020

_____
Honorable Haywood S. Gilliam, Jr.
United States Distict Court Judge