<div style="float:left">UNITED STATES DISTRICT COURT<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON, INC., | Case No. 4:17-CV-04405 HSG |
| Plaintiff, | [P̶R̶O̶P̶O̶S̶E̶D̶] **ORDER GRANTING ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

Sarah Chapin Columbia, an active member in good standing of the bar of the State of Massachusetts, whose business address and telephone number is McDermott Will & Emery LLP, 200 Clarendon Street, Floor 58, Boston, MA 02116-5021, (617) 535-4074, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:   9/16/2020         By: /s/ Haywood S. Gilliam, Jr.
                               Hon. Haywood S. Gilliam, Jr.
                               United States District Court Judge

DM_US 172825447-1.067268.0040

*ORDER RE PRO HAC VICE* **APPLICATION**
**[COLUMBIA]**
**CASE NO. 4:17-CV-04405 HSG**