DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
RAGHAV R. KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

DURIE TANGRI LLP
KIRA A. DAVIS (admitted *Pro Hac Vice*)
kdavis@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:   213-992-4499
Facsimile:    415-236-6300

YOUNG BASILE HANLON & MACFARLANE, P.C.
JEFFREY D. WILSON (*Pro Hac Vice*)
wilson@youngbasile.com
ANDREW R. BASILE, JR. (SBN 208396)
abasile@youngbasile.com
EDDIE D. WOODWORTH (*Pro Hac Vice*)
woodworth@youngbasile.com
RYAN T. MCCLEARY (*Pro Hac Vice*)
mccleary@youngbasile.com
3001 W. Big Beaver Road, Suite 624
Troy, MI 48084
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

Attorneys for Plaintiff PLEXXIKON INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 4:17-cv-04405-HSG <br><br> **ORDER RE: JOINT MOTION REQUESTING STATUS CONFERENCE RE TRIAL DATE** <br><br> Ctrm:   2 – 4th Floor <br> Judge:  Honorable Haywood S. Gilliam, Jr. |

Having considered the Parties' Joint Motion Requesting a Status Conference Re Trial Date, the court hereby schedules a telephonic status conference for January 12, 2021 at 2:00 p.m. All counsel shall use the following dial-in information to access the case management conference: Dial-In: 888-808-6929/Passcode: 6064255.

**IT IS SO ORDERED.**

Dated:  1/6/2021

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge