UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEXXIKON INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 4:17-cv-04405-HSG<br><br>**ORDER REGARDING MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. GREGORY K. LEONARD, PH.D**<br><br>Re: Dkt. No. 202 |

　　　　The Court has received and reviewed Novartis' motion to exclude the testimony of Plexxikon's damages expert, Dr. Gregory J. Leonard. Dkt. No. 202. In his report, Dr. Leonard relies, in part, on the opinion of Plexxikon's technical expert, Dr. Michael Metzker, to conclude that the technology of the patents licensed to Roche is comparable to the asserted patents. Dkt. No. 325-2 ¶ 103. The parties are **ORDERED** to submit the portions of the Metzker report or deposition indicating his opinion in this respect, or to indicate the location in the record where this opinion can be found, no later than January 8, 2021 at 12:00 pm. The parties should not include any further argument.

　　　　**IT IS SO ORDERED.**

Dated: January 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge