1   THOMAS P. STEINDLER (*Pro Hac Vice*)
    tsteindler@mwe.com
2   PAUL M. SCHOENHARD (*Pro Hac Vice*)
    pschoenhard@mwe.com
3   MICHAEL S. NADEL (*Pro Hac Vice*)
    mnadel@mwe.com
4   IAN B. BROOKS (*Pro Hac Vice*)
    ibrooks@mwe.com
5   JENNIFER ROUTH (*Pro Hac Vice*)
    jrouth@mwe.com
6   DAVID MLAVER (*Pro Hac Vice*)
    dmlaver@mwe.com
7   McDERMOTT WILL & EMERY LLP
    500 N. Capitol St., N.W.
8   Washington, DC 20001
    Tel:  (202) 756-8000
9   Fax: (202) 756-8087

10  WILLIAM G. GAEDE III (SBN: 136184)
    wgaede@mwe.com
11  McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
12  Menlo Park, CA 94025
    Tel:  (650) 815-7400
13  Fax: (650) 469-1470

14  SARAH CHAPIN COLUMBIA (*Pro Hac Vice*)
    scolumbia@mwe.com
15  McDERMOTT WILL & EMERY LLP
    200 Clarendon Street, Floor 58
16  Boston, MA 02116-5021
    Tel:  (617) 535-4074
17  Fax: (617) 535-3800

18  *Attorneys for Defendant*
    *Novartis Pharmaceuticals Corporation*

19

20                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
21                       OAKLAND DIVISION

22  PLEXXIKON INC.,                    CASE NO. 4:17-cv-04405-HSG

23              Plaintiff,             **JOINT STIPULATION REGARDING TRIAL; ORDER**

24       v.
                                       Ctrm:  2 – 4th Floor
25  NOVARTIS PHARMACEUTICALS           Judge: Honorable Haywood S. Gilliam, Jr.
    CORPORATION,
26
                Defendant.
27

28

Plaintiff Plexxikon Inc. ("Plaintiff") and Defendant Novartis Pharmaceuticals Corporation ("Defendant") (collectively, "the Parties") by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, the Parties are prepared to proceed with a jury trial on July 12, 2021, subject to health and safety concerns as may exist at that time; and

WHEREAS, the Plaintiff is not prepared to waive its right to a jury trial at this time;

NOW, THEREFORE, the Parties stipulate and agree as follows:

A two-week jury trial will be held in the above-captioned case beginning on July 12, 2021.

The pre-trial conference will be held on June 8, 2021 at 3 p.m.

Dated: January 14, 2021                         Respectfully submitted,

                                                McDERMOTT WILL & EMERY LLP


                                                By: */s/ Thomas P. Steindler*
                                                    Thomas P. Steindler

                                                *Attorneys For Defendant*
                                                *Novartis Pharmaceuticals Corporation*

Dated: January 14, 2021                         Respectfully submitted,

                                                DURIE TANGRI LLP


                                                By: */s/ Daralyn J. Durie*
                                                    Daralyn J. Durie

                                                *Attorneys For Plaintiff*
                                                *Plexxikon, Inc.*

- 2 -    JOINT STIPULATION REGARDING TRIAL
         CASE NO. 4:17-CV-04405-HSG

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), the undersigned attests that all parties have concurred in the filing of this document.

Dated: January 14, 2021

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Thomas P. Steindler*
    Thomas P. Steindler

*Attorneys For Defendant*
*Novartis Pharmaceuticals Corporation*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 1/15/2021

By: [signature]
HAYWOOD S. GILLIAM, JR.
United States District Judge