IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | Case No. 4:17-CV-04405 HSG <br><br> **ORDER GRANTING ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Nicole M. Jantzi, an active member in good standing of the bars of the District of Columbia and the State of New York, whose business address and telephone number is McDermott Will & Emery LLP, 500 North Capitol Street, N.W., Washington, DC 20001, (202) 756-8213, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 6/3/2021         By: /s/ Haywood S. Gilliam, Jr.
                              Hon. Haywood S. Gilliam, Jr.
                              United States District Court Judge