UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEXXIKON INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>　　　　　Defendant. | Case No. 17-cv-04405-HSG <br><br>**ORDER REGARDING JUNE 8 PRETRIAL CONFERENCE** |

　　　The pretrial conference in this case was previously set for June 8, 2021, at 3:00 p.m. The Court **ADVANCES** the hearing to 2:00 p.m. that same day. As the Court previously advised the parties, to streamline the proceedings each party shall designate one attorney who shall be prepared to speak and address any questions raised during the hearing.

　　　In light of the evolving developments with coronavirus (COVID-19), the hearing will be held via Zoom Webinar. All persons attending the hearing or who wish to listen to the proceedings may do so by using the following Zoom Webinar link:

https://cand-uscourts.zoomgov.com/j/1607976056?pwd=aW5IeE14UkJRbkdPTGJFWFUrRG1Cdz09

　　　**Webinar ID:** 160 797 6056; and

　　　**Password:** 129759

　　　Or via iPhone one-tap:

US: +16692545252,,1607976056#,,1#,129759#  or +16468287666,,1607976056#,,1#,129759#

　　　Or via Telephone:

　　　+1 669 254 5252

　　　+1 646 828 7666

International numbers are available: https://cand-uscourts.zoomgov.com/u/ach5LK3DtI.

Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). *See* General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

**IT IS SO ORDERED.**

Dated: 6/3/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge