## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 17-cv-4405-HSG        **Case Name:** Plexxikon Inc. v. Novartis Pharmaceuticals Corp.

**Date:** June 14, 2021        **Time:** 5 hours and 5 minutes

**The Honorable Haywood S. Gilliam, Jr.**

**Clerk:** Kelly Collins        **Court Reporter:** Raynee Mercado

**COUNSEL FOR PLTF:**        **COUNSEL FOR DEFT:**
Daralyn Durie; Kira Davis;        Thomas Steindler; Paul Schoenhard; Nicole Jantzi;
Hannah Jiam; Michael Nikolov        David Mlaver

Trial Began: 7/9/2021        Further Trial: 7/15/2021

**Trial Motions Heard:**        **Disposition:**

1. _____        _____

2. _____        _____

3. _____        _____

Other:
The following witnesses are called by Plaintiff: Zuosheng Liu; Gregory Leonard. Plaintiff rests its case-in-chief.  Defendant makes Rule 50(a) motion, which the Court takes under submission. The following witnesses are called by Defendant: Ahmed El Nawawi; Phil S. Baran, PhD. Matter is continued to 7/15/2021 at 8:30 a.m. for further jury trial.