UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: 17-cv-04405-HSG
Case Name: Plexxikon Inc. v. Novartis Pharmaceuticals Corporation

# TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE:<br>Haywood S. Gilliam, Jr. | PLAINTIFF ATTORNEY:<br>Daralyn Durie; Kira Davis; Eugene Nikolov | DEFENSE ATTORNEY:<br>Thomas Steindler; Paul Schoenhard; Nicole Jantzi; David Mlaver |
|---|---|---|
| TRIAL DATE:<br>7/14/2021 | REPORTER(S):<br>Raynee Mercado | CLERK:<br>Kelly Collins |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:55A | | | Judge enters the courtroom. Court and counsel discuss housekeeping matters. | |
| | | 8:42A | | | Judge exits the courtroom. | |
| | | 8:50A | | | Judge reenters the courtroom. | |
| | | 8:52A | | | Jury enters the courtroom. | |
| | | | | | Deposition videos are shown. | |
| | | 9:23A | | | Witness Zuosheng Liu is called and sworn under direct examination. Direct examination by Ms. Durie begins. | |
| 4 | | | | | **Previously admitted.** | |
| 1 | | | | | **Previously admitted.** | |
| | | 9:50A | | | Cross examination of witness Zuosheng Liu by Mr. Steinkler begins. | |
| | | 9:58A | | | Zuosheng Liu excused. | |
| | | | | | Deposition video is played. | |
| | | 10:00A | | | Witness Gregory Leonard is called and sworn under direct examination. Direct examination by Ms. Davis begins. | |
| | | | | | Mr. Leonard is deemed an expert. | |
| | | | | | Demonstrative is shown. | |
| 187 | | | X | X | **12/10/2015 Q4 2015 Quarterly Sales Analysis.** | |

Case Number: 17-cv-4405-HSG
Case Name: **Plexxikon Inc. v. Novartis Pharmaceuticals Corporation**

## TRIAL SHEET, EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:21A | | | Jury is given a 10-minute break. | |
| | | 10:21A | | | Judge exits the courtroom. | |
| | | 10:30A | | | Judge reenters the courtroom. | |
| | | 10:30A | | | Jury reenters the courtroom. | |
| | | 10:31A | | | Direct examination of witness Gregory Leonard continues. | |
| 379 | | | | | **Previously admitted.** | |
| 185 | | | X | X | **10/22/2014 – Letter re: Draft Consideration Allocation statement/Draft Allocation Statement.** | |
| 190 | | | X | X | **3/1/2015 – Deed of Amendment and Restatement Relateing to the Sale and Purchase Agreement between GSK and Novartis AG.** | |
| 217 | | | X | X | **2/14/2017 – Solid Tumors Franchise 2017 Strategic Plan.** | |
| 350 | | | X | X | **2/7/2019 – Tafinlar 2018 hardcoded.** | |
| 351 | | | X | X | **Tafinlar US Income/Expense sheet Q4 2017 – Q4 2017.** | |
| | | | | | Demonstrative shown. | |
| 108 | | | X | X | **4/18/2006 – License Agreement between GSK and Japan Tobacco Inc.** | |
| | | | | | Demonstrative is shown | |
| | | 11:17A | | | Cross examination of witness Gregory Leonard by Mr. Schoenhard begins. | |
| | | 12:04P | | | Jury is given a 15 minute break. | |
| | | 12:05P | | | Judge exits the courtroom. | |
| | | 12:20P | | | Judge reenters the courtroom. | |
| | | 12:22P | | | Jury reenters the courtroom. | |
| | | 12:23P | | | Cross examination of witness Gregory Leonard by Mr. Schoenhard continues. | |
| | | 12:26P | | | Redirect examination of witness Gregory Leonard by Ms. Davis begins. | |

Case Number: 17-cv-4405-HSG
Case Name: **Plexxikon Inc. v. Novartis Pharmaceuticals Corporation**

## TRIAL SHEET, EXHIBIT and WITNESS LIST
### (Continued)

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **379** | | | | | **Previously admitted.** | |
| | | | | | Demonstrative is shown. | |
| | | **12:33P** | | | Re-cross examination of witness Gregory Leonard by Mr. Schoenhard begins. | |
| | | **12:34P** | | | Gregory Leonard is excused. | |
| | | | | | Stipulation offered and read by Plaintiff. | |
| | | **12:36P** | | | Plaintiff rests its case in chief. | |
| | | | | | Counsel for defendant makes an oral Rule 50 motion. The Court takes the motion under submission. | |
| | | **12:38P** | | | Witness Ahmed El Nawawi is called and sworn under direct examination. Direct examination by Ms. Jantzi begins. | |
| | | | | | Demonstrative is shown. | |
| | **2587** | | X | X | **Market Share Slide.** | |
| | | **1:03P** | | | Cross examination of witness Ahmed El Nawawi by Ms. Davis begins. | |
| | | **1:16P** | | | Redirect examination of witness Ahmed El Nawawi by Ms. Jantzi. | |
| | | **1:19P** | | | Ahmed El Nawawi excused. | |
| | | **1:20P** | | | Witness Phil S. Baran, Ph.D. is called and sworn under direct examination. Direct examination by Mr. Shoenhard begins. | |
| | | **1:29P** | | | Jury is admonished and recessed until 8:30 a.m. on 7/15/2021. | |
| | | **1:32P** | | | Judge exits the courtroom. Court is in recess until 8:00 a.m. on 7/15/2021. | |