IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Defendant. | CASE NO. 4:17-cv-04405-HSG<br><br>**JUDGMENT** |

In accordance with the jury's verdict in this matter, as rendered on July 22, 2021, Dkt. 565, and the parties' Joint Trial Stipulation Regarding Undisputed Facts, Dkt. 501, it is **HEREBY ORDERED THAT** Judgment is entered in favor of plaintiff Plexxikon Inc. ("Plexxikon"), and against defendant Novartis Pharmaceuticals Corporation ("Novartis"), as follows:

    1.    Defendant Novartis infringes, directly and indirectly, both contributorily and by inducement, claims 1 and 9 of United States Patent No. 9,469,640 ("the '640 patent") and claims 1, 5, and 7 of United States Patent No. 9,844,539 ("the '539 patent").

    2.    Novartis's infringement was willful.

    3.    Claims 1 and 9 of the '640 patent are not invalid.

    4.    Claims 1, 5, and 7 of the '539 patent are not invalid.

    5.    Plaintiff Plexxikon is awarded the sum of One Hundred Seventy-Seven Million, Seven Hundred Ninety-Two Thousand, Six Hundred and Forty Dollars and One Cent ($177,792,640.01) as compensatory damages for Novartis's infringement through July 22, 2021.

The timing of any notice of appeal is controlled by Federal Rule of Appellate Procedure 4(a)(4)(A), in light of the pendency of the post-trial motions described in Dkt. No. 577.

**IT IS SO ORDERED.**

Dated: 9/17/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE