IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLEXXIKON INC., | CASE NO. 4:17-cv-04405-HSG |
| Plaintiff, | **ORDER ON ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

Pursuant to the parties' Joint Administrative Motion to Exceed Page Limits and their Stipulation submitted in support thereof, the Court finds good cause to expand the page limits that would otherwise be applicable to Novartis' motion for judgment as a matter of law or a new trial/remittitur (*see* Dkt. 577).   Accordingly, the motion is **GRANTED**, and it is **HEREBY ORDERED** that:

Novartis may file an opening brief not to exceed forty (40) pages;

Plexxikon may file an opposition brief not to exceed forth (40) pages; and

Novartis may file a reply brief not to exceed twenty (20) pages.

Dated: 9/17/2021

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON